IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PATRICK KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-369C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including October 9, 2007, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on August 10, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel regarding this motion, but has not yet received a response to this inquiry. Thus, defendant cannot state whether plaintiff will oppose this motion.

Defendant has sent to the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Additional time is

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement

needed for the ATF to gather and review any information necessary for preparation of the ATF's litigation report and suggested response to the complaint. Once the information gathering process is complete, the ATF will require time to prepare the requested litigation report and suggested response to the complaint, and to deliver to defendant's counsel the litigation report and suggested response to the complaint. Once the litigation report is received, defendant's counsel will need sufficient time to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from the ATF, and prepare and file the Government's response to the complaint, following mandatory supervisory review.

In addition, defendant's previous counsel has left this office. Defendant's new counsel joined the Department of Justice on Monday, August 6, 2007, and was assigned to this case on Wednesday, August 8, 2007. Accordingly, additional time is needed for defendant's counsel to review this matter and coordinate with the ATF.

For these reasons, defendant respectfully requests that the Court grant its motion for a 60-day enlargement of time, to and including October 9, 2007, within which to file its response to plaintiff's complaint.

---

of all facts, information, and proofs." 28 U.S.C. § 520.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

August 9, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 9th day of August, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Claudia Burke