# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**PATRICK KELLY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 07-369C**
**Filed: August 9, 2007**

## O R D E R

The court is in receipt of the defendant's August 9, 2007 motion for an enlargement of time of 60 days, to and including October 9, 2007, within which to file its response to the plaintiff's complaint. In the interest of obtaining a timely review of his claim, plaintiff opposes a 60-day enlargement of time; however, plaintiff consents to a 30-day enlargement. Defendant's new counsel advises she was assigned the case on August 8, 2007, and has not yet received the litigation report from the Bureau of Alcohol, Tobacco, Firearms, and Explosives. Under these circumstances, defendant's motion for an enlargement of time is **GRANTED**. Defendant shall file its response to the complaint on or before **Tuesday, October 9, 2007**. Defendant, however, should not expect additional enlargements of time for the purpose of responding to the complaint.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**