# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PATRICK KELLY<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | | No. 07-369C<br>Filed: October 24, 2007 |

## O R D E R

To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Wednesday, November 7, 2007, at 9:00 a.m. EST,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Oswald at (202) 331-2883, and Mr. Preheim at (202) 305-3087.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**