IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PATRICK KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-369C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT

Defendant respectfully requests an enlargement of time of seven days, to and including November 21, 2007, within which to file an accounting as ordered by the Court at the November 7, 2007 status conference. Defendant's submission is now due to be filed on November 14, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request.

At the telephone status conference on November 7, 2007, the Court ordered that, by November 14, 2007, defendant shall file with the Court an accounting of travel vouchers reimbursed to plaintiff in this matter, a list of travel vouchers that were claimed but not paid, a summary of the reasons why those vouchers or portions thereof were not paid, and copies of vouchers submitted by plaintiff. Counsel for the Bureau of Alcohol, Tobacco, and Firearms ("ATF") is attempting to collect this data. However, defendant discovered after the November 7, 2007 hearing that the ATF's Chief of Travel and Relocation Branch, Richard

Trent, is on leave from November 8 until November 19, 2007. Counsel for the ATF and counsel for defendant plan to meet with Mr. Trent, who has been personally involved in assessing Mr. Kelly’s reimbursement requests, to obtain information in furtherance of the Court’s order. Defendant believes that postponing the filing until after Mr. Trent returns from leave and is able to meet with counsel would provide the Court and the parties with more complete information.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a seven-day enlargement of time, to and including November 21, 2007, within which to file its accounting.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

November 8, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of November, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim