# In the United States Court of Federal Claims

| | |
|---|---|
| PATRICK KELLY,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 07-369C<br>Filed: November 9, 2007 |

## O R D E R

The court held a status conference in the above-captioned case on November 7, 2007, with the parties appearing by telephone. The court directed defendant to file an exact accounting on November 14, 2007, of the vouchers submitted by plaintiff to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), identifying the vouchers paid, with the amounts and dates paid, and those vouchers not paid, with the basis for the nonpayment. However, the court also is in receipt of the defendant's November 8, 2007, unopposed motion to enlarge the time to file the exact accounting by seven days, to and including November 21, 2007, due to the temporary unavailability of necessary, supporting agency personnel. The court **GRANTS** defendant's motion. Defendant shall file the exact accounting of vouchers submitted to ATF by plaintiff on or before **Wednesday, November 21, 2007**.

The status conference scheduled during the November 7, 2007 conference shall remain on the calendar. The status conference is **SCHEDULED** for **Monday, November 26, 2007, 10:30 a.m. EST,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. As previously directed, defendant's counsel and agency counsel shall appear in person. Plaintiff's counsel may appear in person or by telephone, and shall advise the court of its preference at chambers telephone (202) 357-6580, on or before **Friday, November 23, 2007, 12:00 p.m. EST**. The parties shall be prepared to discuss all issues at the conference. Defendant shall refrain from filing a reply on its motion to dismiss until the matter is discussed at the conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**