IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PATRICK KELLY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-369C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S SUBMISSION AS ORDERED
AT THE NOVEMBER 7, 2007 STATUS CONFERENCE

Pursuant to the Court's orders of November 7, 2007 and November 9, 2007, defendant respectfully submits this accounting of the vouchers submitted by plaintiff, Patrick Kelly, to the Bureau of Alcohol, Tobacco, and Firearms ("ATF"), identifying the vouchers paid, the amounts and dates paid, the vouchers not paid, and the basis of nonpayment.

Attached hereto as Exhibit 1 is Table 1, which contains the foregoing information for vouchers submitted by Mr. Kelly and paid by ATF, in whole or in part. Attached hereto as Exhibit 2 is Table 2, which contains the foregoing information for vouchers submitted but not paid. Attached hereto is Table 3, which contains the foregoing information for vouchers submitted and paid prior to the execution of the settlement term sheet. Included with each table are the corresponding vouchers submitted by Mr. Kelly.[1] Finally, attached hereto as Exhibit 4 are copies

[1] Personal information and certain location information has been redacted from the vouchers and other documentation.

of documentation of alleged expenses that Mr. Kelly provided to ATF, but for which vouchers were not submitted.

According to defendant's calculations, Mr. Kelly has submitted vouchers in the amount of $142,986.67, and has received reimbursement in the amount of $81,934.17. In his amended complaint, however, Mr. Kelly seeks damages in the amount of $141,204.89 but also states that he has received reimbursement from ATF in the amount of $46,820.36. Compl. ¶ 21.

Accordingly, given the discrepancy between the amended complaint and defendant's calculations, defendant respectfully requests that plaintiff be required to submit an accounting, similar to that submitted by defendant, so that the parties and the Court are able to determine the extent of the disagreement as to Mr. Kelly's requests for reimbursement.

Finally, defendant wishes to notify the Court that counsel for ATF's mother is ill. Depending on the extent of the illness, counsel for ATF may not be available to attend the hearing on Monday, November 26, 2007. Undersigned counsel will notify the Court as he obtains additional information regarding this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

November 21, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of November, 2007, a copy of the foregoing "DEFENDANT'S SUBMISSION AS ORDERED AT THE NOVEMBER 7, 2007 STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/L. Misha Preheim