# EXHIBIT 1

*SETTLEMENT COMMUNICATION*
*NOT ADMISSIBLE INTO EVIDENCE*

**Table 1 – Vouchers Submitted And Paid**

| Voucher Number | Reason for Claim | Amount Claimed | Amount Paid | Date Paid | Reason for Difference |
|---|---|---|---|---|---|
| 79143321A | House Hunting Trip | $2,296.15 | $1,462.85 | May 14, 2007 | -Downward adjustment of $28.84 for Medicare Tax<br>-Downward adjustment of $804.46 because an incorrect mileage rate was used |
| 79143321B | Temporary Quarters – Fixed Amount | $15,800.00 | $6,619.50 | May 14, 2007 | -Downward adjustment of $130.50 for Medicare Tax<br>-Downward adjustment of $9,050.00 for temporary quarters reimbursement request in excess of 30-day limit and because an incorrect per diem rate was used |
| 79143321C | Miscellaneous Expenses | $1,000.00 | $980.67 | May 14, 2007 | -Downward adjustment of $19.33 for Medicare Tax |
| 79143321D | Sale of Residence | $30,050.60 | $29,047.77 | Partial payment on May 14, 2007; final payment on July 13, 2007 | -Downward adjustment of $572.65 for Medicare Tax<br>-Downward adjustment of $430.60 because the following expenses are not reimbursable: Processing Fee - $295.00; Continuous Marriage Affidavit - $10.60; Wire Fee - $25.00; Estoppel Fee - $100.00 |
| 79143566A | House Hunting Trip | $1,230.63 | $992.27 | July 13, 2007 | -Downward adjustment of $19.56 for Medicare Tax<br>-Downward adjustment of $218.80 because an incorrect mileage rate was used |
| 79143566B | Temporary Quarters – Fixed Amount | $4,290.00 | $3,155.30 | July 13, 2007 | -Downward adjustment of $62.20 for Medicare Tax<br>-Downward adjustment of $1,072.50 because an incorrect per diem rate was used |

***SETTLEMENT COMMUNICATION***
***NOT ADMISSIBLE INTO EVIDENCE***

| Voucher Number | Reason for Claim | Amount Claimed | Amount Paid | Date Paid | Reason for Difference |
|---|---|---|---|---|---|
| 79143566C | Voucher not located | Uncertain (believed to be $1,000.00) | $490.33 | July 13, 2007 | -Downward adjustment of $9.67 for Medicare Tax.<br>-Downward adjustment of $500.00 because ATF cannot determine whether or not the employee's spouse traveled to the new duty station |
| 79143566D | Transportation of Household Goods | $4,268.35 | $3,560.20 | July 13, 2007 | -Downward adjustment of $708.15 because claimed expenses include miscellaneous expenses for a return from detail via air for employee, spouse, rental car, tolls, parking, and lodging. These expenses are not related to the transportation of household goods. |
| 79143566E | Storage of Goods | $851.97 | $851.97 | July 13, 2007 | N/A |
| | TOTALS: | $60,787.70 | $47,160.86 | | |

HHT @ Fixed

TRAVEL VOUCHER
(Read the Privacy Act Statement on the back)

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE: DOJ-ATF

2. TYPE OF TRAVEL: ☐ TEMPORARY DUTY ☒ PERMANENT CHANGE OF STATION

3. VOUCHER NO. 7914332/A

4. SCHEDULE NO. OK

5. TRAVELER (PAYEE)

a. NAME (Last, first, middle initial): Kelly, Patrick J.

b. SOCIAL SECURITY NO.

c. MAILING ADDRESS (Included ZIP Code): c/o R.S. Oswald Employment Law Group, 888 17th Street NW Suite 900, Washington, DC 20006

d. OFFICE TELEPHONE NO.

e. PRESENT DUTY STATION

f. RESIDENCE (City and State)

6. PERIOD OF TRAVEL: a. FROM 10/1/05 b. TO 10/6/05

7. TRAVEL AUTHORIZATION: a. NUMBER(S) b. DATES(S

8. TRAVEL ADVANCE

| | |
|---|---|
| a. Outstanding | |
| b. Amount to be applied | |
| c. Amount due Government (Attached: ☐ Check ☐ Cash) | |
| d. Balance outstanding | 0.00 |

9. CASH PAYMENT RECEIPT: a. DATE RECEIVED b. AMOUNT RECEIVED $ c. PAYEE'S SIGNATURE

10. CHECK NO.

11. PAID BY [signature] 5/14/07

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH (List by number below and attach passenger coupon; if cash is used show claim on reverse side.)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) ▶ Traveler's initials PJK

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| 8-2131 = | 28.84 | | | | | |
| 4-1223 = | 497.23 | | | | | |
| 7-1226 = | 28.84 | | | | | |

ATF FMD FINANCE BRANCH '07 MAR 30 PM 12:23

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ [signature] DATE 3/13/07 ~~1/7/08~~ AMOUNT CLAIMED ▶ $ 2296.15

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001). less Perdiem & mileage -804.46

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)

APPROVING OFFICIAL SIGN HERE ▶ [signature] DATE 5/4/07

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION: a. VOUCHER NO. b. D.O. SYMBOL c. MONTH & YEAR

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

17. FOR FINACE OFFICE USE ONLY COMPUTATION

$ 1,491.69

a. DIFFERENCES IF ANY (Explain and show amount): WTA Gross -1,497.23; less fed. tax -497.23; less med. tax -28.84

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION $ Certifier's initials:

c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol): $ 1,142.25 / 1,462.25

d. NET TO TRAVELER ▶ $ ~~2296.15~~

18. ACCOUNTING CLASSIFICATION

05-700D-404000-AIP-2131=1,125.00 2132=366.69 (8) (9) (81,07)

