# EXHIBIT 2

**Table 2. Vouchers Submitted But Not Paid**

| Voucher Number | Reason for Claim | Amount Claimed | Reason Not Paid | Amount Believed Payable If Forms Filled-Out Correctly And If Processed |
|---|---|---|---|---|
| None | Permanent change of station - travel and air fare - May 10, 11, 12, 2005 | $1,079.33 | Not processed prior to litigation | $1,079.33 assuming confirmation of the dates of travel (FY 2005 or FY 2006) for per diem purposes |
| None | Permanent change of station – travel - June 20-23, 2005 | $1,816.58 | Not processed prior to litigation | The voucher as submitted co-mingles travel expenses for a Threatened Law Enforcement Officer and Relocation. The voucher cannot be processed until expenses are broken out according to the type of travel |
| None | Per diem for spouse and child - October 30, 2005 through January 21, 2006 | $6,270.00 | Not processed prior to litigation | $6,270.00 assuming confirmation of the dates of travel (FY 2005 or FY 2006) for per diem purposes |
| None | Per diem for spouse and child – January 22, 2006 through March 24, 2006 | $3,217.50 | Not processed prior to litigation | $3,217.50 assuming confirmation of the dates of travel (FY 2005 or FY 2006) for per diem purposes |
| None | Per diem for spouse and children - March 25, 2006 through February 17, 2007 | $35,391.00 | Not processed prior to litigation | $35,391.00 assuming confirmation of the dates of travel (FY 2005 or FY 2006) for per diem purposes |
| | TOTAL: | $ 47,774.41 | | |

# TRAVEL VOUCHER

*(Read the Privacy Act Statement on the back)*

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE: Justice-ATF

2. TYPE OF TRAVEL: ☐ TEMPORARY DUTY ☒ PERMANENT CHANGE OF STATION

3. VOUCHER NO.

4. SCHEDULE NO.

**5. TRAVELER (PAYEE)**

a. NAME *(Last, first, middle initial)*: Kelly, Patrick J.

b. SOCIAL SECURITY NO.: N/A

c. MAILING ADDRESS *(Included ZIP Code)*:
Employment Law Group / Attorney R. Scott Oswald
888 17th Street NW Suite 900
Washington, DC 20006

d. OFFICE TELEPHONE NO.: 202 331 2883

e. PRESENT DUTY STATION

f. RESIDENCE *(City and State)*

6. PERIOD OF TRAVEL: a. FROM 4/8/05 b. TO 10/30/05

7. TRAVEL AUTHORIZATION: a. NUMBER(S) b. DATES(S

**8. TRAVEL ADVANCE**

| | |
|---|---|
| a. Outstanding | 0.00 |
| b. Amount to be applied | 0.00 |
| c. Amount due Government *(Attached: ☐ Check ☐ Cash)* | |
| d. Balance outstanding | 0.00 |

**9. CASH PAYMENT RECEIPT**

a. DATE RECEIVED

b. AMOUNT RECEIVED $

c. PAYEE'S SIGNATURE

10. CHECK NO.

11. PAID BY

**12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH** *(List by number below and attach passenger coupon; if cash is used show claim on reverse side.)*

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7)

*Traveler's Initials* PJK

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER *(Initials)* (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| | | | | | | |

ATF FMD FINANCE BRANCH 2007 APR 13 PM 1:33

**13.** I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher

TRAVELER SIGN HERE ▶ DATE 4/8/2007 AMOUNT CLAIMED ▶ $ 1079.33

*NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).*

**14.** This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. *(NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)*

APPROVING OFFICIAL SIGN HERE ▶ DATE

**15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION**

a. VOUCHER NO. b. D.O. SYMBOL c. MONTH & YEAR

**16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT**

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

**17.** *FOR FINACE OFFICE USE ONLY* COMPUTATION

| | |
|---|---|
| | $ |
| a. DIFFERENCES IF ANY *(Explain and show amount)* | |
| b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION *Certifier's initials:* | $ -- |
| c. APPLIED TO TRAVEL ADVANCE *(Appropriation symbol):* | $ |
| d. NET TO TRAVELER ▶ | $ 1079.33 |

18. ACCOUNTING CLASSIFICATION

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel* — Col. *(d)* thru *(g)*: Show amount incurred for each meal, including tax and tips, and daily total Meal cost

*(h)* Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)

*(i)* Complete for per diem and actual expense travel.

*(j)* Show total subsistence expense incurred for actual expense travel.

*(m)* Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.

*(n)* Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information If this is a Continuation Sheet* — PAGE ___ OF 2 PAGES

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME: Kelly

| DATE 05__ (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | BREAK FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | MISCELLANEOUS SUBSISTENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE: 0.405¢ NO. OF MILES (k) | MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10 | | Return to residence via Air from detail location (spouse) | | | | $0.00 | $175.40 | | $175.40 | | $0.00 | $175.40 | |
| 5/10 | | Return to residecne via Air from detailed location | | | | $0.00 | $67.50 | | $67.50 | | $0.00 | $67.50 | |
| 5/11 | | One night lodging | | | | $0.00 | | $107.19 | $107.19 | | $0.00 | $107.19 | |
| 5/12 | | One night lodging | | | | $0.00 | $96.90 | $0.00 | $96.90 | | $0.00 | $96.90 | $0.00 |
| | | Fuel allowance: one way travel for 1507 miles at .405 dollars /mile | | | | $0.00 | | | $0.00 | 1507.00 | $610.34 | $0.00 | $0.00 |
| | | Tolls | | | | $0.00 | $22.00 | | $22.00 | | $0.00 | $22.00 | $0.00 |
| | | Transport 1 POV | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | |
| | | | | | | | | | | SUBTOTALS ▶ | $610.34 | $468.99 | $0.00 |
| | | | | | | | | | | TOTALS ▶ | $610.34 | $468.99 | $0.00 |

*If additional space is required, continue on another SF 1012 BACK, leaving the front blank.*

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), E.O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943,for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

**TOTAL AMOUNT CLAIMED ▶ $1,079.33**

STANDARD FORM 1012 BACK (10-77)

YAHOO! MAIL

Print - Close Window

**From:** "JetBlue Reservations" <jetblue.10325316.7663.23909552@reply.jetblue.com>

**To:**

**Subject:** Your JetBlue E-tinerary

**Date:** Sun, 1 May 2005 21:19:22 -0600

jetBlue AIRWAYS

Kiosk Check-in

**You're all set!**

Thanks for choosing JetBlue. Attached is the booking confirmation for your trip. Please review the confirmation carefully as it includes some important information about flying with us. Although you do not need this document to check in, we recommend that you print it out for your own reference.

Starting May 1, JetBlue is moving to **Terminal C** at Boston's Logan International Airport and adding more flights, expanded concessions and great new facilities.

Change your flights online and save $5. It's fast and easy.

Find out what's showing on our DIRECTV® service. Print a program guide for your flight.

You can also access our Real-Time Flight Tracker to check the arrival or departure status of your trip.

