# EXHIBIT 3

**Table 3. Vouchers Submitted And Paid Prior To Execution of Settlement Term Sheet**

| Voucher Number | Reason for Claim | Amount Claimed | Amount Paid | Date Paid |
|---|---|---|---|---|
| 576400028192 | Travel as Threatened Law Enforcement Officer – April 11, 2005 through July 15, 2005 | $12,028.33 | $12,028.33 | 9/27/05 |
| 576400000YEC01 | Travel as Threatened Law Enforcement Officer – July 15, 2005 through September 30, 2005 | $16,026.66 | $16,026.66 | 1/25/06 |
| 676400009177 | Travel as Threatened Law Enforcement Officer – October 1, 2005 through October 31, 2005 | $6,369.57 | $6,718.32 | 1/25/06 |
| | TOTAL: | $34,424.56 | $34,773.31 | |

TOTAL claimed on all vouchers: $142,986.67

TOTAL PAID on all vouchers: $81,934.17

# TRAVEL VOUCHER

*(Read the Privacy Act Statement on the back)*

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE: Justice-ATF

2. TYPE OF TRAVEL
☒ TEMPORARY DUTY
☐ PERMANENT CHANGE OF STATION

3. VOUCHER NO. 57104000 28192

4. SCHEDULE NO.

5. TRAVELER (PAYEE)

a. NAME *(Last, first, middle initial)*: Kelly, Patrick J.

b. SOCIAL SECURITY NO. [redacted]

c. MAILING ADDRESS *(Included ZIP Code)*: 299 East Broward Blvd Suite 401, Fort Lauderdale, FL. 33301

d. OFFICE TELEPHONE NO.

e. PRESENT DUTY STATION

f. RESIDENCE *(City and State)* [redacted]

6. PERIOD OF TRAVEL
a. FROM: April 11, 2005
b. TO: July 14,2005

7. TRAVEL AUTHORIZATION
a. NUMBER(S)
b. DATES(S

8. TRAVEL ADVANCE

| | |
|---|---|
| a. Outstanding | |
| b. Amount to be applied | |
| c. Amount due Government *(Attached: ☐ Check ☐ Cash)* | |
| d. Balance outstanding | 0.00 |

9. CASH PAYMENT RECEIPT
a. DATE RECEIVED
b. AMOUNT RECEIVED $
c. PAYEE'S SIGNATURE

10. CHECK NO.

11. PAID BY

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH *(List by number below and attach passenger coupon; if cash is used show claim on reverse side.)*

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7)

Traveler's Initials: PJK

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| Mastercard | | | | | | |

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ [signature]  DATE

AMOUNT CLAIMED ▶ $ 12028.33

NOTE: *Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).*

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. *(NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)*

APPROVING OFFICIAL SIGN HERE ▶ [signature]  DATE 08/01/05

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION
a. VOUCHER NO.
b. D.O. SYMBOL
c. MONTH & YEAR

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶  DATE

17. FOR FINACE OFFICE USE ONLY COMPUTATION

a. DIFFERENCES IF ANY *(Explain and show amount)* $

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION.
*Certifier's initials:* $

c. APPLIED TO TRAVEL ADVANCE *(Appropriation symbol):* $

d. NET TO TRAVELER ▶ $ 12028.33

18. ACCOUNTING CLASSIFICATION
700R-2161-FO-764010-C1C-ICD77

$1903.75 EV FROM IC145 to ICD77

2-114

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel*: Col. *(d)* thru *(g)*

*(d)*–*(g)* Show amount incurred for each meal, including tax and tips, and daily total Meal cost

*(h)* Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)

*(i)* Complete for per diem and actual expense travel.

*(j)* Show total subsistence expense incurred for actual expense travel.

*(m)* Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.

*(n)* Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information if this is a Continuation Sheet* — PAGE ___ OF 2

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME: Kelly

| DATE 19__ (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | MEALS: BREAK FAST (d) | MEALS: LUNCH (e) | MEALS: DINNER (f) | MEALS: TOTAL (g) | MISCELLANEOUS SUBSISTENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE: ¢ NO. OF MILES (k) | AMOUNT CLAIMED: MILEAGE (l) | AMOUNT CLAIMED: SUBSISTENCE (m) | AMOUNT CLAIMED: OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/11 | | Travel to Temporary Relocation with Family ( wife and child) 87.75 x 3/4 TD | | | $65.81 | $65.81 | | $94.92 | $160.73 | | $0.00 | $160.73 | |
| 4/30 | | Arrive at address 19 days per diem end of month 4/12-4/30 | | | $1,667.25 | $1,667.2 5 | | | $1,667.25 | 0.00 | $0.00 | $1,667.25 | |
| 5/31 | | Continue relocation 31 days per diem end of month 5/1 -5/31 | | | $2,720.25 | $2,720.2 5 | | $0.00 | $2,720.25 | | $0.00 | $2,720.25 | |
| 6/30 | | Continue relocation 30 days per diem end of month 6/1 - 6/30 | | | $2,632.50 | $2,632.5 0 | | | $2,632.50 | | $0.00 | $2,632.50 | $0.00 |
| 7/15 | | Continue relocation 15 days 7/1- 7/15 | | | $1,316.25 | $1,316. | | | $1,316.00 | | $0.00 | $1,316.00 | $0.00 |
| | | Lodging for family 6/15-7/14 30 days lodging | | | | $0.00 | | $3,531.60 | $3,531.60 | | $0.00 | $3,531.60 | $0.00 |
| | | end voucher 7/15 | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | | | | SUBTOTALS ▶ | | $0.00 | $12,028.33 | $0.00 |
| | | | | | | | | | TOTALS ▶ | | $0.00 | $12,028.33 | $0.00 |

*If additional space is required, continue on another SF 1012 BACK, leaving the front blank.*