# CHEDULE F XPENSES ND MOUNTS LAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel*: Col. (d) thru (g) — Show amount incurred for each meal, including tax and tips, and daily total Meal cost

(h) Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)
(i) Complete for per diem and actual expense travel.
(j) Show total subsistence expense incurred for actual expense travel.
(m) Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.
(n) Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information If this is a Continuation Sheet* — PAGE ___ OF 2 PAGES

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME

| ATE 005 (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | ITEMIZED SUBSTANCE EXPENSES — MEALS — BREAK FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | MISCEL-LANEOUS SUBSIS TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE: ~~0.485¢~~ NO. OF MILES (k) | AMOUNT CLAIMED — MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| )/05 | | House Hunting Fixed Rate for Agent and Spouse 6.25 days x locality rate. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | Locality Rate for FY 06 Lodging ~~144~~ 133 and ~~59~~ 47 | $0.00 | $0.00 | $368.75 | $368.75 | $0.00 | $881.25 | $1,250.00 | 0.00 | $0.00 | ~~$1,250.00~~ 1,125.00 | $0.00 |
| | | Fuel for use of POV 1078.7 x 2 x .485 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2157.00 | ~~$1,046.15~~ 366.69 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | | | | | SUBTOTALS ▶ | ~~$1,046.15~~ | ~~$1,250.00~~ | $0.00 |
| | | | | | | | | | | TOTALS ▶ | ~~$1,046.15~~ 366.69 | ~~$1,250.00~~ 1,125.00 | $0.00 |

dditional space is required, continue on another SF 1012 BACK, leaving the front blank.

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

compliance with the Privacy Act of 1974, the following information is pro-ied: Solicitation of the information on this form is authorized by 5 U.S.C. p. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of ber 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose quested information is to determine payment or reimbursement to dividuals for allowable travel and/or relocation expenses incurred priate administrative authorization and to record and maintain reimbursements to the Government. The information will be and employees who have a need for the information in the heir official duties. The information may be disclosed to l, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

TOTAL AMOUNT CLAIMED ▶ ~~$2,296.15~~ 1,491.69

STANDARD FORM 1012 BACK (10-77)

5

**TRAVEL VOUCHER**

*(Read the Privacy Act Statement on the back)*

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE: Justice-ATF

2. TYPE OF TRAVEL: ☐ TEMPORARY DUTY ☒ PERMANENT CHANGE OF STATION

3. VOUCHER NO. 7914334LB

4. SCHEDULE NO. OK

5. TRAVELER (PAYEE)

a. NAME (Last, first, middle initial): Kelly, Patrick J.

b. SOCIAL SECURITY NO.

c. MAILING ADDRESS (Included ZIP Code): Employment Law Group / Attorney R. Scott Oswald, 888 17th Street NW Suite 900, Washington, DC 20006

d. OFFICE TELEPHONE NO. 202 331 2883

e. PRESENT DUTY STATION

f. RESIDENCE (City and State): Washington, DC

6. PERIOD OF TRAVEL: a. FROM 10/30/05 b. TO 1/21/06

7. TRAVEL AUTHORIZATION: a. NUMBER(S) b. DATES(S

10. CHECK NO.

11. PAID BY [signature] 5/14/07

| 8. TRAVEL ADVANCE | |
|---|---|
| a. Outstanding | 0.00 |
| b. Amount to be applied | 0.00 |
| c. Amount due Government (Attached: ☐ Check ☐ Cash) | |
| d. Balance outstanding | 0.00 |

9. CASH PAYMENT RECEIPT: a. DATE RECEIVED b. AMOUNT RECEIVED $ c. PAYEE'S SIGNATURE

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH (List by number below and attach passenger coupon; if cash is used show claim on reverse side.)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) ▶ Traveler's Initials PJK

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | TO (f) |
|---|---|---|---|---|---|---|
| 1-1221= | 130.50 | | | | | |
| 3-1223= | 2249.98 | | | | | |
| 7-1226= | 130.50 | | | | | |

ATF FMD FINANCE BRANCH '07 MAR 30 PM 12:23

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ [signature] DATE 3/13/07 AMOUNT CLAIMED ▶ $ 15800

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

−9,050.00

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)

APPROVING OFFICIAL SIGN HERE ▶ [signature] DATE 5/14/07

17. FOR FINACE OFFICE USE ONLY COMPUTATION

$ 6,750.00

a. DIFFERENCES IF ANY (Explain and show amount): +2,249.98 / −2,249.98 / −130.50

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION — Certifier's initials: $

c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol): $ 6,619.50

d. NET TO TRAVELER ▶ $ ~~15800~~

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION: a. VOUCHER NO. b. D.O. SYMBOL c. MONTH & YEAR

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

18. ACCOUNTING CLASSIFICATION

05-7000-404000-AIP-1221 <-608.00>

1012-114 (1)

STANDARD FORM 1012 (REV. 10-77) Prescribed by GSA, FPMR (41 CFR) 101-7

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel* — Col. *(d)* thru *(g)*: Show amount incurred for each meal, including tax and tips, and daily total Meal cost

*(h)* Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)

*(i)* Complete for per diem and actual expense travel.

*(j)* Show total subsistence expense incurred for actual expense travel.

*(m)* Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.