Do-it-yourself check in. Now customers traveling without checked baggage have two new ways to check in for their flights. At the airport, take advantage of our easy-to-use self-service kiosks to check in, select or change seat assignments and print boarding passes. Or, from your home or office, check in using our new Online Flight Check-in tool, which is available up to 24 hours, but no less than 90 minutes, prior to your scheduled departure time.

Extra! Extra! Legroom! Those who would prefer two extra inches of legroom should pick seats between rows 11-26. Remember to pick the seat that's right for you. There's not a bad seat in the house.

We look forward to welcoming you aboard.

**Flight Summary**

Patrick Kelly
6590 Hollandaire Dr West
Boca Raton, FL 33433

| | |
|---|---|
| Confirmation Number: | QFUZCX (change flights) |
| Date Booked: | 01 May 05 |
| Modified: | 01 May 05 |
| Booked By: | INET |

| | Name | TrueBlue Number |
|---|---|---|
| Welcome Aboard: | MELISSA KELLY | 2033138563 |

| Date | Flt | Depart | Arrive | Stops |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 09 May 05 | | | Ft Lauderdale, FL | 0 |
| 12 May 05 | 456 | Ft Lauderdale, FL | | 0 |

| | | |
|---|---|---|
| Total for 1 customer | Fare: | 146.98 |
| | Tax: | 17.42 |
| | Security Fee: | 5.00 |
| | Passenger Facility Charge: | 6.00 |
| | Total: | $175.40 |
| | Visa: | $175.40 |
| | Balance Due: | $0.00 |

**Great Hotel Deals***

**Hotel offers in Fort Lauderdale**



Sheraton Yankee Clipper Beach Resort
☆☆☆☆ rooms **$105** per night Bonaventure Resort and Spa
☆☆☆☆ rooms **$68** per night Sea Club Resort
☆☆☆ rooms **$56** per night

*Hotel availability is limited and may not be available at the rates quoted above.

DOMESTIC TRAVEL:
All JetBlue travel is via electronic ticketing, and fares must be purchased at time of reservation. All fares are one-way, nonrefundable and nontransferable. Changes can be made online at jetblue.com for a fee of $20 per person or by calling 1-800-JETBLUE (538-2583) for a fee of $25 per person. Any applicable difference in airfare will apply. Cancellations may be made prior to scheduled departure for a fee of $25 per person. If a change or cancellation results in overpayment, any remaining balance will become a credit with JetBlue and may be applied toward future travel for one year. If a reservation is not changed or canceled prior to scheduled departure, all money associated with the reservation is forfeited. DIRECTV® service is not available on flights between New York City and Puerto Rico. JetBlue provides beverage and snack service only. Other restrictions apply.

DOMESTIC TRAVEL NOTE:
* Government-issued photo ID is required of all customers 18 years of age or older.
* Reservations are subject to cancellation if the customer is not present at the departure gate at least 10 minutes prior to scheduled departure.
* Each customer is allowed three checked bags up to 70 pounds each free of charge. Customers traveling to/from Puerto Rico are allowed two checked bags. Carry-on baggage is limited to one bag plus one personal item (e.g., purse, briefcase, laptop, etc.).

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY:
Where a passenger's journey involves an ultimate destination or a stop in a country other than the country of departure, either the Warsaw Convention and the Hague Protocol, their amendments, and any special contracts of carriage embodied in applicable tariffs that waive Warsaw/Hague limits, or the Montreal Convention may apply to the entire journey including the portion within the countries of departure or destination and, in some cases, may limit the liability of the carrier for death or personal injury, delay, and for loss of or damage to baggage. The Montreal Convention, where applicable, does not impose, and special contracts voluntarily entered into by many carriers, including JetBlue, waive, the Warsaw/Hague limitations for compensatory damages arising out of personal injury or wrongful death caused by an accident, as defined by the applicable treaty. The names of carriers party to the special contracts are available at all ticket offices of such carriers and may be examined upon request.

NOTICE OF BAGGAGE LIABILITY LIMITS

Hotel

YAHOO! MAIL

Print - Close Window

**Date:** Tue, 10 May 2005 23:46:00 -0400 (EDT)

**From:** "'TownePlace Suites By Marriott Reservations'" <reservations@towneplace.com>

**To:**

**Subject:** TownePlace Suites Boca Raton Reservation Confirmation #80136712



**TownePlace Suites Boca Raton >>**

**Confirmation number: 80136712**

5110 NW 8th Avenue
Boca Raton, Florida 33487
USA
Phone: 1-561-994-7232
Fax: 1-561-994-2134

TownePlace SUITES Marriott

Maps & Transportation >>
Driving Directions >>
Restaurants & Lounges >>
Area Information >>

**Dear PATRICK KELLY,**
We are pleased to confirm your reservation with TownePlace Suites by Marriott. Below is a summary of your booking and room information. Enjoy your stay at TownePlace Suites, where it always feels like home. Keep us in mind for special treatment, whenever you're traveling

**Your Reservation**

**Confirmation #: 80136712**

**Check-in:**
Wed, May 11, 2005 [3:00pm]

**Check-out:**
Thu, May 12, 2005 [12:00pm]

Questions about this reservation?
Contact us >>

You can modify or cancel this reservation online or call us at 1-800-257-3000 in the US and Canada. Elsewhere, call our worldwide reservation telephone numbers.

**Guarantee method:**
Credit card guarantee
Visa

**Marriott Rewards number:**
None

Not a member? Earn points for each stay. Join today >>

**Cancellation policy:**
CANCELLATION PERMITTED
- BEFORE 1800 DAY OF ARRIVAL
CANCELLATION FEE
1 NIGHTS RM & TAX CXL FEE - TOTAL 106.70 USD
- AS FIRST NIGHT PAYMENT

**Your Room**

**Number of rooms:** 1
**Room type:** STUDIO(1-QUEEN 1-SOFABED

**You have requested:**
NON-SMOKING ROOM, Guaranteed

**Guests in room:** 1
**Guest 1:** PATRICK KELLY

Special request fees may apply.

**Rate Information**

**You Can Modify or Cancel This Reservation Online >>**

Or call us at 1-800-257-3000 in the US and Canada. Elsewhere, call our worldwide reservation telephone numbers.

**Marriott Rewards**
Not a member? Earn points for each stay. Join today >>

It's MegaBonus Time! Register now to earn thousands of bonus points >>

**High-Speed Internet Access**

This hotel features high-speed Internet access. Learn more >>

**Marriott's Look No Further℠ Best Rate Guarantee >>**
Rest easy. You received the best possible rate on your Marriott room. Guaranteed.