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

TOTAL AMOUNT CLAIMED ▶ $12,028.33

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), E.O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

STANDARD FORM 1012 BACK (10-77

ARRIVAL DATE: 08Apr05 DEPARTURE: 10Apr05

ROOM TYPE REQUESTED: 1-STUDIO

GUEST NAME: OCONNELL, HUE

ADDRESS: 505 S FLAGLER DRIVE
WEST PALM FL 33401

PHONE: (561) 66

COMPANY: DEPARTMENT OF JUSTICE

TRAVEL AGENT:

GROUP/ CONVENTION: 4pm HOLD

Residence Inn Marriott

EMAIL:

NAME GUEST:

ADDRESS:

GUESTS: 1 ACCOUNT: 37354 ROOM: 411

EMAIL $142.00

PET

GUEST REGISTRATION CARD

GUEST SIGNATURE:

RATES ARE DETERMINED BY LENGTH OF STAY. SHORTENING YOUR STAY MAY CONSTITUTE AN EARLY CHECKOUT ADJUSTMENT TO YOUR ACCOUNT, PAYABLE AT DEPARTURE. EXTENSIONS ARE ACCEPTED ON AN AVAILABILITY BASIS.
The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office desk. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of the full amount of such charges.

LICENSE TAG NO.

PHONE:

Holiday Inn
EXPRESS®
HOTEL & SUITES

Patrick Kelly
299 E Broward Blvd
Fort Lauderdale
FL 33301

Membership No. PC 912524819
A/R Number
Group Code
Folio/Invoice No. 26294

Room No. 116
Arrival 04-11-05
Departure 04-12-05

Page No. 1 of 1
Cashier No. 114
User ID HEP

www.ichotelsgroup.com

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-11-05 | Room Accommodation | 84.00 | |
| 04-11-05 | State Tax – Room | 5.88 | |
| 04-11-05 | Bed/Occupancy Room Tax | 5.04 | |
| 04-12-05 | MasterCard XXXXXXXXXXXX4173 | | 94.92 |

Thank you for staying at the Holiday Inn Express Hotel & Suites Spring Lake. Qualifying points for this stay will automatically be credited to your account. Tc

| | Charges | Credits |
|---|---|---|
| **Total** | **94.92** | **94.92** |
| **Balance** | **0.00** | |

**Guest Signature:** ______________________

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express Hotel & Suites Springlake
103 Brooke Lane
Springlake, NC 28380
Telephone: (910) 436-1900 Fax: (910) 436-9483

PATRICK KELLY
299 E BROWARD BLVD
FT LAUDERDALE ,FL FL 333011944
GOVT
XXXXX3305

Page 3
J5-15733
121
TOBT
1
109.00
SPF
12:17 PM

15Jun05 11:25 AM 15Jul05

| | | | | |
|---|---|---|---|---|
| 09Jul05 | T8121 | Other Tax | 8.72 | |
| 10Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 | |
| 10Jul05 | T8121 | Other Tax | 8.72 | |
| 11Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 | |
| 11Jul05 | T8121 | Other Tax | 8.72 | |
| 12Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 | |
| 12Jul05 | T8121 | Other Tax | 8.72 | |
| 13Jul05 | MC | Paid-Mastercard | | 941.76 |

MCXXXXXXXXXXXX4173
Amount: 941.76
--> SIGNATURE ON FILE <--

3531.6

| | | | | |
|---|---|---|---|---|
| 13Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 | |
| 13Jul05 | T8121 | Other Tax | 8.72 | |
| 14Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 | |
| 14Jul05 | T8121 | Other Tax | 8.72 | |
| 15Jul05 | MC12:17 | Paid-Mastercard | | 235.44 |

MCXXXXXXXXXXXX4173
Amount: 235.44
--> SIGNATURE ON FILE <--

Continued on next page

Page 4
J5-15733
121
TOBT
1
109.00
SPF
12:17 PM

PATRICK KELLY
299 E BROWARD BLVD
FT LAUDERDALE ,FL FL 333011944
GOVT
XXXXX3305

15Jun05 11:25 AM 15Jul05

Latest News From Marriott Rewards

To ensure that we best meet your needs when you stay with us, make sure that we have your most up-to-date stay preferences. Simply log on to www.marriott.com, click on "Your Account", and update your stay preferences profile. It's that easy!

Did you know you could receive important Marriott Rewards program news and notice of great promotional deals via email? It's easy to get on the email list. Simply go to www.marriottrewards.com to sign up to receive emails from Marriott Rewards.

Thank you for choosing the Manchester, NH TownePlace Suites by Marriott. We hope you enjoyed your stay. If you have any questions, concerns, or compliments, please call or email our General Manager, Nicole Adler (nicole.adler@marriott.com). We look forward to seeing you the next time you are in Manchester, NH.

Checked Out .00

21Jul05 10:00 AM

PATRICK KELLY
299 E BROWARD BLVD
FT LAUDERDALE ,FL FL 333011944
GOVT
XXXXX3305

Page 1
J5-15733
121
TOBT
1
109.00
SPF

15Jun05 11:25 AM 15Jul05 12:17 PM

| | | | |
|---|---|---|---|
| 16Jun05 | R8 | Room Charge-Pent Tier4 0615 | 109.00 |
| 16Jun05 | T8 | Other Tax | 8.72 |
| 16Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 16Jun05 | T8121 | Other Tax | 8.72 |
| 17Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 17Jun05 | T8121 | Other Tax | 8.72 |
| 18Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 18Jun05 | T8121 | Other Tax | 8.72 |
| 19Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 19Jun05 | T8121 | Other Tax | 8.72 |
| 20Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 20Jun05 | T8121 | Other Tax | 8.72 |
| 21Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 21Jun05 | T8121 | Other Tax | 8.72 |
| 22Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 22Jun05 | T8121 | Other Tax | 8.72 |
| 23Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 23Jun05 | T8121 | Other Tax | 8.72 |
| 24Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 24Jun05 | T8121 | Other Tax | 8.72 |
| 25Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 25Jun05 | T8121 | Other Tax | 8.72 |
| 26Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 26Jun05 | T8121 | Other Tax | 8.72 |
| 27Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 27Jun05 | T8121 | Other Tax | 8.72 |
| 28Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 28Jun05 | T8121 | Other Tax | 8.72 |