*(n)* Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information If this is a Continuation Sheet* — PAGE ___ OF 2 PAGES

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME: Kelly

| DATE 05__ (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | MEALS: BREAK FAST (d) | MEALS: LUNCH (e) | MEALS: DINNER (f) | MEALS: TOTAL (g) | MISCEL-LANEOUS SUBSISTENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE: ¢ NO. OF MILES (k) | AMOUNT CLAIMED: MILEAGE (l) | AMOUNT CLAIMED: SUBSISTENCE (m) | AMOUNT CLAIMED: OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30 | | Lump Sum Per Diem for 85 days in '141 and 59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | 10/30/06-11/29/06 for employee 141 and 59 for 30 days | | $0.00 | $1,170.00 | $1,170.00 | | $4,230.00 | $5,400.00 | 0.00 | $0.00 | 4050 ~~$5,400.00~~ | $0.00 |
| | | per diem rate spouse / child Spouse .75 child at .25 for 30 day | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 1,350 ~~$0.00~~ | $0.00 |
| | | 11/28/06 - 12/27/06 for employee 141 and 59 for 30 days | $0.00 | $0.00 | $1,170.00 | $1,170.00 | $0.00 | $4,230.00 | $5,400.00 | 0.00 | $0.00 | 1,350 ~~$5,400.00~~ | $0.00 |
| | | per diem rate spouse /child Spouse .75, child .25 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | 12/28/06- 1/21/07 for employee 141 and 59 for 25 days | $0.00 | $0.00 | $1,475.00 | $1,475.00 | $0.00 | $3,525.00 | $5,000.00 | 0.00 | $0.00 | $5,000.00 | $0.00 |
| | | per diem rate for spouse /child spouse .75, child .25 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | end voucher ... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | SUBTOTALS ▶ | $0.00 | $15,800.00 | $0.00 |
| | | | | | | | | | | TOTALS ▶ | $0.00 | $15,800.00 | $0.00 |

additional space is required, continue on another SF 1012 BACK, leaving the front blank.

compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. ...ap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), ...O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of ...ovember 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose ... the requested information is to determine payment or reimbursement to ...ligible individuals for allowable travel and/or relocation expenses incurred ...nder appropriate administrative authorization and to record and maintain ... of such reimbursements to the Government. The information will be ... officers and employees who have a need for the information in the ... of their official duties. The information may be disclosed to ... State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

TOTAL AMOUNT CLAIMED ▶ 6,750.00 ~~$15,800.00~~

STANDARD FORM 1012 BACK (10-77)

Misc Voucher

| TRAVEL VOUCHER (Read the Privacy Act Statement on the back) | 1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE: DOJ-ATF | 2. TYPE OF TRAVEL: ☐ TEMPORARY DUTY ☒ PERMANENT CHANGE OF STATION | 3. VOUCHER NO. 79143321C; 4. SCHEDULE NO. |
|---|---|---|---|

**5. TRAVELER (PAYEE)**

| | |
|---|---|
| a. NAME (Last, first, middle initial): Kelly, Patrick J. | b. SOCIAL SECURITY NO. |
| c. MAILING ADDRESS (Included ZIP Code): c/o R.S. Oswald Employment Law Group, 888 17th Street NW Suite 900, Washington, DC 20006 | d. OFFICE TELEPHONE NO. |
| e. PRESENT DUTY STATION | f. RESIDENCE (City and State) |

6. PERIOD OF TRAVEL: a. FROM 10/30/05 b. TO 10/30/06

7. TRAVEL AUTHORIZATION: a. NUMBER(S) UTA-06 b. DATES(S 1/1/06

10. CHECK NO.

11. PAID BY

| 8. TRAVEL ADVANCE | |
|---|---|
| a. Outstanding | |
| b. Amount to be applied | |
| c. Amount due Government (Attached: ☐ Check ☐ Cash) | |
| d. Balance outstanding | 0.00 |

9. CASH PAYMENT RECEIPT: a. DATE RECEIVED b. AMOUNT RECEIVED $ c. PAYEE'S SIGNATURE

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH (List by number below and attach passenger coupon; if cash is used show claim on reverse side.)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) ▶ Traveler's Initials PJK

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | TO (f) |
|---|---|---|---|---|---|---|
| 2-1221 = | 19.33 | | | | | |
| 4-1223 = | 333.33 | | | | | |
| 7-1226 = | 19.33 | | | | | |

ATF FMD FINANCE BRANCH 2007 MAR 30 PM 12 23

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher

TRAVELER SIGN HERE ▶ DATE 3/13/07 ~~1/7/06~~ AMOUNT CLAIMED ▶ $ 1000

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)

APPROVING OFFICIAL SIGN HERE ▶ DATE 5/4/07

17. FOR FINACE OFFICE USE ONLY COMPUTATION

| a. DIFFERENCES IF ANY (Explain and show amount) | |
|---|---|
| UTA - Gross-up | $ +333.33 |
| Tax fed. tax | − 333.33 |
| Less med. tax | − 19.33 |

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION: a. VOUCHER NO. b. D.O. SYMBOL c. MONTH & YEAR

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION — Certifier's initials: $

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol): $

d. NET TO TRAVELER ▶ $ 980.67 ~~1000~~

18. ACCOUNTING CLASSIFICATION

05-700D-404000-AIP-1221

1012-114 (2)

STANDARD FORM 1012 (REV. 10-77) Prescribed by GSA, FPMR (41 CFR) 101-7

3

Home Sale

**TRAVEL VOUCHER**
*(Read the Privacy Act Statement on the back)*

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE: DOJ-ATF

2. TYPE OF TRAVEL
- ☐ TEMPORARY DUTY
- ☒ PERMANENT CHANGE OF STATION

3. VOUCHER NO. 7914332 ID ok

4. SCHEDULE NO.

5. TRAVELER (PAYEE)
- a. NAME *(Last, first, middle initial)*: Kelly, Patrick J.
- b. SOCIAL SECURITY NO
- c. MAILING ADDRESS *(Included ZIP Code)*: c/o R.S. Oswald Employment Law Group, 888 17th Street NW Suite 900, Washington, DC 20006
- d. OFFICE TELEPHONE NO.
- e. PRESENT DUTY STATION
- f. RESIDENCE *(City and State)*