**Partner Offers**
Special deals on auto rentals from Hertz >>

Make another reservation >>

YAHOO! MAIL Print - Close Window

**Date:** Wed, 11 May 2005 08:14:10 -0400 (EDT)
**From:** "'TownePlace Suites By Marriott Reservations'" <reservations@towneplace.com>
**To:** PKELLY273@YAHOO.COM
**Subject:** TownePlace Suites Fredericksburg Reservation Confirmation #80196244



**TownePlace Suites Fredericksburg >>**

**Confirmation number: 80196244**

4700 Market Street (Route 1489)
Fredericksburg, Virginia 22408
USA
Phone: 1-540-891-0775
Fax: 1-540-891-7590

TownePlace SUITES Marriott

Maps & Transportation >>
Driving Directions >>
Restaurants & Lounges >>
Area Information >>

**Dear PATRICK KELLY,**
We are pleased to confirm your reservation with TownePlace Suites by Marriott. Below is a summary of your booking and room information. Enjoy your stay at TownePlace Suites, where it always feels like home. Keep us in mind for special treatment, whenever you're traveling

**Your Reservation**

**Confirmation #: 80196244**

**Check-in:**
Thu, May 12, 2005 [3:00pm]

**Check-out:**
Fri, May 13, 2005 [11:00am]

Questions about this reservation? Contact us >>

You can modify or cancel this reservation online or call us at 1-800-257-3000 in the US and Canada. Elsewhere, call our worldwide reservation telephone numbers.

**Guarantee method:**
Credit card guarantee
Visa

**Marriott Rewards number:**
None

Not a member? Earn points for each stay. Join today >>

**Cancellation policy:**
CANCELLATION PERMITTED
- UP TO 1 DAY BEFORE ARRIVAL
CANCELLATION FEE
1 NIGHTS RM & TAX CXL FEE - TOTAL 85.72 USD
- AS FIRST NIGHT PAYMENT

**Your Room**

**Number of rooms:** 1
**Room type:** 1-QUEEN 1-BATH

**Guests in room:** 1
**Guest 1:** PATRICK KELLY

**You have requested:**
NON-SMOKING ROOM, Not Available
I.D. REQUIRED

Special request fees may apply.

**You Can Modify or Cancel This Reservation Online >>**

Or call us at 1-800-257-3000 in the US and Canada. Elsewhere, call our worldwide reservation telephone numbers.

**Marriott Rewards**
Not a member? Earn points for each stay. Join today >>

It's MegaBonus Time! Register now to earn thousands of bonus points >>

**High-Speed Internet Access**

This hotel features high-speed Internet access. Learn more >>

**Marriott's Look No Further℠ Best Rate Guarantee >>**
Rest easy. You received the best possible rate on your Marriott room. Guaranteed.

**Partner Offers**
Special deals on auto rentals from Hertz >>

Make another reservation >>

TownePlace SUITES Marriott

TPS FREDERICKSBURG
4700 MARKET STREET
FREDERICKSBURG VA 22407
540-891-0775

PATRICK/MR KELLY
6590 HOLLANDAIRE DR. WEST
BOCA RATON FL 33433

GOVA

Room: 129 GOVA
Room Type: STDO
No. Of Guests: 1
Rate: 79.00
Clerk:

Arrive 12May05 Time 06:22p Depart 13May05 Time Folio# RE-55772

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 12May05 | J1129 | Room charge-Studio | 79.00 | |
| 12May05 | T1129 | Occupancy Sales Ta | 3.95 | |
| 12May05 | T3129 | City Tax | 3.95 | |
| 12May05 | PE129 | Pet Charge | 10.00 | |
| 13May05 | VI129 | VISA | | 96.90- |

**************************************
* Your VISA card on file *
* will be charged $ 96.90 *
**************************************

** BALANCE ** .00

YAHOO! MAIL

Print - Close Window

**Date:** Sun, 1 May 2005 22:15:04 -0400 (EDT)
**From:** YourTicketReceipt@flysong.com
**To:**
**Subject:** Your e>Ticket Receipt and Itinerary

Thanks for choosing Song.

Your e>ticket receipt, itinerary, and contract provisions are attached to this email.

You can always check the status of your flight, or get any other information by visiting us at flysong.com. If you make a change to your plans, give us a call at 800-FLY-SONG (800-359-7664).

We're looking forward to seeing you.

---

**Got outstanding credits from old tickets?** Now you can use them towards the purchase of a new ticket at flysong.com . Look for eVouchers (electronic vouchers) in the payment information section when purchasing your next ticket.

ONLINE CHECK-IN - Enjoy the fastest way to the gate. Use flysong.com's Online Check-in from 24 hours to 30 minutes before departure.
http://www.flysong.com

---

"Legal" also wanted you to know that:
This e-mail message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only e-mail. Please do not respond to this message.

---

**HTML Attachment**

## *Your e>Ticket Receipt and Itinerary*

*Thanks again for choosing Song. Want to make your trip as easy as possible? Check-in online at flysong.com anytime from 24 hours to 30 minutes prior to your departure. Have bags to check?*
*You can check-in at the curb or inside at one of the check-in kiosks. Your choice! Then you'll also have your boarding pass in hand before you head to the gate. Got questions? Visit us at flysong.com or call 800-FLY-SONG (800-359-7664).*

**PATRICK KELLY**
**6590 HOLLANDAIRE DRIVE WEST**
**BOCA RATON FL 33433**

Confirmation Number/Record Locator: **P1OOFT**
SkyMiles Number:

**RECEIPT INFORMATION**

Psgr: PATRICK KELLY
Not Transferable
Place of Ticket Issue: WWWRES
Issuing Agent Id: DL/WW

Ticket Number: **00623101050810** Ticket Issue date: 01MAY05
This document expires 01MAY06.

Fare Details:

FARE: 54.88 USD
TAX: 12.82 XT
TOTAL:67.70 USD

Form of Payment VI************2324

**NON REF/CHANGE FEE/PENALTY**

***This is a special fare ticket. Changing your reservation may result in penalties and increased fare. Always advise your airline or travel agent that you are traveling on a special fare.***

DELTA

**TICKETED ITINERARY INFORMATION**

| Flight Nbr | Departure Date | Bkng Class | Status | Carrier/Vendor | Departure City | Departure Time | Arrival City | Arrival Time | Seat/ Class | Meals/ Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | 09MAY05 | T | OK | SONG/ Operated by DELTA AIR LINES | | | | | 34E COACH | |

**Song offers a selection of both healthy and indulgent meals and snacks for sale on all flights, in addition to signature cocktails and premium beverages. Soft drinks, coffee, and tea are complimentary.**

Please check-in early. Song recommends the following minimum check-in times.

| ***Destination*** | ***Lobby*** | ***Boarding Gate*** |
|---|---|---|
| *U.S. Domestic* | *60 minutes* | *30 minutes* |
| *International* | *120 minutes* | *60 minutes* |

\# - Arrival is the next day.
** - Check-in required
*S$ - Multiple Seats
F - Food Available for Purchase

*Checked baggage must be presented at least 30 minutes before departure for domestic flights and 60 minutes for International flights or the bag may be refused.*
*Exception: Passengers originating travel from Denver International Airport (DEN) or Las Vegas International Airport (LAS) must check their bags at least 45 minutes prior the scheduled departure time or the bag may be refused. San Juan, P.R., (SJU) and Saint Thomas, U.S.V.I. (STT) originating passengers must check their bags at least 60 minutes prior to the scheduled departure time or the bag may be refused.*

*Domestic flights close for boarding 15 minutes before departure. International flights close 60 minutes before departure.*

**HTML Attachment**

0067034

1:34 FAX

# STATEMENT OF ACCOUNT

1886

| Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|
| | | 07-05-05 | 06-10-05 |
| **New Balance** | **Amount Over Credit Limit** | **PAYMENT DUE DATE** | **Statement Date** |

Member No./Card No.