Continued on next page

PATRICK KELLY
299 E BROWARD BLVD
FT LAUDERDALE ,FL FL 333011944
GOVT
XXXXX3305

Page 2
J5-15733
121
TOBT
1
109.00
SPF

15Jun05 11:25 AM 15Jul05 12:17 PM

| | | | | |
|---|---|---|---|---|
| 29Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 | |
| 29Jun05 | T8121 | Other Tax | 8.72 | |
| 30Jun05 | R8121 | Room Charge-Pent Tier4 | 109.00 | |
| 30Jun05 | T8121 | Other Tax | 8.72 | |
| 01Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 | |
| 01Jul05 | T8121 | Other Tax | 8.72 | |
| 02Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 | |
| 02Jul05 | T8121 | Other Tax | 8.72 | |
| 03Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 | |
| 03Jul05 | T8121 | Other Tax | 8.72 | |
| 04Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 | |
| 04Jul05 | T8121 | Other Tax | 8.72 | |
| 05Jul05 | MC | Paid-Mastercard | | 2,354.40 |

MCXXXXXXXXXXXX4173
Amount: 2,354.40
--> SIGNATURE ON FILE <--

| | | | |
|---|---|---|---|
| 05Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 05Jul05 | T8121 | Other Tax | 8.72 |
| 06Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 06Jul05 | T8121 | Other Tax | 8.72 |
| 07Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 07Jul05 | T8121 | Other Tax | 8.72 |
| 08Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 |
| 08Jul05 | T8121 | Other Tax | 8.72 |
| 09Jul05 | R8121 | Room Charge-Pent Tier4 | 109.00 |

Continued on next page

ARRIVAL DATE: 08Apr05 DEPARTURE: 10Apr05 GUESTS: 1 ACCOUNT: 37354 ROOM: 411

$142.00

ROOM TYPE REQUESTED: 1-STUDIO

EMAIL

PET

GUEST REGISTRATION CARD

GUEST NAME: OCONNELL, HUE
ADDRESS: 505 S FLAGGER DRIVE
WEST PALM FL 33401
PHONE: (561) 662-3935
COMPANY: DEPARTMENT OF JUSTICE
TRAVEL AGENT:
GROUP/ CONVENTION: 4pm HOLD

GUEST SIGNATURE :

RATES ARE DETERMINED BY LENGTH OF STAY. SHORTENING YOUR STAY MAY CONSTITUTE AN EARLY CHECKOUT ADJUSTMENT TO YOUR ACCOUNT, PAYABLE AT DEPARTURE. EXTENSIONS ARE ACCEPTED ON AN AVAILABILITY BASIS.
The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office desk. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of the full amount of such charges.

EMAIL:

NAME GUEST:

ADDRESS:

LICENSE TAG NO.

PHONE:

764010

2613

Date: 07/11/05
Time: 10:50
Invoice # 4900

MC Card Sale
###########24173

Pump Gallons Price
3 15.778 $2.289

Product Amount
Regular $36.12

TOTAL SALE $36.12

SALE - Card swiped
047586
Unit # 80000023192
Approved# 047586
Batch/Seq

Thank You !!!

764010

EXPRESS PAY

WELCOME

2613

4560504-0VW

#XXXXXXXXXXXX4173
CARD # 417
INV # 0VW8960
AUTH # 035327
07/18/05 11:14
ODOMETER

PUMP # 06 UNLD
GALLONS 19.749
PRICE/GAL $ 2.299
FUEL SALE $ 45.40

TOTAL (C) $ 45.40

THANK YOU
HAVE A NICE DAY

-COPY-

Date: 07/21/05
Time: 14:32
Invoice # 56188

MC Card Sale
##########24173

Pump Gallons Price
12 16.999 $2.259

Product Amount
Regular $38.40

TOTAL SALE $38.40

SALE - Card swiped
030951
Unit # 80000023211
Approved# 030951
Batch/Seq

Thank You !!!

764010
2613

764010
KBly 449442
2613

KBly 4494
764010
2613

Date: 06/15/05
Time: 10:26
Invoice # 23506

MC Card Sale
##############24173

Pump Gallons Price
7 17.816 $2.079

Product Amount
Regular $37.04

TOTAL SALE $37.04

SALE - Card swiped
058217
Unit # 80000023211
Approved# 058217
Batch/Seq

Thank You !!!

764010
449442
2613
KBly

Date: 06/16/05
Time: 12:24
Invoice # 24301

MC Card Sale
##############24173

Pump Gallons Price
11 13.272 $2.079

Product Amount
Regular $27.59

TOTAL SALE $27.59

SALE - Card swiped
024003
Unit # 80000023211
Approved# 024003
Batch/Seq

Thank You !!!

Date: 06/19/05
Time: 03:44
Invoice # 26561

MC Card Sale
##############24173

Pump Gallons Price
9 6.567 $2.099

Product Amount
Regular $13.78

TOTAL SALE $13.78

SALE - Card swiped
032442
Unit # 80000023211
Approved# 032442
Batch/Seq

Thank You !!!

-COPY-

Date: 07/26/05
Time: 04:32
Invoice # 60593

MC Card Sale
############24173

Pump Gallons Price
11 14.049 $2.259

Product Amount
Regular $31.74

TOTAL SALE $31.74

SALE - Card swiped
073754
Unit # 80000023211
Approved# 073754
Batch/Seq

Thank You !!!