6. PERIOD OF TRAVEL
- a. FROM: 7/24/2005
- b. TO: 10/30/06

7. TRAVEL AUTHORIZATION
- a. NUMBER(S): UTA-06
- b. DATES(S: 9/15/05

8. TRAVEL ADVANCE

| | |
|---|---|
| a. Outstanding | |
| b. Amount to be applied | |
| c. Amount due Government *(Attached: ☐ Check ☐ Cash)* | |
| d. Balance outstanding | 0.00 |

9. CASH PAYMENT RECEIPT
- a. DATE RECEIVED
- b. AMOUNT RECEIVED $
- c. PAYEE'S SIGNATURE

10. CHECK NO.

11. PAID BY 7/13/07 DR 5/14/07

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH *(List by number below and attach passenger coupon; if cash is used show claim on reverse side.)*

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) ▶ *Traveler's initials* PJK

| 12. | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| Processing fee = | -225.00 | | | | | |
| [illegible] 1204 = | -12.60 | | | | | |
| [illegible] 1332 = | -25.00 | | | | | |
| [illegible] 323 = | -400.00 | | | | | |

3-1222 = 572.65
4-1223 = 9,873.23
7-1226 = 572.65

2007 MAR 30 PM 12:23
ATF FMD FINANCE BRANCH

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVEL SIGN HERE ▶ DATE 3/13/07 ~~1/7/06~~ AMOUNT CLAIMED ▶ $ 30050.60

- 430.60

*NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).*

14. This voucher is approved. Long-distance telephone calls, if any, are certified as necessary in the interest of the Government. *(NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)*

APPROVING OFFICIAL SIGN HERE ▶ [signature] DATE 5/4/07

17. *FOR FINACE OFFICE USE ONLY* COMPUTATION

$ 29,620.00

a. DIFFERENCES IF ANY *(Explain and show amount)*

| | |
|---|---|
| Lotta Grossman | + 9,873.23 |
| [illegible] | - 9,873.23 |
| [illegible] | - 572.65 |

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION $

*Certifier's initials:*

c. APPLIED TO TRAVEL ADVANCE *(Appropriation symbol):* $ 29,047.77

d. NET TO TRAVELER ▶ $ 29,047.77 ~~30050.60~~

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION
- a. VOUCHER NO.
- b. D.O. SYMBOL
- c. MONTH & YEAR

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

18. ACCOUNTING CLASSIFICATION

05-700D-404000-AIP-1222

HUD-1 U.S. Department of Housing and Urban Development Page 2

| [illegible] | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
| --- | --- | --- |
| 700. Total Sales/Brokers Com. based on price $405,000.00 @ 6.0000 % = 24,300.00 | | |
| 701. 12,150.00 3.0000 % to Coldwell Banker | | |
| 702 12,150.00 3.0000 % to Home Source, Inc. | | |
| 703. Commission paid at settlement | | 24,300.00 |
| 704. Processing Fee to Coldwell Banker | | 295.00 |
| [illegible] | | |
| 801. Appraisal Fee % to Alpha Appraisal, Inc. 75.00 | | |
| 802. Tax Service Contract Fee % to First American Real Estate Tax Service | 89.00 | |
| 803. Application Fee to JP MORGAN CHASE BANK, N.A. 355.00 | | |
| 804. Funding Fee to JP MORGAN CHASE BANK, N.A. | 395.00 | |
| 805. Lender's inspection fee to | | |
| 806. Mortgage insurance application fee to | | |
| 807. Assumption Fee to | | |
| 808. to | | |
| 809 to | | |
| 810. to | | |
| 811. to | | |
| [illegible] | | |
| 901. Interest from 09/19/05 to 10/01/05 @ 51.0400 /day | 612.48 | |
| 902. Mortgage insurance premium for months to | | |
| 903. Hazard insurance premium for 1 years to Florida Preferred | 1,923.00 | |
| 904. Flood insurance premium for 1 years to Southern Family | 331.00 | |
| 905. years to | | |
| [illegible] | | |
| 1001. Hazard insurance 3 months @ $160.25 per month | 480.75 | |
| 1002. Mortgage insurance months @ per month | | |
| 1003 City property taxes months @ per month | | |
| 1004. County property taxes 13 months @ $261.41 per month | 3,398.33 | |
| 1005. Annual assessments months @ per month | | |
| 1006. Flood insurance 3 months @ $27.58 per month | 82.74 | |
| 1007. months @ per month | | |
| 1008. months @ per month | | |
| 1009. Aggregate accounting adjustment | -375.68 | |
| [illegible] | | |
| 1101. Settlement or closing fee to First Priority Title Company | 185.00 | 125.00 |
| 1102. Abstract or title search to First Priority Title Company | | 95.00 |
| 1103. Title examination to First Priority Title Company | | 125.00 |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's Fees to | | |
| (includes above item numbers: ) | | |
| 1108 Title Insurance to First Priority Title Company | 350.00 | 2,025.00 |
| (includes above item numbers: ) | | |
| 1109. Lender's coverage (Premium) $324,000.00 ($350.00) | | |
| 1110. Owner's coverage (Premium). $405,000.00 ($2,025.00) | | |
| 1111 Endorse: FF9-$237.50; ALTA 5-$25.00; ALTA 8.1-$25.00 | 287.50 | |
| 1112. to | | |
| 1113. to | | |
| [illegible] | | |
| 1201. Recording fees Deed $19.10 Mortgage(s) $163.60 Releases | 182.70 | |
| 1202. City/county tax/stamps Deed Mortgage(s) $648.00 | 648.00 | |
| 1203. State tax/stamps Deed $2,835.00 Mortgage(s) $1,134.00 | 1,134.00 | 2,835.00 |
| 1204. Continuous Marriage Affidavit to Clerk and Comptroller - Palm Beach County | | 10.50 |
| 1205. to | | |
| [illegible] | | |
| 1301. Federal Express / Courier Fee to First Priority Title Company | 100.00 | 75.00 |
| 1302. Wire Fee to First Priority Title Company | 25.00 | 25.00 |
| 1303. Estoppel Fee (to Amberwoods HOA) to First Priority Title Company | | 100.00 |
| 1304. Lien Search Fee (to City of Boca Raton) to First Priority Title Company | | 40.00 |
| 1305. Electronic Delivery Fee to First Priority Title Company | 40.00 | |
| 1306. Survey to Litton Land Surveyors | 325.00 | |
| 1307. to | | |
| 1308. to | | |
| 1309. | | |
| [illegible] (Enter on lines 103, Section J and 502, Section K) | 10,203.84 | 30,050.60 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_________________ Borrower
PARRISH GAMARRA