Member No./Card No.

PAGE 1

E

| | |
|---|---|
| Statement Date | 06-10-05 |
| Credit Limit | |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY

C0007205620142O537009

Our enhanced online bill payment service lets you receive bills online, schedule by due date, and have payment deducted on your selected payment date. And it's still free. Details at www.hfcu.org

VISA GOLD CARD LNH142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|
| | | BOCA RATON FL | 0510 | 0512 | 135.60 |
| 24138295131327264831264 | LOWE'S #1069 | | 0511 | 0512 | |
| 2421073513120048850001 | | POMPANO BEACHFL | 0510 | 0512 | 500.00 |
| 24307925131900011200012 | FLAMINGO FLOORING INC | | | | 126.36 |
| 24323005131253130010057 | MISSION BAY SELF STORA | BOCA RATON FL | 0510 | 0512 | |
| | | | 0510 | 0512 | |
| 74138295131327264831251 | | | | | |
| | | BRUNSWICK GA | 0512 | 0513 | 24.71 • |
| 24164075132795132390115 | AMOCO OIL 0576294 | | | | |
| | | BOCA RATON FL | 0511 | 0513 | 26.51 • |
| 24692165132000865334168 | SHELL OIL 91004018912 | PALM BAY FL | 0512 | 0516 | 14.39 • |
| 24692165133000955270628 | SUNOCO SVC STATION | | | | |
| | | BOCA RATON FL | 0512 | 0516 | 107.19 • |
| 24610435133004088804010 | TOWN PLACE SUITE-BOCA RTN | | | | |
| | | NC | 0512 | 0516 | 18.95 • |
| 24692165133000944260896 | SHELL OIL 91002880819 | DUNN | | | |
| | | FREDERICKSBRGVA | 0513 | 0516 | 96.90 • |
| 24610435135004080010804 | TOWNEPLACE SUTES FRDCKBG | | | | |
| | | FREDERIC VA | 0512 | 0516 | 22.27 • |
| 24455015135140008262743 | | | | | |
| 24164055133378000085437 | EXXONMOBIL91 04716106 | | | | |
| 24445725136137217720219 | | | | | |
| 24455015137140006956476 | | | | | |
| 74418005137138002427809 | | | | | |
| 74418005137138002427604 | | | | | |
| 74247285137800195099291 | | | | | |
| 00000000000000000000000 | | | | | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations | | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| ANNUAL PERCENTAGE RATE | Daily Rate | | | | | |
| | see above | | see above | | | |

**TRAVEL VOUCHER**

*(Read the Privacy Act Statement on the back)*

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE: Justice-ATF

2. TYPE OF TRAVEL: ☐ TEMPORARY DUTY ☒ PERMANENT CHANGE OF STATION

3. VOUCHER NO.

4. SCHEDULE NO.

5. TRAVELER (PAYEE)

a. NAME *(Last, first, middle initial)*: Kelly, Patrick J.

b. SOCIAL SECURITY NO.: N/A

c. MAILING ADDRESS *(Included ZIP Code)*:
Employment Law Group / Attorney R. Scott Oswald
888 17th Street NW Suite 900
Washington, DC 20006

d. OFFICE TELEPHONE NO.: 202 331 2883

e. PRESENT DUTY STATION

f. RESIDENCE *(City and State)*

6. PERIOD OF TRAVEL: a. FROM 4/8/05 b. TO 10/30/05

7. TRAVEL AUTHORIZATION: a. NUMBER(S) b. DATES(S

10. CHECK NO.

11. PAID BY

8. TRAVEL ADVANCE

| | |
|---|---|
| a. Outstanding | 0.00 |
| b. Amount to be applied | 0.00 |
| c. Amount due Government *(Attached: ☐ Check ☐ Cash)* | |
| d. Balance outstanding | 0.00 |

9. CASH PAYMENT RECEIPT

a. DATE RECEIVED

b. AMOUNT RECEIVED $

c. PAYEE'S SIGNATURE

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH *(List by number below and attach passenger coupon; if cash is used show claim on reverse side.)*

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) ▶ *Traveler's Initials* PJK

| AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|
| | | | | | |

ATF FMD FINANCE BRANCH
2007 APR 13 PM 1:33

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ DATE 4/8/2007 AMOUNT CLAIMED ▶ $ 1816.58

**NOTE:** *Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).*

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. *(NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)*

APPROVING OFFICIAL SIGN HERE ▶ DATE

17. *FOR FINACE OFFICE USE ONLY* COMPUTATION

a. DIFFERENCES IF ANY *(Explain and show amount)* $

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION

a. VOUCHER NO. b. D.O. SYMBOL c. MONTH & YEAR

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION *Certifier's initials:* $

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

c. APPLIED TO TRAVEL ADVANCE *(Appropriation symbol):* $

d. NET TO TRAVELER ▶ $ 1816.58

18. ACCOUNTING CLASSIFICATION

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel*

Col. *(d)* thru *(g)* Show amount incurred for each meal, including tax and tips, and daily total Meal cost

*(h)* Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)

*(i)* Complete for per diem and actual expense travel.

*(j)* Show total subsistence expense incurred for actual expense travel.

*(m)* Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.

*(n)* Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information If this is a Continuation Sheet* PAGE ___ OF 2 PAGES

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME

Kelly

| DATE 05__ (a) | TIME *(Hour and am/pm)* (b) | DESCRIPTION *(Departure/arrival city, per diem computation, or other explanations of expense)* (c) | ITEMIZED SUBSTANCE EXPENSES — MEALS — BREAK FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | MISCEL-LANEOUS SUBSIS TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE: 0.405¢ — NO. OF MILES (k) | AMOUNT CLAIMED — MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Relocation Voucher Expenses | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| 6/20 | | Return to residence via vehicle to transport / tow items for relocation | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| 6/20 | | One night lodging | | | | $0.00 | | $88.75 | $88.75 | | $0.00 | $88.75 | |
| 6/20 | | Fuel allowance: one way travel for 1507 miles at .403 dollars / mile | | | | $0.00 | | | $0.00 | 1507.00 | $610.34 | $0.00 | $0.00 |
| 6/23 | | Uhaul travel trailer rental for household goods / one way | | | | $0.00 | $360.40 | | $360.40 | | $0.00 | $360.40 | $0.00 |
| 6/23 | | One noght lodging | | | | $0.00 | | $88.75 | $88.75 | | $0.00 | $88.75 | $0.00 |
| 6/23 | | Fuel allowance: one way travel for 1507 miles at .405 dollars /mile | | | | $0.00 | | | $0.00 | 1507.00 | $610.34 | $0.00 | |
| | | Tolls for travel down | | | | $0.00 | $22.00 | | $22.00 | | $0.00 | $22.00 | $0.00 |
| | | Tolls for travel back with trailer | | | | $0.00 | $36.00 | | $36.00 | | $0.00 | $36.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | |
| | | | | | | | | | | SUBTOTALS ▶ | $1,220.68 | $595.90 | $0.00 |
| | | | | | | | | | | TOTALS ▶ | $1,220.68 | $595.90 | $0.00 |