764010
2613
449442
KBly

EXPRESS PAY
WELCOME

#XXXXXXXXXXXX4173
CARD # 417
INV # 0UW4983
AUTH # 017425
07/15/05 06:55
ODOMETER

PUMP # 02 UNLD
GALLONS 13.253
PRICE/GAL $ 2.269
FUEL SALE $ 30.07

TOTAL (C) $ 30.07

THANK YOU
HAVE A NICE DAY

449442
KBly
2613
764010

**TRAVEL VOUCHER** (Read the Privacy Act Statement on the back)

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE: Justice-ATF

2. TYPE OF TRAVEL: ☒ TEMPORARY DUTY ☐ PERMANENT CHANGE OF STATION

3. VOUCHER NO. 5764000001EC01

4. SCHEDULE NO.

5. TRAVELER (PAYEE)

a. NAME (Last, first, middle initial): Kelly, Patrick J.

b. SOCIAL SECURITY NO.

c. MAILING ADDRESS (Included ZIP Code): 299 East Broward Blvd Suite 401, Fort Lauderdale, FL. 33301

d. OFFICE TELEPHONE NO.

e. PRESENT DUTY STATION: Fort Lauderdale, FL.

f. RESIDENCE (City and State): Fort Lauderdale, FL

6. PERIOD OF TRAVEL: a. FROM July 15, 2005 b. TO Sept 30, 2005

7. TRAVEL AUTHORIZATION: a. NUMBER(S) b. DATES(S

8. TRAVEL ADVANCE

| | |
|---|---|
| a. Outstanding | |
| b. Amount to be applied | |
| c. Amount due Government (Attached: ☐ Check ☐ Cash) | |
| d. Balance outstanding | 0.00 |

9. CASH PAYMENT RECEIPT: a. DATE RECEIVED b. AMOUNT RECEIVED $ c. PAYEE'S SIGNATURE

10. CHECK NO.

11. PAID BY

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH (List by number below and attach passenger coupon; if cash is used show claim on reverse side.)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) ▶ Traveler's Initials PJK

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| Mastercard | | | | | | |

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per-diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ DATE 1/10/06 AMOUNT CLAIMED ▶ $ 16026.66

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)

APPROVING OFFICIAL SIGN HERE ▶ DATE 1/20/06

17. FOR FINACE OFFICE USE ONLY COMPUTATION

a. DIFFERENCES IF ANY (Explain and show amount) $

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION — Certifier's initials: $

c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol): $

d. NET TO TRAVELER ▶ $ 16026.66

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION: a. VOUCHER NO. b. D.O. SYMBOL c. MONTH & YEAR

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

18. ACCOUNTING CLASSIFICATION

PAID by Headquarter

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** *(Unlisted items are self-explanatory)*

Col. (c) If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel* — Col. (d) thru (g): Show amount incurred for each meal, including tax and tips, and daily total Meal cost

(h) Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)

(i) Complete for per diem and actual expense travel.

(j) Show total subsistence expense incurred for actual expense travel.

(m) Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.

(n) Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information If this is a Continuation Sheet* — PAGE ___ OF 2 ___ PAGES

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME: Kelly

| DATE 20_ (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | MEALS: BREAK FAST (d) | MEALS: LUNCH (e) | MEALS: DINNER (f) | MEALS: TOTAL (g) | MISCEL-LANEOUS SUBSIS TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE: ¢ NO. OF MILES (k) | AMOUNT CLAIMED: MILEAGE (l) | AMOUNT CLAIMED: SUBSISTENCE (m) | AMOUNT CLAIMED: OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/15 | | Temporary Relocation with Family 87.75 at 17days with hotel at 117.72 | | | $1,491.75 | $1,491.75 | | $2,001.24 | $3,492.99 | | $0.00 | $3,492.99 | |
| 8/31 | | Temp Relo continues for August | | | $2,720.25 | $2,720.25 | | $3,649.32 | $6,369.57 | 0.00 | $0.00 | $6,369.57 | |
| 9/30 | | Temp Relo continues for September | | | $2,632.50 | $2,632.50 | | $3,531.60 | $6,164.10 | | $0.00 | $6,164.10 | |
| | | | | | | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | | | | SUBTOTALS ▶ | | $0.00 | $16,026.66 | $0.00 |
| | | | | | | | | | TOTALS ▶ | | $0.00 | $16,026.66 | $0.00 |

If additional space is required, continue on another SF 1012 BACK, leaving the front blank.

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), E.O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

TOTAL AMOUNT CLAIMED ▶ $16,026.66

STANDARD FORM 1012 BACK (10-77)

TownePlace SUITES® Marriott

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL FL 33301-1944
GOVT

Room: 121 REGB
Room Type: TOBT
No. Of Guests: 1 15733YE
Rate: 109.00
Clerk: NLA

Arrive 15Jun05 Time 11:25 Depart 15Jul05 Time 12:17 Folio# YE-15733

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 16Jun05 | J8 | Room charge-Pent 3 | 109.00 | |
| 16Jun05 | T8 | Other Tax | 8.72 | |
| 16Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 16Jun05 | T8121 | Other Tax | 8.72 | |
| 17Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 17Jun05 | T8121 | Other Tax | 8.72 | |
| 18Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 18Jun05 | T8121 | Other Tax | 8.72 | |
| 19Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 19Jun05 | T8121 | Other Tax | 8.72 | |
| 20Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 20Jun05 | T8121 | Other Tax | 8.72 | |
| 21Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 21Jun05 | T8121 | Other Tax | 8.72 | |
| 22Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 22Jun05 | T8121 | Other Tax | 8.72 | |
| 23Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 23Jun05 | T8121 | Other Tax | 8.72 | |
| 24Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 24Jun05 | T8121 | Other Tax | 8.72 | |
| 25Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 25Jun05 | T8121 | Other Tax | 8.72 | |
| 26Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 26Jun05 | T8121 | Other Tax | 8.72 | |
| 27Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 27Jun05 | T8121 | Other Tax | 8.72 | |
| 28Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TownePlace SUITES Marriott