_________________ Borrower
MILAGRITOS GAMARRA

_________________ Seller
PATRICK JOSEPH KELLY

_________________ Seller
MELISSA D. KELLY

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused, or will cause, the funds to be disbursed in accordance with this statement.

First Priority Title Company

By: _________________ 9/19/05
As its Authorized Representative Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010

DoubleTime®

7

# ~~TRAVEL~~ VOUCHER

(Read the Privacy Act Statement on the back)

**1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE:** DOJ-ATF

**2. TYPE OF TRAVEL:** ☐ TEMPORARY DUTY ☒ PERMANENT CHANGE OF STATION

**3. VOUCHER NO.** 7914356 6A

**4. SCHEDULE NO.** OK

**5. TRAVELER (PAYEE)**

a. NAME (Last, first, middle initial):

b. SOCIAL SECURITY NO.

c. MAILING ADDRESS (Included ZIP Code)
c/o R.S. Oswald Employment Law Group
888 17th Street NW Suite 900
Washington, DC 20006

d. OFFICE TELEPHONE NO.

e. PRESENT DUTY STATION

f. RESIDENCE (City and State)

**6. PERIOD OF TRAVEL:** a. FROM 1/1/06 b. TO 1/7/06

**7. TRAVEL AUTHORIZATION:** a. NUMBER(S) UTA-05 b. DATES(S) 1/1/06

[redacted]

**10. CHECK NO.**

**8. TRAVEL ADVANCE**

a. Outstanding

b. Amount to be applied

c. Amount due Government (Attached: ☐ Check ☐ Cash)

d. Balance outstanding 0.00

**9. CASH PAYMENT RECEIPT**

a. DATE RECEIVED

b. AMOUNT RECEIVED $

c. PAYEE'S SIGNATURE

**11. PAID BY** RByrd 7/13/07

**12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH** (List by number below and attach passenger coupon; if cash is used show claim on reverse side.)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) ▶ Traveler's Initials PJK

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| 5-2131 | =19.56 | | | | | |
| 3-1223 | =337.27 | | | | | |
| 4-1226 | = 19.56 | | | | | |

**13.** I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ [signature] DATE 3/13/07 ~~1/7/06~~ AMOUNT CLAIMED ▶ $ 1230.63

−218.80

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

**14.** This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)

APPROVING OFFICIAL SIGN HERE ▶ [signature] DATE 5/4/07

**17. FOR FINACE OFFICE USE ONLY COMPUTATION**

$ 1,011.83

a. DIFFERENCES IF ANY (Explain and show amount)

| | |
|---|---|
| WTA Gross-up | +337.27 |
| less fed. tax | −337.27 |
| less med. tax | −19.56 |

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION — Certifier's initials: $

c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol): $ 992.27

d. NET TO TRAVELER ▶ $ ~~1230.63~~

**15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION**

a. VOUCHER NO. b. D.O. SYMBOL c. MONTH & YEAR

**16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT**

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

**18. ACCOUNTING CLASSIFICATION**

06-700D-OMCA-404000-2131=893.75, 2132=118.08

(5) (6)

1012-114

STANDARD FORM 1012 (REV. 10-77)
Prescribed by GSA, FPMR (41 CFR) 101-7

8

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel* — Col. thru:

- *(d)* thru *(g)* Show amount incurred for each meal, including tax and tips, and daily total Meal cost
- *(h)* Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)
- *(i)* Complete for per diem and actual expense travel.
- *(j)* Show total subsistence expense incurred for actual expense travel.
- *(m)* Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.
- *(n)* Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information if this is a Continuation Sheet* — PAGE ___ OF 2 PAGES

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME

| DATE 2006 (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | ITEMIZED SUBSTANCE EXPENSES — MEALS — BREAK FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | MISCEL-LANEOUS SUBSIS TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE ~~0.485¢~~ 17¢ — NO. OF MILES (k) | AMOUNT CLAIMED — MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/6 | | House Hunting Fixed Rate for Agent and Spouse 6.25 days x locality rate. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | Locality Rate for FY 06 Lodging 94 and 49 | $0.00 | $0.00 | $306.25 | $306.25 | $0.00 | $587.50 | $893.75 | 0.00 | $0.00 | $893.75 | $0.00 |
| | | Fuel Mileage ( )and return travel / POV use 347.3 x 2 .485= | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 694.60 | 118.08 ~~$336.88~~ | $0.00 | |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | | | | | SUBTOTALS ▶ | ~~$336.88~~ | $893.75 | $0.00 |
| | | | | | | | | | | TOTALS ▶ | $118.08 | $893.75 | $0.00 |

*If additional space is required, continue on another SF 1012 BACK, leaving the front blank.*

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

TOTAL AMOUNT CLAIMED ▶ ~~$1,230.63~~ 1,011.83

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), E.O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943,for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

**TRAVEL VOUCHER**

*(Read the Privacy Act Statement on the back)*

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE
Justice-ATF

2. TYPE OF TRAVEL
☐ TEMPORARY DUTY
☒ PERMANENT CHANGE OF STATION

3. VOUCHER NO. 79143566B

4. SCHEDULE NO. OK

TRAVELER (PAYEE)