*If additional space is required, continue on another SF 1012 BACK, leaving the front blank.*

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), E.O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943,for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

**TOTAL AMOUNT CLAIMED▶ $1,816.58**

Shows vehicle trip FROM MHT to FL

YAHOO! MAIL

Print - Close Window

**Date:** Mon, 13 Jun 2005 16:02:31 -0400 (EDT)

**From:** reservations@ichotelsgroup.com

**To:**

**Subject:** Your Holiday Inn Express (R) Reservation Confirmation - FLORENCE, SC, UNITED STATES: 66483694

Holiday Inn EXPRESS

**Links**

Modify/Cancel Reservation
View All Reservations
Make Another Reservation
View Account

**Featured Offer**

PRIORITYCLUB REWARDS
Earn a Free Night plus a $20 statement credit.
The Priority Club® Rewards Visa Signature® card.
Learn more

## Thank you for choosing Holiday Inn Express. Here is your reservation information.

PCS voucher $88.75 Trip Down

**Reservation Information**

**Your confirmation number is 66483694**
Please use your confirmation number to reference your reservation.

**Priority Club Rewards:**
Your Priority Club Rewards number applies to this reservation.

**Guest Name:**
MR PATRICK KELLY

Check-In: Mon 20 Jun 2005 at 02:00 PM
Check-Out: Tue 21 Jun 2005 at 12:00 PM

View/Modify/Cancel Reservation

**Hotel Info**

FLORENCE I-20 @ I-95 CIVIC CTR
Holiday Inn Express
150 DUNBARTON DR.
FLORENCE, SC 29501
UNITED STATES
1-843-6642400

**Helpful Links**
Local Maps
Find Attractions
Make Another Reservation

**Driving Directions:**
FROM I-95 N OR S: FOLLOW I-95 TO EXIT 160-A TOWARD FLORENCE, LEFT AT 1ST LIGHT. HTL ON LEFT ADJ TO MAGNOLIA MALL. FROM I-20E: FOLLOW I-20 STRAIGHT TOWARD FLORENCE, TAKE EXIT 141, HTL ON LEFT ADJ TO MAGNOLIA MALL.

**Room/Rate Information**

| | |
|---|---|
| **Rate Type:** | Government/Military Rate |
| **Rate Description:** | Government ID card must be presented at check in. Without proper ID discount cannot be given. Government traveler must stay in room. Only one room per government identification can be reserved. Traveler must be on official government business. |
| **Rate:** | 79.95 USD *, per room, per night |
| **Tax:** | 11% per night not included in rate effective 20 June, 2005 thru 21 June, 2005 |
| **Room Type:** | 1 KNG LEISURE W MICRO FRIDGE NONSMOKING - 4 PERSON(S) MAX PER ROOM<br>1 KING BED LEISURE WITH MICROWAVE REFRIGERATOR WORK DESK PULLOUT SOFA BED 25 INCH TV WITH REMOTE AND VCR IRON AND BOARD HAIR DRYER 2 PHONES WITH DATAPORTS AND ELECTRONIC VOICEMAIL HIGH SPEED INTERNET AND WIFI |
| **Smoking Preference:** | Non-Smoking |
| **Number of Nights:** | 1 |
| **Number of Rooms:** | 1 |
| **Person(s):** | 1 Adult(s), 0 Child(ren) |

**Rules & Restrictions**

- ID Required
- Check-in Time: 02:00 PM
- Check-out Time: 12:00 PM

- Canceling your reservation after 6:00 PM (local hotel time) on 20 June, 2005, or failing to show, will result in a charge equal to the first night's stay per room to your credit card. Taxes may apply. Failing to call or show before check-out time after the first night of a reservation will result in cancellation of the remainder of your reservation.

SHOWS RETURN VEHICLE TRIP FROM FLL TO MHT

YAHOO! MAIL

Print - Close Window

**Date:** Sun, 26 Jun 2005 00:58:43 -0400 (EDT)

**From:** reservations@ichotelsgroup.com

**To:**

**Subject:** Your Holiday Inn Express (R) Reservation Confirmation - FLORENCE, SC, UNITED STATES: 62938273

Holiday Inn EXPRESS

## Thank you for choosing Holiday Inn Express. Here is your reservation information.

PCS voucher \ $88.75 trip back

**Reservation Information**

**Your confirmation number is 62938273**
Please use your confirmation number to reference your reservation.

**Priority Club Rewards:**
Your Priority Club Rewards number applies to this reservation.

**Guest Name:**
MR PATRICK KELLY

Check-In: Sun 26 Jun 2005 at 02:00 PM
Check-Out: Mon 27 Jun 2005 at 12:00 PM

View/Modify/Cancel Reservation

**Hotel Info**

FLORENCE I-20 @ I-95 CIVIC CTR
Holiday Inn Express
150 DUNBARTON DR.
FLORENCE, SC 29501
UNITED STATES
1-843-6642400

**Helpful Links**
Local Maps
Find Attractions
Make Another Reservation

**Driving Directions:**
FROM I-95 N OR S: FOLLOW I-95 TO EXIT 160-A TOWARD FLORENCE, LEFT AT 1ST LIGHT. HTL ON LEFT ADJ TO MAGNOLIA MALL. FROM I-20E: FOLLOW I-20 STRAIGHT TOWARD FLORENCE, TAKE EXIT 141, HTL ON LEFT ADJ TO MAGNOLIA MALL.

**Room/Rate Information**

| | |
|---|---|
| **Rate Type:** | Government/Military Rate |
| **Rate Description:** | Government ID card must be presented at check in. Without proper ID discount cannot be given. Government traveler must stay in room. Only one room per government identification can be reserved. Traveler must be on official government business. |
| **Rate:** | 79.95 USD *, per room, per night |
| **Tax:** | 11% per night not included in rate effective 26 June, 2005 thru 27 June, 2005 |
| **Room Type:** | 1 KNG LEISURE W MICRO FRIDGE NONSMOKING - 4 PERSON(S) MAX PER ROOM<br>1 KING BED LEISURE WITH MICROWAVE REFRIGERATOR WORK DESK PULLOUT SOFA BED 25 INCH TV WITH REMOTE AND VCR IRON AND BOARD HAIR DRYER 2 PHONES WITH DATAPORTS AND ELECTRONIC VOICEMAIL HIGH SPEED INTERNET AND WIFI |
| **Smoking Preference:** | Non-Smoking |
| **Number of Nights:** | 1 |
| **Number of Rooms:** | 1 |
| **Person(s):** | 1 Adult(s), 0 Child(ren) |

**Rules & Restrictions**

- ID Required
- Check-in Time: 02:00 PM
- Check-out Time: 12:00 PM

- Canceling your reservation after 6:00 PM (local hotel time) on 26 June, 2005, or failing to show, will result in a charge equal to the first night's stay per room to your credit card. Taxes may apply. Failing to call or show before check-out time after the first night of a reservation will result in cancellation of the remainder of your reservation.