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL FL 33301-1944
GOVT

| | | |
|---|---|---|
| Room: | 121 | REGB |
| Room Type: | TOBT | |
| No. Of Guests: | 1 | 15733YE |
| Rate: | 109.00 | |
| Clerk: | NLA | |

Arrive 15Jun05 Time 11:25 Depart 15Jul05 Time 12:17 Folio# YE-15733

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 28Jun05 | T8121 | Other Tax | 8.72 | |
| 29Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 29Jun05 | T8121 | Other Tax | 8.72 | |
| 30Jun05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 30Jun05 | T8121 | Other Tax | 8.72 | |
| 01Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 01Jul05 | T8121 | Other Tax | 8.72 | |
| 02Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 02Jul05 | T8121 | Other Tax | 8.72 | |
| 03Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 03Jul05 | T8121 | Other Tax | 8.72 | |
| 04Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 04Jul05 | T8121 | Other Tax | 8.72 | |
| 05Jul05 | MC | MASTER CARD | | 2354.40- |
| | | ************************************ | | |
| | | * CARD #: MCXXXXXXXXXXXX4173 * | | |
| | | * Amount: 2354.40 Auth: * | | |
| | | * ** Signature on File ** * | | |
| | | ************************************ | | |
| 05Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 05Jul05 | T8121 | Other Tax | 8.72 | |
| 06Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 06Jul05 | T8121 | Other Tax | 8.72 | |
| 07Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 07Jul05 | T8121 | Other Tax | 8.72 | |
| 08Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 08Jul05 | T8121 | Other Tax | 8.72 | |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TownePlace SUITES Marriott

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL FL 33301-1944
GOVT

Room: 121 REGB
Room Type: TOBT
No. Of Guests: 1 15733YE
Rate: 109.00
Clerk: NLA

Arrive 15Jun05 Time 11:25 Depart 15Jul05 Time 12:17 Folio# YE-15733

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 09Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 09Jul05 | T8121 | Other Tax | 8.72 | |
| 10Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 10Jul05 | T8121 | Other Tax | 8.72 | |
| 11Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 11Jul05 | T8121 | Other Tax | 8.72 | |
| 12Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 12Jul05 | T8121 | Other Tax | 8.72 | |
| 13Jul05 | MC | MASTER CARD | | 941.76- |

```
****************************************
*   CARD #: MCXXXXXXXXXXXX4173         *
*   Amount:      941.76     Auth:      *
*          ** Signature on File  **    *
****************************************
```

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 13Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 13Jul05 | T8121 | Other Tax | 8.72 | |
| 14Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 14Jul05 | T8121 | Other Tax | 8.72 | |
| 15Jul05 | MC12:17 PM | MASTER CARD | | 235.44- |

```
****************************************
*   CARD #: MCXXXXXXXXXXXX4173         *
*   Amount:      235.44     Auth:      *
*          ** Signature on File  **    *
****************************************
```

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TownePlace SUITES® Marriott

| | | | |
|---|---|---|---|
| PATRICK KELLY | Room: | 121 | REGB |
| 299 E BROWARD BLVD | Room Type: | TOBT | |
| 01 | No. Of Guests: | 1 | 15733YE |
| FT LAUDERDALE FL FL 33301-1944 | Rate: | 109.00 | |
| GOVT | Clerk: | NLA | |

Arrive 15Jun05 Time 11:25 Depart 15Jul05 Time 12:17 Folio# YE-15733

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| | | ** BALANCE ** | | .00 |

Marriott Rewards Club Member: XXXXX3305. Retain this receipt for your records.

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TownePlace SUITES Marriott

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL 33301-1944
GOVT

Room: 121 GOVB
Room Type: TOBT
No. Of Guests: 1 10138YE
Rate: 109.00
Clerk: NLA

Arrive 18Jul05 Time 1:07 Depart 31Oct05 Time 10:07a Folio# YE-10138

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 18Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 18Jul05 | T8121 | Other Tax | 8.72 | |
| 19Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 19Jul05 | T8121 | Other Tax | 8.72 | |
| 20Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 20Jul05 | T8121 | Other Tax | 8.72 | |
| 21Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 21Jul05 | T8121 | Other Tax | 8.72 | |
| 22Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 22Jul05 | T8121 | Other Tax | 8.72 | |
| 23Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 23Jul05 | T8121 | Other Tax | 8.72 | |
| 24Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 24Jul05 | T8121 | Other Tax | 8.72 | |
| 25Jul05 | MC | MASTER CARD | | 824.04- |
| 25Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 25Jul05 | T8121 | Other Tax | 8.72 | |
| 26Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 26Jul05 | T8121 | Other Tax | 8.72 | |
| 27Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 27Jul05 | T8121 | Other Tax | 8.72 | |
| 28Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 28Jul05 | T8121 | Other Tax | 8.72 | |
| 29Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 29Jul05 | T8121 | Other Tax | 8.72 | |
| 30Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 30Jul05 | T8121 | Other Tax | 8.72 | |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TownePlace SUITES® Marriott