5. a. NAME *(Last, first, middle initial)*
[redacted]

b. SOCIAL SECURITY NO.
N/A

c. MAILING ADDRESS *(Included ZIP Code)*
Employment Law Group / Attorney R. Scott Oswald
888 17th Street NW Suite 900
Washington, DC 20006

d. OFFICE TELEPHONE NO.
202 331 2883

e. PRESENT DUTY STATION

f. RESIDENCE *(City and State)*
Washington, DC

6. PERIOD OF TRAVEL
a. FROM 3/23/06
b. TO 4/21/06

7. TRAVEL AUTHORIZATION
a. NUMBER(S)
b. DATES(S
[redacted]

10. CHECK NO.

11. PAID BY

8. TRAVEL ADVANCE

| | |
|---|---|
| a. Outstanding | 0.00 |
| b. Amount to be applied | 0.00 |
| c. Amount due Government *(Attached:* ☐ *Check* ☐ *Cash)* | |
| d. Balance outstanding | 0.00 |

9. CASH PAYMENT RECEIPT
a. DATE RECEIVED
b. AMOUNT RECEIVED $
c. PAYEE'S SIGNATURE

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH *(List by number below and attach passenger coupon; if cash is used show claim on reverse side.)*

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7)

▶ *Traveler's Initials* PJK

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| 1-1221 = | 62.20 | | | | | |
| 3-1223 = | 1,072.49 | | | | | |
| 4-1226 = | 62.20 | | | | | |

ATF FMD FINANCE BRANCH
2007 APR 13 PM 1:33

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ [signature] DATE 4/8/07 AMOUNT CLAIMED ▶ $ 4290

*NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).*

−1,072.50

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. *(NOTE: If long distance telephone calls are included, the approving official must have authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)*

APPROVING OFFICIAL SIGN HERE ▶ [signature] DATE 5/4/07

17. FOR FINACE OFFICE USE ONLY
COMPUTATION

$ 3,217.50

| | | |
|---|---|---|
| a. DIFFERENCES IF ANY *(Explain and show amount)* | WTA Gross-up | +1,072.49 |
| | less fed. tax | −1,072.49 |
| | less med. tax | −62.20 |
| b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION *Certifier's initials:* | | $ |
| c. APPLIED TO TRAVEL ADVANCE *(Appropriation symbol):* | | $ |
| d. NET TO TRAVELER ▶ | | $ 3,155.30 ~~4290~~ |

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION
a. VOUCHER NO.
b. D.O. SYMBOL
c. MONTH & YEAR

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

18. ACCOUNTING CLASSIFICATION
06-700D-OMCA-404000-1221

1012-114

(1)

STANDARD FORM 1012 (REV. 10-77)
Prescribed by GSA, FPMR (41 CFR) 101-7

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel:* Col. thru
- *(d)* }*(g)* } Show amount incurred for each meal, including tax and tips, and daily total Meal cost
- *(h)* Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)
- *(i)* Complete for per diem and actual expense travel.
- *(j)* Show total subsistence expense incurred for actual expense travel.
- *(m)* Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.
- *(n)* Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information If this is a Continuation Sheet* PAGE OF 2 PAGES

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME: Kelly

| DATE 06__ (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | ITEMIZED SUBSTANCE EXPENSES: MEALS: BREAK FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | MISCEL-LANEOUS SUBSIS TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE: ¢ NO. OF MILES (k) | AMOUNT CLAIMED: MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/23 | | Lump Sum Per Diem PCS for 30 days in 94 lodging 49 meals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | 3/23/06 - 4/22/06 for employee 94 + 49 =143 for 30 days X 75% | $0.00 | $0.00 | $1,470.00 | $1,470.00 | | $2,820.00 | $4,290.00 | 0.00 | $0.00 | $4,290.00 | $0.00 |
| | | | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | SUBTOTALS ▶ | $0.00 | $4,290.00 | $0.00 |
| | | | | | | | | | | TOTALS ▶ | $0.00 | $4,290.00 | $0.00 |

*If additional space is required, continue on another SF 1012 BACK, leaving the front blank.*

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

**TOTAL AMOUNT CLAIMED▶ $4,290.00**

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), E.O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

Financial Resources Desktop

Logout | Help | About

View in Fund Currency | Attachments | Add Shortcut | Print | Route

**Header** | Header Accounting Lines | Itemized Lines | Memos | Disbursing Information

References | Workflow Status | Approval History

Expand All | Collapse All

## General

Make Recurring

| | |
|---|---|
| Document Type: | PC / PCS Voucher |
| Status: | PROCESSED |
| Document Number: | 79143566C |
| Title: | |
| Authorized By: | |
| Post Code: | |
| Overseas Cashier Code: | |

| | |
|---|---|
| Orig Authorization Date: | 07/13/2007 |
| Last Authorization Date: | 07/13/2007 |
| Accounting Period: | 10/2007 |
| Reporting Accounting Period: | 10/2007 |
| Last Batch Number: | |
| Document Classification: | |
| Security Org: | HQ |
| Additional Payee Name: | |
| Accomplished Date: | |
| Currency Code: | USD |
| Suppress Printing: | |

*Reversal Options*

| | |
|---|---|
| Automatic Reverse: | |
| Reversal Accounting Period: | |
| Reverse After Period: | |

## Vendor Info

*Vendor*

| | |
|---|---|
| Code: | * More |
| Name: | PATRICK J KELLY |
| Reorganized Vendor: | |

Customer Account:

Amounts

Net Amount: $676.34

Cost Amount: $0.00

More

Designated Agent

Code: More

Name:

Reorganized Designated Agent:

Payment Adjustment

Additional Information:

Description

Description:

Extended Description:

Financial Resources Desktop

Logout | Help | About

PROCESSED

View in Fund Currency | Attachments | Add Shortcut | Print | Route

Header | **Header Accounting Lines** | Itemized Lines | Memos | Disbursing Information