**Links**

Modify/Cancel Reservation
View All Reservations
Make Another Reservation
View Account

**Other Travel Resources**

SPECIAL OFFERS FOR HOTEL GUESTS!
Hertz Rent Wisely. GO

**Featured Offer**

PRIORITYCLUB REWARDS
Earn a Free Night plus a $20 statement credit.
The Priority Club® Rewards Visa Signature® card.
Learn more

UHaul

YAHOO! MAIL

Print - Close Window

**From:** "U-Haul Rates & Reservations" <reservations@uhaul.com>

**To:**

**Subject:** Your U-Haul reservation

**Date:** Mon, 13 Jun 2005 12:00:41 -0700

PLEASE DO NOT RESPOND TO THIS EMAIL. This is an automated message.

Thank you for your recent reservation.

You reference number is: 29853279
Your pickup date is: 6/23/2005

Your PREFERRED pickup location is: COVE GIFT SHOP

Your pickup location is a PREFERENCE ONLY. You will be contacted by 5PM on the day prior to your pickup date to schedule your exact pickup location and time. To change or cancel your reservation, please contact us no later than the day prior to your pickup date. Our phone number is (800)542-2675. Reservations canceled on the day of pickup are subject to a $50 cancellation fee. Please call the regional office to make changes, or if you have further questions about your reservation. U-Haul reserves the right to substitute equipment of equal or greater size at no additional charge to you.

Below you will find your order confirmation. Please print this e-mail for your records.

1....5' x 8' Trailer....................................$290.00
..........................................Amount charged today $0.00

Actual on VISA for Trailer Goods

The total displayed above is only the total billed to you today. The balance is due when you pickup the equipment.

These Services Are Currently Available:

-- Location Finder --
Find a U-Haul location anywhere in the country.
Available now, only at: http://www.uhaul.com/finder

-- Online store --
We can ship U-Haul boxes, moving and packing supplies, and much more to your door.
Available now, only at: http://store.uhaul.com

-- Moving Help --
Need help loading & unloading? Many of our customers have a need for AFFORDABLE loading & unloading help. eMove Inc., our Internet partner, has created an e-marketplace called Moving Help that can connect you with independent Moving labor.
Available now, only at:
http://movinghelp.emove.com/leaving_uhaul.aspx?reservation=29853279&cid=bad8aa6b-6239-45ea-9840-e985c70c4bc1
or call 1-866-My-Emove (693-6683) now.

-- Self-Storage --
Need clean, dry and secure extra spaces? Your convenient neighborhood U-Haul center has self-storage space available. Available now, only at:
http://www.uhaul.com/storage/

The History Channel (www.historychannel.com) invites you to get involved in Save Our History, a national campaign devoted to helping preserve all the places we call home.
Save Our History supports community preservation projects across the country with grants and free educational materials.
Find out how you can get involved in this important initiative at www.saveourhistory.com.

Thank you for choosing U-Haul.

07/06/2006 THU 11:39 FAX 010/034

# STATEMENT OF ACCOUNT

1857

[redacted]

| Member No./Card No. | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|---|
| | | | | |

| New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |
|---|---|---|---|
| | | | |

Member No./Card No.

PAGE 2

E

| | |
|---|---|
| Statement Date | 07-11-05 |
| Credit Limit | |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY [redacted]

[redacted]

C00072056201420454007

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|
| 24692165171000820366141 | SHELL OIL 53929400207 | FLORENCE SC | 0619 | 0621 | 42.65 |
| 24692165171000820366158 | SHELL OIL 57541508008 | SOUTHBURY CT | 0619 | 0621 | 39.26 |
| 241640751718610215900[redacted] | | | | | |
| 24625125171451165424134 | CHEVRON 00208313 | MELBOURNE FL | 0620 | 0621 | 32.95 |
| 24692165171000848442429 | SUNOCO SVC STATION | CARNEYS POINTNJ | 0619 | 0621 | 27.50 |
| 2444500517216735364198[redacted] | | | | | |
| 24275305172390001716392 | HOLIDAY INNS | FLORENCE SC | 0620 | 0622 | 88.75 |
| 24138295173327506954667 | LOWE'S #1069 | BOCA RATON FL | 0621 | 0623 | 242.16 |
| 24610435173004112724664 | SUNSHINE #30084 | FORT LAUDERDAFL | 0621 | 0623 | 30.22 |
| 24761975177521913080069 | CIRCLE K 04742 | NEW SMYRNA BEFL | 0626 | 0627 | 43.52 |
| 24455015175710010714955 | THE SELF STORAGE DEPOT | COCONUT CREEKFL | 0623 | 0627 | 244.79 |
| 247078051759800012095O[redacted] | | [redacted] | | | |
| 24625125176451200391368 | CHEVRON 00202634 | DEERFIELD BEAFL | 0624 | 0627 | 47.05 |
| 24138295175327516823728 | LOWE'S #1069 | BOCA RATON FL | 0623 | 0627 | 9.24 |
| 24445005175170065962581 | U-HAUL CTR MARGATE | MARGATE FL | 0623 | 0627 | 360.40 |
| 2445501517614000666539[redacted] | | [redacted] | | [redacted] | |
| 24610435176010174338837 | THE HOME DEPOT 204 | BOCA RATON FL | 0624 | 0627 | 65.63 |
| 24625125178451218605468 | CHEVRON 00210311 | BRUNSWICK GA | 0626 | 0628 | 29.97 |
| 24164055178378000020521 | EXXONMOBIL75 04727781 | BOCA RAT FL | 0626 | 0628 | 28.92 |
| 24692165178000340457811 | SHELL OIL 53929400207 | FLORENCE SC | 0626 | 0628 | 43.07 |
| 24164055179378000034828 | EXXONMOBIL83 04699187 | LAUREL MD | 0627 | 0629 | 38.94 |
| 24164055179378000070616 | EXXONMOBIL75 04228490 | ENFIELD NC | 0627 | 0629 | 46.30 |
| 24692165179000447540526 | SHELL OIL 27540354506 | RAHWAY NJ | 0627 | 0629 | 32.40 |
| 24275305179390001783878 | HOLIDAY INNS | FLORENCE SC | 0627 | 0629 | 88.75 |
| 24455015179710006719931 | HESS 21339 | TEWKSBURY MA | 0627 | 0629 | 22.44 |
| 247170551811218127361O[redacted] | | [redacted] | [redacted] | | |
| 2471705518015180086562 | | | | | |
| 2422638518132051476431 | | | | | |
| 2443565518220619910078 | | | | | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

# TRAVEL VOUCHER

(Read the Privacy Act Statement on the back)

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE
Justice-ATF

2. TYPE OF TRAVEL
☒ TEMPORARY DUTY
☐ PERMANENT CHANGE OF STATION

3. VOUCHER NO.

4. SCHEDULE NO.

**5. TRAVELER (PAYEE)**

a. NAME (Last, first, middle initial)
Kelly, Patrick J.