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL 33301-1944
GOVT

Room: 121 GOVB
Room Type: TOBT
No. Of Guests: 1 10138YE
Rate: 109.00
Clerk: NLA

Arrive 18Jul05 Time 1:07 Depart 31Oct05 Time 10:07a Folio# YE-10138

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 31Jul05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 31Jul05 | T8121 | Other Tax | 8.72 | |
| 01Aug05 | MC | MASTER CARD | | 824.04- |
| 01Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 01Aug05 | T8121 | Other Tax | 8.72 | |
| 02Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 02Aug05 | T8121 | Other Tax | 8.72 | |
| 03Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 03Aug05 | T8121 | Other Tax | 8.72 | |
| 04Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 04Aug05 | T8121 | Other Tax | 8.72 | |
| 05Aug05 | MV6 | MOVIE | 7.50 | |
| 05Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 05Aug05 | T8121 | Other Tax | 8.72 | |
| 06Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 06Aug05 | T8121 | Other Tax | 8.72 | |
| 07Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 07Aug05 | T8121 | Other Tax | 8.72 | |
| 08Aug05 | MC | MASTER CARD | | 831.54- |
| 08Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 08Aug05 | T8121 | Other Tax | 8.72 | |
| 09Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 09Aug05 | T8121 | Other Tax | 8.72 | |
| 10Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 10Aug05 | T8121 | Other Tax | 8.72 | |
| 11Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 11Aug05 | T8121 | Other Tax | 8.72 | |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TownePlace SUITES® Marriott

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL 33301-1944
GOVT

Room: 121 GOVB
Room Type: TOBT
No. Of Guests: 1 10138YE
Rate: 109.00
Clerk: NLA

Arrive 18Jul05 Time 1:07 Depart 31Oct05 Time 10:07a Folio# YE-10138

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 12Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 12Aug05 | T8121 | Other Tax | 8.72 | |
| 13Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 13Aug05 | T8121 | Other Tax | 8.72 | |
| 14Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 14Aug05 | T8121 | Other Tax | 8.72 | |
| 15Aug05 | MC | MASTER CARD | | 824.04- |
| 15Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 15Aug05 | T8121 | Other Tax | 8.72 | |
| 16Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 16Aug05 | T8121 | Other Tax | 8.72 | |
| 17Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 17Aug05 | T8121 | Other Tax | 8.72 | |
| 18Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 18Aug05 | T8121 | Other Tax | 8.72 | |
| 19Aug05 | MV97 | MOVIE | 3.99 | |
| 19Aug05 | MV98 | MOVIE | 7.50 | |
| 19Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 19Aug05 | T8121 | Other Tax | 8.72 | |
| 20Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 20Aug05 | T8121 | Other Tax | 8.72 | |
| 21Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 21Aug05 | T8121 | Other Tax | 8.72 | |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement, It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TownePlace SUITES® Marriott

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL 33301-1944
GOVT

Room: 121 GOVB
Room Type: TOBT
No. Of Guests: 1 10138YE
Rate: 109.00
Clerk: NLA

Arrive 18Jul05 Time 1:07 Depart 31Oct05 Time 10:07a Folio# YE-10138

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 22Aug05 | MC | MASTER CARD | | 835.53- |
| 22Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 22Aug05 | T8121 | Other Tax | 8.72 | |
| 23Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 23Aug05 | T8121 | Other Tax | 8.72 | |
| 24Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 24Aug05 | T8121 | Other Tax | 8.72 | |
| 25Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 25Aug05 | T8121 | Other Tax | 8.72 | |
| 26Aug05 | MV139 | MOVIE | 7.50 | |
| 26Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 26Aug05 | T8121 | Other Tax | 8.72 | |
| 27Aug05 | MV148 | MOVIE | 7.50 | |
| 27Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 27Aug05 | T8121 | Other Tax | 8.72 | |
| 28Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 28Aug05 | T8121 | Other Tax | 8.72 | |
| 29Aug05 | MC | MASTER CARD | | 839.04- |
| 29Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 29Aug05 | T8121 | Other Tax | 8.72 | |
| 30Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 30Aug05 | T8121 | Other Tax | 8.72 | |
| 31Aug05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 31Aug05 | T8121 | Other Tax | 8.72 | |
| 01Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 01Sep05 | T8121 | Other Tax | 8.72 | |
| 02Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TownePlace SUITES Marriott

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL 33301-1944
GOVT

Room: 121 GOVB
Room Type: TOBT
No. Of Guests: 1 10138YE
Rate: 109.00
Clerk: NLA

Arrive 18Jul05 Time 1:07 Depart 31Oct05 Time 10:07a Folio# YE-10138

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 02Sep05 | T8121 | Other Tax | 8.72 | |
| 03Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 03Sep05 | T8121 | Other Tax | 8.72 | |
| 04Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 04Sep05 | T8121 | Other Tax | 8.72 | |
| 05Sep05 | MC | MASTER CARD | | 824.04- |
| 05Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 05Sep05 | T8121 | Other Tax | 8.72 | |
| 06Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 06Sep05 | T8121 | Other Tax | 8.72 | |
| 07Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 07Sep05 | T8121 | Other Tax | 8.72 | |
| 08Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 08Sep05 | T8121 | Other Tax | 8.72 | |
| 09Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 09Sep05 | T8121 | Other Tax | 8.72 | |
| 10Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 10Sep05 | T8121 | Other Tax | 8.72 | |
| 11Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 11Sep05 | T8121 | Other Tax | 8.72 | |
| 12Sep05 | MC | MASTER CARD | | 824.04- |
| 12Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 12Sep05 | T8121 | Other Tax | 8.72 | |
| 13Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 13Sep05 | T8121 | Other Tax | 8.72 | |
| 14Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 14Sep05 | T8121 | Other Tax | 8.72 | |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TownePlace SUITES® Marriott

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL 33301-1944
GOVT

Room: 121 GOVB
Room Type: TOBT
No. Of Guests: 1 10138YE
Rate: 109.00
Clerk: NLA

Arrive 18Jul05 Time 1:07 Depart 31Oct05 Time 10:07a Folio# YE-10138

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 15Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 15Sep05 | T8121 | Other Tax | 8.72 | |
| 16Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 16Sep05 | T8121 | Other Tax | 8.72 | |
| 17Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 17Sep05 | T8121 | Other Tax | 8.72 | |
| 18Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 18Sep05 | T8121 | Other Tax | 8.72 | |
| 19Sep05 | VI | VISA | | 824.04- |
| 19Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 19Sep05 | T8121 | Other Tax | 8.72 | |
| 20Sep05 | TE0571 | LCL PH- - 411 | .50 | |
| 20Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 20Sep05 | T8121 | Other Tax | 8.72 | |
| 21Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 21Sep05 | T8121 | Other Tax | 8.72 | |
| 22Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 22Sep05 | T8121 | Other Tax | 8.72 | |
| 23Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 23Sep05 | T8121 | Other Tax | 8.72 | |
| 24Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 24Sep05 | T8121 | Other Tax | 8.72 | |
| 25Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 25Sep05 | T8121 | Other Tax | 8.72 | |
| 26Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 26Sep05 | T8121 | Other Tax | 8.72 | |
| 27Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement, it is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TownePlace SUITES Marriott