Header Accounting Line | Payment Articles | Disbursement History | Histories | Sub Lines

References... Display 10 Items View as CSV

Items 1-4 of 4

| | Line Number | Transaction Type | Net Amount | Actg Templ | BBFY | EBFY | Fund | DIR | Orgn | Sub Org | Trng/Sys | Pgm/Proj | Sub Proj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 01 | $490.33 | | 2006 | | 700D | OMCA | 404000 | | | A1P | |
| | 3 | 02 | $166.67 | | 2006 | | 700D | OMCA | 404000 | | | A1P | |
| | 4 | 02 | $9.67 | | 2006 | | 700D | OMCA | 404000 | | | A1P | |
| | 15 | 02 | $9.67 | | 2006 | | 700D | OMCA | 404000 | | | A1P | |

**TRAVEL VOUCHER**

*(Read the Privacy Act Statement on the back)*

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE: Justice-ATF

2. TYPE OF TRAVEL
- ☐ TEMPORARY DUTY
- ☒ PERMANENT CHANGE OF STATION

3. VOUCHER NO. 7914356 D

4. SCHEDULE NO. OK

**5. TRAVELER (PAYEE)**

a. NAME *(Last, first, middle initial)* [redacted]

b. SOCIAL SECURITY NO. N/A

c. MAILING ADDRESS *(Included ZIP Code)*
Employment Law Group / Attorney R. Scott Oswald
888 17th Street NW Suite 900
Washington, DC 20006

d. OFFICE TELEPHONE NO. 202 331 2883

e. PRESENT DUTY STATION

f. RESIDENCE *(City and State)*

6. PERIOD OF TRAVEL
a. FROM 4/8/05 b. TO 10/30/05

7. TRAVEL AUTHORIZATION
a. NUMBER(S) [redacted] b. DATES(S

10. CHECK NO.

11. PAID BY
RByrd 7/13/07

| 8. TRAVEL ADVANCE | |
|---|---|
| a. Outstanding | 0.00 |
| b. Amount to be applied | 0.00 |
| c. Amount due Government *(Attached: ☐ Check ☐ Cash)* | |
| d. Balance outstanding | 0.00 |

9. CASH PAYMENT RECEIPT
a. DATE RECEIVED
b. AMOUNT RECEIVED $
c. PAYEE'S SIGNATURE

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH *(List by number below and attach passenger coupon; if cash is used show claim on reverse side.)*

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) ▶ Traveler's Initials PJK

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| | | | | | | |

ATF FMD FINANCE BRANCH
2007 APR 13 PM 1:33

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ DATE 4/8/2007 AMOUNT CLAIMED ▶ $ 4268.35

-708.15

$3,560.20

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

14. This voucher is approved. Long-distance telephone calls, if any, are certified as necessary in the interest of the Government. *(NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)*

APPROVING OFFICIAL SIGN HERE ▶ DATE 5/4/07

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION
a. VOUCHER NO. b. D.O. SYMBOL c. MONTH & YEAR

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

17. FOR FINACE OFFICE USE ONLY COMPUTATION
a. DIFFERENCES IF ANY *(Explain and show amount)*
b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION $
Certifier's initials:
c. APPLIED TO TRAVEL ADVANCE *(Appropriation symbol):* $
d. NET TO TRAVELER ▶ $ 3,560.20 ~~4268.35~~

18. ACCOUNTING CLASSIFICATION
06-700D-OMCA-404000-2231=2,949.86, 2136=610.34

1012-114

STANDARD FORM 1012 (REV. 10-77)
Prescribed by GSA, FPMR (41 CFR) 101-7

(18) (7) 12

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel:*

- Col. *(d)* thru *(g)*: Show amount incurred for each meal, including tax and tips, and daily total Meal cost
- *(h)* Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)
- *(i)* Complete for per diem and actual expense travel.
- *(j)* Show total subsistence expense incurred for actual expense travel.
- *(m)* Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.
- *(n)* Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information if this is a Continuation Sheet* — PAGE ___ OF 2

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME: Kelly

| DATE 05__ (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | MEALS: BREAK FAST (d) | MEALS: LUNCH (e) | MEALS: DINNER (f) | MEALS: TOTAL (g) | MISCEL-LANEOUS SUBSISTENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE: 0.405¢ NO. OF MILES (k) | AMOUNT CLAIMED: MILEAGE (l) | AMOUNT CLAIMED: SUBSISTENCE (m) | AMOUNT CLAIMED: OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Relocation Voucher Expenses\ Transportation of Household goods | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| 9/12 | | Return from detail via air employee | | | | $0.00 | ~~$77.70~~ | | ~~$77.70~~ | | $0.00 | ~~$77.70~~ | |
| 9/12 | | Return form detail via air Spouse | | | | $0.00 | ~~$165.40~~ | | ~~$165.40~~ | | $0.00 | ~~$165.40~~ | |
| 9/13 | | Ryder Truck Rental | | | | $0.00 | $2,335.61 | | $2,335.61 | | $0.00 | $2,335.61 | $0.00 |
| 9/13 | | Rental Packing Blanket / Straps | | | | $0.00 | $91.80 | | $91.80 | | $0.00 | $91.80 | $0.00 |
| 9/12 | | Rental Car Avis | | | | $0.00 | ~~$323.04~~ | | ~~$323.04~~ | | $0.00 | ~~$323.04~~ | $0.00 |
| 9/16 | | Rental Truck fuel allowance return | | | | $0.00 | | | $0.00 | 1507.00 | $610.34 | $0.00 | |
| 9/16 | | Tolls for travel back | | | | $0.00 | ~~$36.00~~ | | ~~$36.00~~ | | $0.00 | ~~$36.00~~ | $0.00 |
| 9/14 | | Airport parking | | | | $0.00 | ~~$5.00~~ | | ~~$5.00~~ | | $0.00 | ~~$5.00~~ | |
| 9/14 | | Moving company labor to load truck | | | | $0.00 | $403.00 | | $403.00 | | $0.00 | $403.00 | |
| 9/14 | | packaging supplies 96.24 / 23.21 | | | | $0.00 | $119.45 | | $119.45 | | $0.00 | $119.45 | |
| 9/16 | | Lodging return travel | | | | $0.00 | $0.00 | $101.01 | ~~$101.01~~ | | $0.00 | ~~$101.01~~ | |
| | | | | | | | | | SUBTOTALS ▶ | | $610.34 | ~~$3,658.01~~ | $0.00 |
| | | | | | | | | | TOTALS ▶ | | $610.34 | ~~$3,658.01~~ | $0.00 |