b. SOCIAL SECURITY NO.
N/A

c. MAILING ADDRESS (Included ZIP Code)
Employment Law Group / Attorney R. Scott Oswald
888 17th Street NW Suite 900
Washington, DC 20006

d. OFFICE TELEPHONE NO.
202 331 2883

e. PRESENT DUTY STATION

f. RESIDENCE (City and State)

6. PERIOD OF TRAVEL
a. FROM 10/30/06
b. TO 1/21/07

7. TRAVEL AUTHORIZATION
a. NUMBER(S)
b. DATES(S

10. CHECK NO.

11. PAID BY

**8. TRAVEL ADVANCE**

| | |
|---|---|
| a. Outstanding | 0.00 |
| b. Amount to be applied | 0.00 |
| c. Amount due Government (Attached: ☐ Check ☐ Cash) | |
| d. Balance outstanding | 0.00 |

**9. CASH PAYMENT RECEIPT**

a. DATE RECEIVED
b. AMOUNT RECEIVED $
c. PAYEE'S SIGNATURE

**12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH** (List by number below and attach passenger coupon; if cash is used show claim on reverse side.)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7)

Traveler's Initials PJK

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| | | | | | | |

**13.** I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVEL SIGN HERE ▶ [signature]    DATE 3/13/07    AMOUNT CLAIMED ▶ $ 6720

NOTE: *Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).*

**14.** This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. *(NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)*

APPROVING OFFICIAL SIGN HERE ▶    DATE

**15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION**

a. VOUCHER NO.    b. D.O. SYMBOL    c. MONTH & YEAR

**16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT**

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶    DATE

**17. FOR FINACE OFFICE USE ONLY COMPUTATION**

a. DIFFERENCES IF ANY (Explain and show amount) $
b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION — Certifier's initials: $
c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol): $
d. NET TO TRAVELER ▶ $6720

**18. ACCOUNTING CLASSIFICATION**
Op Sec Relocation Detail

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel:*

- Col. *(d)* thru *(g)* Show amount incurred for each meal, including tax and tips, and daily total Meal cost
- *(h)* Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)
- *(i)* Complete for per diem and actual expense travel.
- *(j)* Show total subsistence expense incurred for actual expense travel.
- *(m)* Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.
- *(n)* Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information If this is a Continuation Sheet* PAGE OF 2 PAGES

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME: Kelly

MILEAGE RATE: ¢

| DATE 06__ (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | ITEMIZED SUBSTANCE EXPENSES — MEALS: BREAK FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | MISCEL-LANEOUS SUBSIS TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | NO. OF MILES (k) | AMOUNT CLAIMED — MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30 | | Threatened LEO voucher for immediate family while credible threat exists. | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | 60 days for Spouse .75 and child at .50 @ per diem rate of | | | $6,720.00 | $6,720.00 | | | $6,720.00 | 0.00 | $0.00 | $6,720.00 | |
| 1/21 | | End voucher | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 10/30/2005 – | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| 1/21/2006 | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | |
| | | | | | | | | | SUBTOTALS ▶ | | $0.00 | $6,720.00 | $0.00 |
| | | | | | | | | | TOTALS ▶ | | $0.00 | $6,720.00 | $0.00 |

*If additional space is required, continue on another SF 1012 BACK, leaving the front blank.*

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

**TOTAL AMOUNT CLAIMED▶** $6,720.00

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), E.O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943,for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

# TRAVEL VOUCHER

*(Read the Privacy Act Statement on the back)*

| | |
|---|---|
| 1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE | Justice-ATF |
| 2. TYPE OF TRAVEL | ☒ TEMPORARY DUTY ☐ PERMANENT CHANGE OF STATION |
| 3. VOUCHER NO. | |
| 4. SCHEDULE NO. | |

**5. TRAVELER (PAYEE)**

| | |
|---|---|
| a. NAME *(Last, first, middle initial)* | Kelly, Patrick J. |
| b. SOCIAL SECURITY NO. | N/A |
| c. MAILING ADDRESS *(Included ZIP Code)* | Employment Law Group / Attorney R. Scott Oswald<br>888 17th Street NW Suite 900<br>Washington, DC 20006 |
| d. OFFICE TELEPHONE NO. | 202 331 2883 |
| e. PRESENT DUTY STATION | HQ SOD |
| f. RESIDENCE *(City and State)* | Washington, DC |

| 6. PERIOD OF TRAVEL | |
|---|---|
| a. FROM | 1/22/07 |
| b. TO | 3/24/07 |

| 7. TRAVEL AUTHORIZATION | |
|---|---|
| a. NUMBER(S) | b. DATES(S |
| | |

10. CHECK NO.

11. PAID BY

| 8. TRAVEL ADVANCE | |
|---|---|
| a. Outstanding | 0.00 |
| b. Amount to be applied | 0.00 |
| c. Amount due Government *(Attached: ☐ Check ☐ Cash)* | |
| d. Balance outstanding | 0.00 |

**9. CASH PAYMENT RECEIPT**

a. DATE RECEIVED

b. AMOUNT RECEIVED $

c. PAYEE'S SIGNATURE

**12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH** *(List by number below and attach passenger coupon; if cash is used show claim on reverse side.)*

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) ▶ *Traveler's Initials* PJK

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER *(Initials)* (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| | | | | | | |

**13.** I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ [signature] DATE 3/13/07 AMOUNT CLAIMED ▶ $ 3217.50

*NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).*

**14.** This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. *(NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)*

APPROVING OFFICIAL SIGN HERE ▶ DATE

**15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION**

| a. VOUCHER NO. | b. D.O. SYMBOL | c. MONTH & YEAR |
|---|---|---|
| | | |

**16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT**

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

**17.** *FOR FINACE OFFICE USE ONLY* COMPUTATION

| | |
|---|---|
| a. DIFFERENCES IF ANY *(Explain and show amount)* | $ |
| b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION<br>*Certifier's initials:* | $ |
| c. APPLIED TO TRAVEL ADVANCE *(Appropriation symbol):* | $ |
| d. NET TO TRAVELER ▶ | $ 3217.50 |

**18.** ACCOUNTING CLASSIFICATION
Op Sec Relocation Detail

1012-114

STANDARD FORM 1012 (REV. 10-77)
Prescribed by GSA, FPMR (41 CFR) 101-7

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel* — Col. (d) thru (g): Show amount incurred for each meal, including tax and tips, and daily total Meal cost

(h) Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)
(i) Complete for per diem and actual expense travel.
(j) Show total subsistence expense incurred for actual expense travel.
(m) Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.
(n) Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information If this is a Continuation Sheet* — PAGE ___ OF 2 PAGES