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL 33301-1944
GOVT

Room: 121 GOVB
Room Type: TOBT
No. Of Guests: 1 10138YE
Rate: 109.00
Clerk: NLA

Arrive 18Jul05 Time 1:07 Depart 31Oct05 Time 10:07a Folio# YE-10138

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 27Sep05 | T8121 | Other Tax | 8.72 | |
| 28Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 28Sep05 | T8121 | Other Tax | 8.72 | |
| 29Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 29Sep05 | T8121 | Other Tax | 8.72 | |
| 29Sep05 | VI121 | VISA | | 1177.70- |
| 30Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 30Sep05 | T8121 | Other Tax | 8.72 | |
| 01Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 01Oct05 | T8121 | Other Tax | 8.72 | |
| 02Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 02Oct05 | T8121 | Other Tax | 8.72 | |
| 03Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 03Oct05 | T8121 | Other Tax | 8.72 | |
| 04Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 04Oct05 | T8121 | Other Tax | 8.72 | |
| 05Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 05Oct05 | T8121 | Other Tax | 8.72 | |
| 06Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 06Oct05 | T8121 | Other Tax | 8.72 | |
| 07Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 07Oct05 | T8121 | Other Tax | 8.72 | |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month (annual rate of 18%), or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TRAVEL VOUCHER

(Read the Privacy Act Statement on the back)

1. DEPARTMENT OR ESTABLISHMENT, BUREAU DIVISION OR OFFICE: Justice-ATF

2. TYPE OF TRAVEL: ☒ TEMPORARY DUTY ☐ PERMANENT CHANGE OF STATION

3. VOUCHER NO. 0764000091777

4. SCHEDULE NO.

5. TRAVELER (PAYEE)

a. NAME (Last, first, middle initial): Kelly, Patrick J.

b. SOCIAL SECURITY NO.

c. MAILING ADDRESS (Included ZIP Code): 299 East Broward Blvd Suite 401, Fort Lauderdale, FL. 33301

d. OFFICE TELEPHONE NO.

e. PRESENT DUTY STATION

f. RESIDENCE (City and State)

6. PERIOD OF TRAVEL: a. FROM ~~July 15, 2005~~ 10/1/05 b. TO Oct 31, 2005

7. TRAVEL AUTHORIZATION: a. NUMBER(S) b. DATES(S

8. TRAVEL ADVANCE

| | |
|---|---|
| a. Outstanding | |
| b. Amount to be applied | |
| c. Amount due Government (Attached: ☐ Check ☐ Cash) | |
| d. Balance outstanding | 0.00 |

9. CASH PAYMENT RECEIPT: a. DATE RECEIVED b. AMOUNT RECEIVED $ c. PAYEE'S SIGNATURE

10. CHECK NO.

11. PAID BY

12. GOVERNMENT TRANSPORTATION REQUESTS, OR TRANSPORTATION TICKETS, IF PURCHASED WITH CASH (List by number below and attach passenger coupon; if cash is used show claim on reverse side.)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7) ▶ Traveler's Initials PJK

| 12. | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| Mastercard | | | | | | |

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based on the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ [signature] DATE 1/10/06 AMOUNT CLAIMED ▶ $ 6369.57

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify (31 U.S.C. 680a).)

APPROVING OFFICIAL SIGN HERE ▶ [signature] DATE 1/20/06

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION: a. VOUCHER NO. b. D.O. SYMBOL c. MONTH & YEAR

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICIAL SIGN HERE ▶ DATE

17. FOR FINACE OFFICE USE ONLY COMPUTATION

a. DIFFERENCES IF ANY (Explain and show amount) $

b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION. Certifier's initials: $

c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol): $

d. NET TO TRAVELER ▶ $ 6369.57

18. ACCOUNTING CLASSIFICATION

06-700R-2160-FU-764010-C1C-1CD77

1012-114

STANDARD FORM 1012 (REV. 10-77)
Prescribed by GSA, FPMR (41 CFR) 101-7

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

INSTRUCTIONS TO TRAVELER *(Unlisted items are self-explanatory)*

*Col. (c)* If the voucher includes per diem allowances for member of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

*Complete only for acutual expense travel* — Col. *(d)* thru *(g)*: Show amount incurred for each meal, including tax and tips, and daily total Meal cost

*(h)* Show expenses, such as: laundry, cleaning and pressing of clothes, tips to bellboy, Porters, etc. (other than for meals)

*(i)* Complete for per diem and actual expense travel.

*(j)* Show total subsistence expense incurred for actual expense travel.

*(m)* Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.

*(n)* Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone call for Government business, car rental, relocation other than subsistence, etc.