*If additional space is required, continue on another SF 1012 BACK, leaving the front blank.*

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

**TOTAL AMOUNT CLAIMED ▶** ~~$4,268.35~~ 3,560.20

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), E.O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943,for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

**TRAVEL VOUCHER**

*(Read the Privacy Act Statement on the back)*

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE: Justice-ATF

2. TYPE OF TRAVEL: ☐ TEMPORARY DUTY ☒ PERMANENT CHANGE OF STATION

3. VOUCHER NO. 7914356E

4. SCHEDULE NO. OK

**TRAVELER (PAYEE)**

5. a. NAME *(Last, first, middle initial)*

b. SOCIAL SECURITY NO. N/A

c. MAILING ADDRESS *(Included ZIP Code)*
Employment Law Group / Attorney R. Scott Oswald
888 17th Street NW Suite 900
Washington, DC 20006

d. OFFICE TELEPHONE NO. 202 331 2883

e. PRESENT DUTY STATION

f. RESIDENCE *(City and State)*

6. PERIOD OF TRAVEL: a. FROM 4/8/05 b. TO 1/22/07

7. TRAVEL AUTHORIZATION: a. NUMBER(S) b. DATES(S

10. CHECK NO.

11. PAID BY KByrd 7/13/07

| 8. TRAVEL ADVANCE | |
|---|---|
| a. Outstanding | 0.00 |
| b. Amount to be applied | 0.00 |
| c. Amount due Government *(Attached: ☐ Check ☐ Cash)* | |
| d. Balance outstanding | 0.00 |

9. CASH PAYMENT RECEIPT
a. DATE RECEIVED
b. AMOUNT RECEIVED $
c. PAYEE'S SIGNATURE

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH *(List by number below and attach passenger coupon; if cash is used show claim on reverse side.)*

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) ▶ Traveler's Initials RJK

| GTR / Ticket | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| | | | | | | |

ATF FMD FINANCE BRANCH
2007 APR 13 PM 1:33

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ DATE 4/8/2007 AMOUNT CLAIMED ▶ $ 851.97

*NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).*

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. *(NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)*

APPROVING OFFICIAL SIGN HERE ▶ DATE 5/4/07

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION
a. VOUCHER NO. b. D.O. SYMBOL c. MONTH & YEAR

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT
AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

17. *FOR FINACE OFFICE USE ONLY* COMPUTATION
a. DIFFERENCES IF ANY *(Explain and show amount)* $
b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION
*Certifier's initials:* $
c. APPLIED TO TRAVEL ADVANCE *(Appropriation symbol):* $
d. NET TO TRAVELER ▶ $ 851.97

18. ACCOUNTING CLASSIFICATION
06-700D-OMCA-404000-2538

1012-114

(9)

STANDARD FORM 1012 (REV. 10-77)
Prescribed by GSA, FPMR (41 CFR) 101-7

14

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel*

- Col. *(d)* thru *(g)* Show amount incurred for each meal, including tax and tips, and daily total Meal cost
- *(h)* Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)
- *(i)* Complete for per diem and actual expense travel.
- *(j)* Show total subsistence expense incurred for actual expense travel.
- *(m)* Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.
- *(n)* Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information If this is a Continuation Sheet* P OF 2

TRAVEL AUTHORIZATION N

TRAVELER'S LAST NAME: Kelly

| DATE 05__ (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | ITEMIZED SUBSTANCE EXPENSES — MEALS: BREAK FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | MISCELLANEOUS SUBSISTENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE: 0.405¢ NO. OF MILES (k) | AMOUNT CLAIMED — MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/8 | | Relocation Voucher Expenses Storage of Household goods | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| 5/10 | | Mission Bay Self Storage packaging supplies for items to be stored | | | | $0.00 | $126.36 | | $126.36 | | $0.00 | $126.36 | |
| 6/23 | | Self Storage Depot Storage Charge | | | | $0.00 | $244.49 | $0.00 | $244.49 | | $0.00 | $244.49 | |
| 8/1 | | Self Storage Depot Stroage Charge | | | | $0.00 | $151.69 | $0.00 | $151.69 | | $0.00 | $151.69 | $0.00 |
| 9/1 | | Self Storage Depot Storage Charge | | | | $0.00 | $151.69 | | $151.69 | | $0.00 | $151.69 | $0.00 |
| 9/12 | | Self Storage Depot Storage Charge | | | | $0.00 | $154.53 | | $154.53 | | $0.00 | $154.53 | $0.00 |
| 9/14 | | Self Stroage Depot Storage Charge | | | | $0.00 | $23.21 | | $23.21 | | $0.00 | $23.21 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | |
| | | | | | | | | | SUBTOTALS ▶ | | $0.00 | $851.97 | $0.00 |
| | | | | | | | | | TOTALS ▶ | | $0.00 | $851.97 | $0.00 |

*If additional space is required, continue on another SF 1012 BACK, leaving the front blank.*

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

**TOTAL AMOUNT CLAIMED ▶ $851.97**

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), E.O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943,for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.