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME: Kelly

| DATE 07_ (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | ITEMIZED SUBSTANCE EXPENSES — MEALS — BREAK FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | MISCEL-LANEOUS SUBSIS TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE: ¢ — NO. OF MILES (k) | AMOUNT CLAIMED — MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/22 | | Threatened LEO voucher for immediate family while credible threat exists. | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| 2/22 | | 30 days for Spouse .75 and child at .50 @ per diem rate of 39 | | | $1,462.50 | $1,462.5 0 | | | $1,462.50 | 0.00 | $0.00 | $1,462.50 | |
| 3/7 | | 15 days for spouse .75 and childat .50 @ per diem rate of 39 | | | $731.25 | $731.25 | | | $731.25 | | $0.00 | $731.25 | |
| 3/24 | | 15 days for spouse .75 and 2 children .50 each @ rate of 39 dollars | | | $1,023.75 | $1,023.7 5 | | $0.00 | $1,023.75 | | $0.00 | $1,023.75 | $0.00 |
| | | end voucher | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| 22/ | 06 – | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| /24 | 06 | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | |
| | | | | | | | | | | SUBTOTALS ▶ | $0.00 | $3,217.50 | $0.00 |
| | | | | | | | | | | TOTALS ▶ | $0.00 | $3,217.50 | $0.00 |

*If additional space is required, continue on another SF 1012 BACK, leaving the front blank.*

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), E.O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943,for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

**TOTAL AMOUNT CLAIMED ▶ $3,217.50**

TRAVEL VOUCHER

*(Read the Privacy Act Statement on the back)*

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE
Justice-ATF

2. TYPE OF TRAVEL
☒ TEMPORARY DUTY
☐ PERMANENT CHANGE OF STATION

3. VOUCHER NO.

4. SCHEDULE NO.

5. TRAVELER (PAYEE)

a. NAME *(Last, first, middle initial)*
Kelly, Patrick J.

b. SOCIAL SECURITY NO.
N/A

6. PERIOD OF TRAVEL
a. FROM 3/25/06
b. TO 2/17/07

c. MAILING ADDRESS *(Included ZIP Code)*
Employment Law Group / Attorney R. Scott Oswald
888 17th Street NW Suite 900
Washington, DC 20006

d. OFFICE TELEPHONE NO.
202 331 2883

7. TRAVEL AUTHORIZATION
a. NUMBER(S)
b. DATES(S

e. PRESENT DUTY STATION

f. RESIDENCE *(City and State)*

10. CHECK NO.

8. TRAVEL ADVANCE

| | |
|---|---|
| a. Outstanding | 0.00 |
| b. Amount to be applied | 0.00 |
| c. Amount due Government *(Attached:* ☐ *Check* ☐ *Cash)* | |
| d. Balance outstanding | 0.00 |

9. CASH PAYMENT RECEIPT
a. DATE RECEIVED
b. AMOUNT RECEIVED $
c. PAYEE'S SIGNATURE

11. PAID BY

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH *(List by number below and attach passenger coupon; if cash is used show claim on reverse side.)*

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) ▶ *Traveler's Initials* PJK

| AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|
| | | | | | |

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ DATE 3/13/07 AMOUNT CLAIMED ▶ $ 35391

*NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).*

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. *(NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)*

APPROVING OFFICIAL SIGN HERE ▶ DATE

17. *FOR FINACE OFFICE USE ONLY* COMPUTATION

a. DIFFERENCES IF ANY *(Explain and show amount)* $

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION
a. VOUCHER NO.
b. D.O. SYMBOL
c. MONTH & YEAR

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION
*Certifier's initials:* $

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

c. APPLIED TO TRAVEL ADVANCE *(Appropriation symbol):* $

d. NET TO TRAVELER ▶ $ 35391

18. ACCOUNTING CLASSIFICATION
Op Sec Relocation Detail

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel* — Col. thru *(d)* *(g)* Show amount incurred for each meal, including tax and tips, and daily total Meal cost

*(h)* Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)

*(i)* Complete for per diem and actual expense travel.

*(j)* Show total subsistence expense incurred for actual expense travel.

*(m)* Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.

*(n)* Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information If this is a Continuation Sheet* — PAGE ___ OF 2 PAGES

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME: Kelly

| DATE 07_ (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | ITEMIZED SUBSTANCE EXPENSES — MEALS: BREAK FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | MISCEL-LANEOUS SUBSIS TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE: ¢ NO. OF MILES (k) | AMOUNT CLAIMED: MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/25 | | Threatened LEO and immediate family while credible threat exists. | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| 4/24 | | 30 days for LEO, .75 spouse, .5 child 1, .5 child 2 for 39 dollars( | | | $3,217.50 | $3,217.50 | | | $3,217.50 | 0.00 | $0.00 | $3,217.50 | |
| 5/24 | | 30 days for LEO, .75 spouse, .5 child 1, .5 child 2 for 39 dollars( | | | $3,217.50 | $3,217.50 | | | $3,217.50 | | $0.00 | $3,217.50 | |
| 6/24 | | 30 days for LEO, .75 spouse, .5 child 1, .5 child 2 for 39 dollars( | | | $3,217.50 | $3,217.50 | | $0.00 | $3,217.50 | | $0.00 | $3,217.50 | $0.00 |
| 7/23 | | 30 days for LEO, .75 spouse, .5 child 1, .5 child 2 for 39 dollars | | | $3,217.50 | $3,217.. | $0.00 | | $3,217.00 | | $0.00 | $3,217.00 | $0.00 |
| 8/22 | | 30 days for LEO, .75 spouse, .5 child 1, .5 child 2 for 39 dollars | | | $3,217.50 | $3,217.50 | $0.00 | | $3,217.50 | | $0.00 | $3,217.50 | $0.00 |
| 9/22 | | 30 days for LEO, .75 spouse, .5 child 1, .5 child 2 for 39 dollars | | | $3,217.50 | $3,217. | $0.00 | | $3,217.00 | | $0.00 | $3,217.00 | |
| 10/22 | | 30 days for LEO, .75 spouse, .5 child 1, .5 child 2 for 39 dollars( | | | $3,217.50 | $3,217. | $0.00 | | $3,217.00 | | $0.00 | $3,217.00 | $0.00 |
| 11/21 | | 30 days for LEO, .75 spouse, .5 child 1, .5 child 2 for 39 dollars | | | $3,217.50 | $3,217.50 | $0.00 | | $3,217.50 | | $0.00 | $3,217.50 | |
| 1220 | | 30 days for LEO, .75 spouse, .5 child 1, .5 child 2 for 39 dollars( | | | $3,217.50 | $3,217.50 | $0.00 | | $3,217.50 | | $0.00 | $3,217.50 | |
| 1/19 | | 30 days for LEO, .75 spouse, .5 child 1, .5 child 2 for 39 dollars | | | $3,217.50 | $3,217.50 | $0.00 | | $3,217.50 | | $0.00 | $3,217.50 | |
| 2/17 | | 30 days for LEO, .75 spouse, .5 child 1, .5 child 2 for 39 dollars( ) | | | $3,217.50 | $3,217.50 | | $0.00 | $3,217.50 | | $0.00 | $3,217.50 | |
| | | | | | | | | | | SUBTOTALS ▶ | $0.00 | $35,391.00 | $0.00 |
| | | | | | | | | | | TOTALS ▶ | $0.00 | $35,391.00 | $0.00 |

*If additional space is required, continue on another SF 1012 BACK, leaving the front blank.*

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), E.O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

TOTAL AMOUNT CLAIMED ▶ $35,391.00

3/25/2006 – 2/17/07