*Complete this information If this is a Continuation Sheet* PAGE ___ OF 2 PAGES

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME: Kelly

| DATE 20_ (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | ITEMIZED SUBSTANCE EXPENSES — MEALS — BREAK FAST (d) | LUNCH (e) | DINNER (f) | TOTAL (g) | MISCEL-LANEOUS SUBSIS TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE: ¢ NO. OF MILES (k) | AMOUNT CLAIMED — MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1 | | Temporary Relocation with Family 87.75 at 31 days with hotel at 117.72 | | | $2,720.25 | $2,720.25 | | $3,649.32 | $6,369.57 | | $0.00 | $6,369.57 | |
| 10/31 | | | | | $0.00 | $0.00 | | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | |
| | | | | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | |
| | | | | | | | | | SUBTOTALS ▶ | | $0.00 | $6,369.57 | $0.00 |
| | | | | | | | | | TOTALS ▶ | | $0.00 | $6,369.57 | $0.00 |

*If additional space is required, continue on another SF 1012 BACK, leaving the front blank.*

*Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.*

TOTAL AMOUNT CLAIMED ▶ $6,369.57

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101 – 7), E.O. 11609 of July 22,1971, E.O. 11012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 USC 6011(b) and 6109) and E.O. 9397, November 22, 1943,for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

STANDARD FORM 1012 BACK (10-77)

TownePlace SUITES ® Marriott

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL 33301-1944
GOVT

Room: 121 GOVB
Room Type: TOBT
No. Of Guests: 1 10138YE
Rate: 109.00
Clerk: NLA

Arrive 18Jul05 Time 1:07 Depart 31Oct05 Time 10:07a Folio# YE-10138

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 27Sep05 | T8121 | Other Tax | 8.72 | |
| 28Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 28Sep05 | T8121 | Other Tax | 8.72 | |
| 29Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 29Sep05 | T8121 | Other Tax | 8.72 | |
| 29Sep05 | VI121 | VISA | | 1177.70- |
| 30Sep05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 30Sep05 | T8121 | Other Tax | 8.72 | |
| 01Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 01Oct05 | T8121 | Other Tax | 8.72 | |
| 02Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 02Oct05 | T8121 | Other Tax | 8.72 | |
| 03Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 03Oct05 | T8121 | Other Tax | 8.72 | |
| 04Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 04Oct05 | T8121 | Other Tax | 8.72 | |
| 05Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 05Oct05 | T8121 | Other Tax | 8.72 | |
| 06Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 06Oct05 | T8121 | Other Tax | 8.72 | |
| 07Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 07Oct05 | T8121 | Other Tax | 8.72 | |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month (annual rate of 18%), or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL 33301-1944
GOVT

Room: 121 GOVB
Room Type: TOBT
No. Of Guests: 1 10138YE
Rate: 109.00
Clerk: NLA

Arrive 18Jul05 Time 1:07 Depart 31Oct05 Time 10:07a Folio# YE-10138

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 07Oct05 | MC121 | MASTER CARD | | 941.76- |
| 08Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 08Oct05 | T8121 | Other Tax | 8.72 | |
| 09Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 09Oct05 | T8121 | Other Tax | 8.72 | |
| 10Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 10Oct05 | T8121 | Other Tax | 8.72 | |
| 11Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 11Oct05 | T8121 | Other Tax | 8.72 | |
| 12Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 12Oct05 | T8121 | Other Tax | 8.72 | |
| 13Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 13Oct05 | T8121 | Other Tax | 8.72 | |
| 14Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 14Oct05 | T8121 | Other Tax | 8.72 | |
| 15Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 15Oct05 | T8121 | Other Tax | 8.72 | |
| 15Oct05 | MC121 | MASTER CARD | | 824.04- |
| 16Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 16Oct05 | T8121 | Other Tax | 8.72 | |
| 17Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 17Oct05 | T8121 | Other Tax | 8.72 | |
| 18Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 18Oct05 | T8121 | Other Tax | 8.72 | |
| 19Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 19Oct05 | T8121 | Other Tax | 8.72 | |
| 20Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TownePlace SUITES ® Marriott

PATRICK KELLY
299 E BROWARD BLVD
01
FT LAUDERDALE FL 33301-1944
GOVT

Room: 121 GOVB
Room Type: TOBT
No. Of Guests: 1 10138YE
Rate: 109.00
Clerk: NLA

Arrive 18Jul05 Time 1:07 Depart 31Oct05 Time 10:07a Folio# YE-10138

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 20Oct05 | T8121 | Other Tax | 8.72 | |
| 21Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 21Oct05 | T8121 | Other Tax | 8.72 | |
| 22Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 22Oct05 | T8121 | Other Tax | 8.72 | |
| 23Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 23Oct05 | T8121 | Other Tax | 8.72 | |
| 23Oct05 | MC121 | MASTER CARD | | 824.04- |
| 24Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 24Oct05 | T8121 | Other Tax | 8.72 | |
| 25Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 25Oct05 | T8121 | Other Tax | 8.72 | |
| 26Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 26Oct05 | T8121 | Other Tax | 8.72 | |
| 27Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 27Oct05 | T8121 | Other Tax | 8.72 | |
| 28Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 28Oct05 | T8121 | Other Tax | 8.72 | |
| 29Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 29Oct05 | T8121 | Other Tax | 8.72 | |
| 30Oct05 | J8121 | Room charge-Pent 3 | 109.00 | |
| 30Oct05 | T8121 | Other Tax | 8.72 | |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

TownePlace SUITES® Marriott

| | | | | |
|---|---|---|---|---|
| PATRICK KELLY | Room: | 121 | GOVB |
| 299 E BROWARD BLVD | Room Type: | TOBT | |
| 01 | No. Of Guests: | 1 | 10138YE |
| FT LAUDERDALE FL 33301-1944 | Rate: | 109.00 | |
| GOVT | Clerk: | NLA | |

Arrive 18Jul05 Time 1:07 Depart 31Oct05 Time 10:07a Folio# YE-10138

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 31Oct05 | MC04:23 | MASTER CARD | | 1177.20- |

```
*************************************
*  CARD #: MCXXXXXXXXXXXX4173      *
*  Amount:   1177.20   Auth: 037304 *
*        ** Signature on File  **   *
*************************************
```

** BALANCE ** .00

Marriott Rewards Club Member: XXXXX3305. Retain this receipt for your records.

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month (annual rate of 18%), or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.