# EXHIBIT 4

| Item | Amount | Receipt or Under 75 |
|---|---|---|
| Skytel Pager & Activation $82.95 & 58.47 (visa bill ) | 141.42 | X |
| Flamingo Flooring Laborer: 556.00 and 120.00( actual receipt and visa) | 676 | X |
| Skytel Service 17.99 for 22 months* ( less than 75 dollars reciept exempt) | 395.78 | X |
| Jet Blue Melissa Kelly 255.40 ( email receipt and visa ) | 225.4 | X |
| Jet Blue Melissa Kelly 255.40 ( email receipt and visa ) | 255.4 | X |
| Delta Airlines Patrick Kelly 255.10 ( email receipt and visa ) | 255.4 | X |
| Parking 66 (under 75 but on visa) | 66 | X |
| Avis Rental 111.83 (actual receipt and visa) | 111.83 | X |
| U-haul packing supplies 26.75 (less than 75 dollars but included on visa) | 26.75 | X |
| Delta Airlines Patrick Kelly 246.90 (email receipt and visa) | 246.9 | X |
| Jet Blue Airlines 286.90 (visa) | 286.9 | X |
| Avis Rental Car 146.34 ( actual receipt and visa) | 146.34 | X |
| Parking 66 ( actual receipt and visa) | 66 | X |
| Town Place Suites Marriot Boca Raton 212.16 (email receipt and visa) | 212.16 | X |
| Jet Blue Airlines 158.40 (visa) | 158.4 | X |
| Delta Airlines 218.40 (email receipt and visa) | 218.4 | X |
| Parking 55 (visa under 75) | 55 | X |
| Town Place Suites Marriot Boca Raton 212.16 (actual receipt and visa) | 212.16 | X |
| Avis Rental 211.87 (E receipt and visa) | 211.87 | X |
| Jet Blue to Fort Lauderdale138.40 (email receipt and visa) | 138.4 | X |
| Bob's Lock and Key changing of locks and keys 1066.50 (visa) | 1066.5 | X |
| Delta Airlines travel to Fort Lauderdale 168.40 (email receipt and visa) | 168.4 | X |
| Avis Rental Car Fort Lauderdale (actual receipt and visa) | 158 | X |
| Town Place Suites 212.16 (email receipt and visa) | 212.16 | X |
| Parking 66 (actual receipt and visa) | 66 | X |
| Pre paid and forfeited Child care and registration 640, 100 (actual receipt) | 740 | X |
| Kennel for Dogs 24, 136, 155.50, 80, 112, 100.50, 104, (actual receipt and visa) | 712 | X |
| Black Berry Service Only 82.49 x 22 = (actual receipt print out from Nextel) | 1814 | X |
| Postal Mail box Boca Raton 10 per month x 22 = 220* ( less than 75 per charge receipt exempt) | 220 | X |
| Jet Blue Melissa 225.40 | 225.4 | X |
| Rental property for op sec ( $7000 ) as per agreement no more that 4123.81 | 4123.81 | X |
| | 13612.78 | |

Patrick J. Kelly

17 APR '07 PM 1:06

Internal Revenue Service
United States Department of the Treasury

## 2005 Standard Mileage Rates Set

IR-2004-139, Nov. 17, 2004

WASHINGTON — The Internal Revenue Service today released the optional standard mileage rates to use for 2005 in computing the deductible costs of operating an automobile for business, charitable, medical or moving expense purposes.
Beginning Jan. 1, 2005, the standard mileage rates for the use of a car (including vans, pickups or panel trucks) will be:

- 40.5 cents a mile for all business miles driven, up from 37.5 cents a mile in 2004;
- 15 cents a mile when computing deductible medical or moving expenses, up from 14 cents a mile in 2004; and
- 14 cents a mile when giving services to a charitable organization.

The 3-cent increase in the business mileage rate was the largest one-year rise ever. The primary reasons were higher prices for vehicles and fuel during the year ending in September. The charitable standard mileage rate is set by law.

The standard mileage rates for business, medical and moving purposes are based on an annual study of the fixed and variable costs of operating an automobile. An independent contractor, Runzheimer International, conducted the study for the IRS.
A taxpayer may not use the business standard mileage rate for a vehicle after using any depreciation method under the Modified Accelerated Cost Recovery System (MACRS), after claiming a Section 179 deduction for that vehicle, for any vehicle used for hire, or for more than four vehicles used simultaneously. Revenue Procedure 2004-64 contains additional information on these standard mileage rates.

**Related Item:** Revenue Procedure 2004-64

Subscribe to IRS Newswire

| [redacted] | 0.00 | | | | STATEMENT OF ACCOUNT 1851 |
|---|---|---|---|---|---|
| | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid | |
| | | 0.00 | 06-04-05 | 05-10-05 | |
| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date | Member No./Card No. |

PAGE 1

PATRICK J KELLY
[redacted]

C00072056201420181006

| | |
|---|---|
| Statement Date | 05-10-05 |
| Credit Limit | |
| Unused Credit Available | |
| Credit Insurance Coverage | |

Join us Saturday, May 7 for our Annual Meeting. Learn about the democratic process and the credit union. The evening includes dinner, dancing, and cash prizes. Contact us for ticket information.

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|
| 24445005103110192525209 | | | 0410 | 041[redacted] | |
| 24765015110000000518171 | | | 0419 | 0420 | |
| 24418005111114068439861 | | | 0420 | 0422 | |
| | | | | 042[redacted] | |
| Internet Access Apr. 25, 2005 19:34 Kelly | | | | | |
| 24445005119122927399636 | [redacted] | | | | |
| 24717055122581220062723 | DELTA AIR 00623101050814TLANTA | | 0428 | 0502 | |
| 24226385120320500577523 | | | 0501 | 0502 | 67.70 |
| 24610435122010182051625 | | | 0430 | 0502 | |
| 24692165124000232962774 | | | 0501 | 0503 | |
| 24455015124140006992064 | | | 0504 | 0505 | |
| 24455015124140006992393 | | | 0503 | 0505 | |
| 74226385124320630140334 | | | 0504 | 0505 | |
| | | | 0504 | 0505 | |
| 24610435125010180485921 | | | 0504 | 0506 | |
| 24692165125000312508397 | MTT*SKYTEL | 800-759-8737 MS | 0505 | 0506 | 82.95 |
| 24142055127012601489228 | | | 0505 | 0506 | |
| 24761975127275126016631 | IRVING MAINWAY | TILTON NH | 0506 | 0509 | 36.10 |
| 24455015126720010442325 | | | 0506 | 0509 | |
| 24625735128463202580711 | | MA | 0507 | 0509 | |
| 24455015126140007760014 | | | 0506 | 0509 | |
| 24610435127010181429595 | | | 0506 | 0509 | |
| 24246515127200199700 | | | 0506 | 0509 | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

# STATEMENT OF ACCOUNT 1886

[redacted]

| Member No./Card No. | Amount Past Due / New Balance | Current Amount Due / Amount Over Credit Limit | REQUIRED PAYMENT DUE / PAYMENT DUE DATE | Amount Paid / Statement Date |
|---|---|---|---|---|
| | | | 07-05-05 | 06-10-05 |

Member No./Card No.

PAGE 1 [redacted]

E

| | |
|---|---|
| Statement Date | 06-10-05 |
| Credit Limit | |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY

[redacted]

C00072056201420537009

Our enhanced online bill payment service lets you receive bills online, schedule by due date, and have payment deducted on your selected payment date. And it's still free. Details at www.hfcu.org

VISA GOLD CARD INNI12

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|---|
| 24138295131327264831264 | LOWE'S #1069 | BOCA RATON | FL | 0510 | 0512 | 135.60 |
| 24210735131200488500013 | | | | 0511 | 0512 | |
| 24307925131900011280012 | FLAMINGO FLOORING INC | POMPANO BEACH | FL | 0510 | 0512 | 500.00 |
| 24323005131253130010057 | MISSION BAY SELF STORA | BOCA RATON | FL | 0510 | 0512 | 126.36 |
| 74138295131327264831257 | | | | 0510 | 0512 | |
| 24164075132799132390115 | AMOCO OIL 05762943 | BRUNSWICK | GA | 0512 | 0513 | 24.71 • |
| 24692165132000865334168 | SHELL OIL 91004018912 | BOCA RATON | FL | 0511 | 0513 | 26.51 • |
| 24692165133000955270628 | SUNOCO SVC STATION | PALM BAY | FL | 0512 | 0516 | 14.39 • |
| 24610435133004088804010 | TOWN PLACE SUITE-BOCA RTN | BOCA RATON | FL | 0512 | 0516 | 107.19 • |
| 24692165133000944260896 | SHELL OIL 91002880813 | DUNN | NC | 0512 | 0516 | 16.95 • |
| 24610435135004080010804 | TOWNEPLACE SUTES FRDCKBG | FREDERICKSBRG | VA | 0513 | 0516 | 96.90 • |
| 24455015135140008262743 | | | | | | |
| 24164055133378000085437 | EXXONMOBIL91 04716106 | FREDERIC | VA | 0512 | 0516 | 22.27 • |
| 2444572513613721222021[redacted] | | | | | | |
| 2445501513714000695647[redacted] | | | | | | |
| 7441800513713800242780[redacted] | | | | | | |
| 7441800513713800242760[redacted] | | | | | | |
| 7424728513378001950992[redacted] | | | | | | |
| 000000000000000000000000[redacted] | | | | | | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Financial Charge Calculations

| ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

07/06/2006 THU 11:36 FAX 007/034

1887

# STATEMENT OF ACCOUNT

| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |
|---|---|---|---|---|
| [redacted] | | | | |

| Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|
| | | | |

Member No./Card No.

PAGE 2

E

| | |
|---|---|
| Statement Date | 06-10-05 |
| Credit Limit | |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY

C00072056201420537009

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| 24307925139900011800037 | FLAMINGO FLOORING INC POMPANO BEACHFL | 0518 | 0520 | 500.00 |
| 24480205138900012200465 | | 0518 | 0520 | |
| 24418005139139064879409 | | 0518 | 0520 | |
| 24445005139139721904854 | | 0518 | 0520 | |
| 24692165139000637386573 | | 0519 | 0520 | |
| 24610435140010180909392 | | 0519 | 0523 | |
| 24455015140720011177336 | | 0520 | 0523 | |
| 24765015141000000145873 | | 0521 | 0523 | |
| 24307925144900012100019 | | 0523 | 0525 | 723.58 |
| 24226385145320321269590 | | 0525 | 0526 | |
| 24455015145720010603964 | | 0525 | 0527 | |
| 24226385146320352791107 | | 0526 | 0527 | |
| 2445501514772001211504 | | 0527 | 0531 | |
| 24307925149900012500014 | FLAMINGO FLOORING INC POMPANO BEACHFL | 0527 | 0531 | 632.39 |
| 24226385147320386235658 | | 0527 | 0531 | |
| 24124795147407000234648 | | 0526 | 0531 | |
| 24610435148010182587297 | | 0527 | 0531 | |
| 24445005151149371093216 | | 0530 | 0531 | |
| 24445005151149371093398 | | 0530 | 0531 | |
| 24226385152320564892942 | | 0601 | 0602 | |
| 24717055152691524805959 | | 0601 | 0602 | |
| 24455015152720010344577 | | 0601 | 0603 | |
| 2444500515315132094755 | | 0601 | 0603 | |
| 2445501515472001110685 | | 0603 | 0606 | |
| 2444500515418214624718 | | 0602 | 0606 | |
| 24307925156900012800034 | FLAMINGO FLOORING INC POMPANO BEACHFL | 0603 | 0606 | 24.00 |
| 2444500515615359547310 [redacted] | [redacted] | 0604 | 0606 | [redacted] |
| 24755425158121585599 79 [redacted] | [redacted] | 0606 | 0607 | [redacted] |
| 244550151571400069912 [redacted] | [redacted] | 0606 | 0607 | [redacted] |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

| Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|
| | | | |

| New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |
|---|---|---|---|
| | | | |

[redacted]
Member No./Card No.

**STATEMENT OF ACCOUNT** 1888

Member No./Card No.
[redacted]

PAGE 3 [redacted]

E

| | |
|---|---|
| Statement Date | 06-10-05 |
| Credit Limit | [redacted] |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY
[redacted]

C00072056201420537009

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|---|
| 24692165157000073563367 | | | | 0606 | 0607 | |
| 24792625158635001509776 | JETBLUE | JK8YCW | DARIEN | CT 0606 | 0608 | 255.40 |
| 24445005159156276409 | | | | 0607 | 0608 | |
| 24445005160156817633380 | | | | 0608 | 0609 | |
| 24455015159720010327 | | | | 0608 | 06 | |

PURCHASE ADVANCE BALANCE 14,854.42
CASH ADVANCE BALANCE 0.00

TO AVOID FINANCE CHARGES ON PURCHASES PAY 14,233.58 BY 07-05-05
ADDITIONAL LATE CHARGES/ANNUAL FEES MAY INCREASE THE REQUIRED AMT

DAILY PERIODIC RATE(S) MAY VARY

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | 0.00 | | | 0.00 | 0.00 | | |

Financial Charge Calculations

| ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | 0.00 | |

800-656-4328

| Member No./Card No. | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|---|
| [redacted] | | | | |
| | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |

## STATEMENT OF ACCOUNT

1888

Member No./Card No.

[redacted]

PAGE 3

E

| | |
|---|---|
| Statement Date | 06-10-05 |
| Credit Limit | [redacted] |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY
[redacted]

C000720562014205370009

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|---|
| 24692165157000735633678 [redacted] | | | | 0606 | 0607 | |
| 24792625158635001509776 | JETBLUE | JK8YCW | DARIEN CT | 0606 | 0608 | 255.40 |
| 24445005159156276409[redacted] | | | | [redacted] 0607 | 0609 | |
| 2444500516015681763338 | | | | [redacted] 0608 | 060[redacted] | |
| 24455015159720010327[redacted] | | | | [redacted] 0608 | 06[redacted] | |

PURCHASE ADVANCE BALANCE 14,054.42
CASH ADVANCE BALANCE 0.00

TO AVOID FINANCE CHARGES ON PURCHASES PAY 14,233.58 BY 07-05-05
ADDITIONAL LATE CHARGES/ANNUAL FEES MAY INCREASE THE REQUIRED AMT

DAILY PERIODIC RATE(S) MAY VARY

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| [redacted] | 0.00 | | | 0.00 | 0.00 | | |

Financial Charge Calculations

| ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| [redacted] | see above | [redacted] | see above | | 0.00 | |

800-656-4328

| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |
|---|---|---|---|---|
| [redacted] | | 0.00 | 08-05-05 | 07-11-05 |

| Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|
| 0.00 | | | |

# STATEMENT OF ACCOUNT

1856

Member No./Card No.

PAGE 1

E

| Statement Date | 07-11-05 |
|---|---|
| Credit Limit | |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY

C00072056201420454007

Our enhanced online bill payment service lets you receive bills online, schedule by due date, and have payment deducted on your selected payment date. And it's still free. Details at www.hfcu.org

VISA GOLD CARD ENC#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| 24455015161140007575316 | | 0610 | 0613 | |
| 24765015162000418741242 | | 0611 | 0613 | |
| LATE CHARGE ASSESSED | | | 0614 | |
| 74124795164407000467522 | | 0611 | 0614 | |
| 24733095166206099100072 | | 0614 | 0615 | |
| 24733095166206099100098 | | 0614 | 0615 | |
| 74717055165691654741057 | | 0614 | 0615 | |
| 24692165166000436309565 | | 0615 | 0616 | |
| 24142035166978617557 | | 0614 | 0616 | |
| | PAYMENT-TRANSFER | | 0617 | |
| | LTC 10.00 | | | |
| Internet Access Jun. 17, 2005 12:11 Ref: 978664. | | | | |
| 2445501516772001099814 | | 0616 | 0620 | |
| 2441800516816817723990 | | 0616 | 0620 | |
| 2445501516972001119959 | | 0618 | 0620 | |
| 2461043517001018415448 | | 0618 | 0620 | |
| 24610435170094072375008 | | 0618 | 0620 | |
| 24733095170206799000287 | | 0618 | 0620 | |
| 24164055171378000057735 | EXXONMOBIL75 04761557 ASHLAND VA | 0619 | 0621 | 27.80 |
| 24765015171000001189527 | | 0620 | 0621 | |
| 24164075171799171660115 | AMOCO OIL 05762443 BRUNSWICK GA | 0620 | 0621 | 39.05 |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

# STATEMENT OF ACCOUNT

1856

| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |
|---|---|---|---|---|
| [redacted] | 0.00 (Amount Past Due) | 0.00 (Current Amount Due) | 08-05-05 (REQUIRED PAYMENT DUE) | 07-11-05 (Amount Paid) |

Member No./Card No.

PAGE 1

E

PATRICK J KELLY
[redacted]

C00072056201420454007

| | |
|---|---|
| Statement Date | 07-11-05 |
| Credit Limit | |
| Unused Credit Available | |
| Credit Insurance Coverage | |

Our enhanced online bill payment service lets you receive bills online, schedule by due date, and have payment deducted on your selected payment date. And it's still free. Details at www.hfcu.org

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| 24455015161140007575316 | | 0610 | 0613 | |
| 24765015162000418741242 | | 0611 | 0613 | |
| LATE CHARGE ASSESSED | | | 0614 | |
| 74124795164407000467522 | | 0611 | 0614 | |
| | | | | |
| 24733095166206099100072 | | 0614 | 0615 | |
| 24733095166206099100098 | | 0614 | 0615 | |
| 74717055165691654741057 | | 0614 | 0615 | |
| 24692165166000436309565 | | 0615 | 0616 | |
| 24142035166978617557 | | 0614 | 0616 | |
| | PAYMENT-TRANSFER LTC 10.00 | | 0617 | |
| | Internet Access Jun. 17, 2005 12:11 Ref: 978664. | | | |
| 24455015169728010998144 | | 0616 | 0620 | |
| 24418005168168177239906 | | 0616 | 0620 | |
| 24455015169728011959596 | | 0618 | 0620 | |
| 24610435170010184154485 | | 0618 | 0620 | |
| 24610435170004073758081 | | 0618 | 0620 | |
| 24733095170206799000287 | | 0618 | 0620 | |
| 24164055171378000057736 | EXXONMOBIL75 04761557 ASHLAND VA | 0619 | 0621 | 27.80 |
| 24765015171000001189527 | | 0620 | 0621 | |
| 24164075171799171660115 | AMOCO OIL 05762443 BRUNSWICK GA | 0620 | 0621 | 49.03 |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Financial Charge Calculations

| ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

| Member No./Card No. | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|---|
| [redacted] | | | | |
| | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |

# STATEMENT OF ACCOUNT

1857

Member No./Card No.: [redacted]

PAGE 2

E

| | |
|---|---|
| Statement Date | 07-11-05 |
| Credit Limit | |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY

C00072056201420454007

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|
| 24692165171000820366141 | SHELL OIL 53929400207 | FLORENCE SC | 0619 | 0621 | 42.65 |
| 24692165171000820366158 | SHELL OIL 57541508008 | SOUTHBURY CT | 0619 | 0621 | 39.26 |
| 24164075171863021590000 | | | | | |
| 24625125171451165424134 | CHEVRON 00208313 | MELBOURNE FL | 0620 | 0621 | 32.95 |
| 24692165171000848442429 | SUNOCO SVC STATION | CARNEYS POINTNJ | 0619 | 0621 | 27.50 |
| 24445005172167353641983 | | | | | |
| 24275305172390001718392 | HOLIDAY INNS | FLORENCE SC | 0620 | 0622 | 88.75 |
| 24138295173327506954667 | LOWE'S #1069 | BOCA RATON FL | 0621 | 0623 | 242.16 |
| 24610435173004112724684 | SUNSHINE #30084 | FORT LAUDERDAFL | 0621 | 0623 | 30.22 |
| 24761975177521913080069 | CIRCLE K 04742 | NEW SMYRNA BEFL | 0626 | 0627 | 43.52 |
| 24455015175710010714955 | THE SELF STORAGE DEPOT | COCONUT CREEKFL | 0623 | 0627 | 244.79 |
| 24707805175980001209504 | | | | | |
| 24625125176451200391368 | CHEVRON 00202634 | DEERFIELD BEAFL | 0624 | 0627 | 47.05 |
| 24138295175327516823728 | LOWE'S #1069 | BOCA RATON FL | 0623 | 0627 | 9.24 |
| 24445005175170065982581 | U-HAUL CTR MARGATE | MARGATE FL | 0623 | 0627 | 360.40 |
| 2445501517614000666536 | | | | | |
| 24610435176010174338837 | THE HOME DEPOT 204 | BOCA RATON FL | 0624 | 0627 | 65.62 |
| 24625125178451218605468 | CHEVRON 00210311 | BRUNSWICK GA | 0626 | 0628 | 29.97 |
| 24164055178378000020521 | EXXONMOBIL75 04727781 | BOCA RAT FL | 0626 | 0628 | 28.92 |
| 24692165178000340457811 | SHELL OIL 53929400207 | FLORENCE SC | 0626 | 0628 | 43.07 |
| 24164055179378000034828 | EXXONMOBIL83 04699187 | LAUREL MD | 0627 | 0629 | 38.94 |
| 24164055179378000070616 | EXXONMOBIL75 04228490 | ENFIELD NC | 0627 | 0629 | 46.30 |
| 24692165179000247540526 | SHELL OIL 27540354506 | RAHWAY NJ | 0627 | 0629 | 32.40 |
| 24275305179390001783878 | HOLIDAY INNS | FLORENCE SC | 0627 | 0629 | 88.75 |
| 24455015179710006719931 | HESS 21339 | TEWKSBURY MA | 0627 | 0629 | 22.44 |
| 24717055181121812736108 | | | | | |
| 24717055180151800865621 | | | | | |
| 24226385181320514764337 | | | | | |
| 24435655182206199100735 | | | | | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations: ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid | **STATEMENT OF ACCOUNT** |
| [redacted] | | | | | Member No./Card No. |
| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date | |

1858

PAGE 3 [redacted]

E

| | |
|---|---|
| Statement Date | 07-11-05 |
| Credit Limit | |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY

C000720562014204540007

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|---|
| 2461044518301018156874[redacted] | | | | | | |
| 24455015181720011679968 | | | | | | |
| 24692165186000949285[redacted] | | | | | | |
| 24455015186720010303000[redacted] | | | | | | |
| 2422638518732071216592[redacted] | | | | | | |
| 24335545188018702327434[redacted] | | | | | | |
| 2445501518972001133297[redacted] | | | | | | |
| 24792625191635000871804 | JETBLUE | HN/DCM | DARIEN | 0709 | 0711 | 225.40 |
| 24717055191581910273099 | DELTA AIR | 0062370900860 | LOS ANGELES | 0709 | 0711 | 255.40 |

PURCHASE ADVANCE BALANCE17,987.06

CASH ADVANCE BALANCE 0.00

TO AVOID FINANCE CHARGES ON PURCHASES PAY 18,146.12 BY 08-05-05

ADDITIONAL LATE CHARGES/ANNUAL FEES MAY INCREASE THE REQUIRED AMT

DAILY PERIODIC RATE(S) MAY VARY

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | 0.00 | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | 0.00 | |

800-656-4328

07/06/2006 THU 11:41 FAX 012/034

# STATEMENT OF ACCOUNT 1827

| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |
|---|---|---|---|---|
| [redacted] | 0.00 (Amount Past Due) | 0.00 (Current Amount Due) | 09-04-05 (REQUIRED PAYMENT DUE) | 08-10-05 (Amount Paid) |

Member No./Card No. [redacted]

PAGE 1

| | |
|---|---|
| Statement Date | 08-10-05 |
| Credit Limit | |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY

C00072056201420441004

Our enhanced online bill payment service lets you receive bills online, schedule by due date, and have payment deducted on your selected payment date. And it's still free. Details at www.hfcu.org

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|
| 24399005192916671395716 | | | 0710 | 0712 | |
| 24455015191720009913054 | | | 0710 | 0712 | |
| 24692165192000408934109 | | | 0711 | 0712 | |
| 74610435192010181277569 | | | 0710 | 0712 | |
| 24445005194185092331120 | | | 0711 | 0713 | |
| 24254775193451611500028 | | | 0711 | 0713 | |
| 24445005198187971670145 | | | 0715 | 0718 | |
| 24455015197140008675295 | | | 0716 | 0718 | |
| 24455015197720011695630 | | | 0716 | 0718 | |
| 24455015198720011741480 | | | 0715 | 0718 | |
| 24164075200433001571236 | | | 0719 | 0720 | |
| 24455015201140006868 | | | 0719 | 0721 | |
| 24733095203206799000114 | | | 0721 | 0722 | |
| 24761975204070204355225 | FEDEX SHP 07/19/05 AB# | | 0723 | 0725 | 18.23 |
| 243990052051420253845 | | | 0723 | 0725 | |
| 24138295205327675139829 | LOWE'S #1069 | BOCA RATON FL | 0723 | 0725 | 22.00 |
| 24138295205327675139837 | LOWE'S #1069 | BOCA RATON FL | 0723 | 0725 | 121.34 |
| 24138295205327675139845 | LOWE'S #1069 | BOCA RATON FL | 0723 | 0725 | 25.48 |
| 24124795206000525204564 | | 6175611633 | 0725 | 0726 | 66.00 |
| 24138296206735451027290 | AVIS RENT-A-CAR 1 | FT LAUDERDALE FL | 0724 | 0726 | 111.83 |
| 24692165206000551966365 | SHELL OIL 91004018912 | BOCA RATON FL | 0724 | 0726 | 19.63 |
| 24455015206720010262726 | | | | | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Financial Charge Calculations

| ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

| [redacted] | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid | STATEMENT OF ACCOUNT | 1828 |
|---|---|---|---|---|---|---|
| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date | Member No./Card No. | |
| | | | | | [redacted] | |

PAGE 2

| | |
|---|---|
| Statement Date | 08-10-05 |
| Credit Limit | [redacted] |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY
[redacted]

C00072056201420441004

VISA GOLD CARD [redacted]

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| 24717055207352070116565 | DELTA DBA SONG- ONBOARD MEMPHIS TN | 0725 | 0727 | 5.00 |
| 24445005207196332255 | | [redacted]25 | 0727 | [redacted] |
| | | | 0728 | [redacted] |
| | Internet Access Jul. 28, 2005 10:40 Ref: 9178. | | | |
| 2439900521111400000229[redacted] | | 0729 | 0801 | |
| 24445005212200303247821 | | 0730 | 0801 | |
| 24229165211902219449772 | | [redacted]730 | 0801 | |
| 24455015209720012145819 | | 0728 | 0801 | |
| 2475542521213221286105[redacted] | | 0730 | 0801 | |
| 2439900521213433000013[redacted] | | 0730 | 0801 | |
| 2473309521222000992601[redacted] | | 0730 | 0801 | |
| 24403695210900521001104 | | 0727 | 0801 | [redacted] |
| 2432301521311286130101[illegible] | | [redacted]731 | 0802 | |
| | PAYMENT-CASH | | 0802 | [redacted] |
| 24455015213972001048380 | | [redacted]0801 | 0803 | |
| 24455015214710009952031 | THE SELF STORAGE DEPOT COCONUT CREEKFL | 0801 | 0803 | 151.69 |
| 246921652160003183559[redacted] | | [redacted]0803 | 0804 | |
| 2469216521500030676105[redacted] | | 0803 | 0804 | |
| 2469216521500030676097[redacted] | | 0803 | 0804 | |
| 244550152161400069423[redacted] | | 0803 | 0804 | |
| 2473309521601500000051[redacted] | | 0804 | 0805 | |
| 246257352164632025803[redacted] | | [redacted]0804 | 0805 | |
| 2469216521600035995583[redacted] | | 0804 | 0805 | |
| 2473309521820009920070[redacted] | | 0804 | 0805 | |
| 24455015216720011091771[redacted] | | 0805 | 0808 | |
| 2410838521822298590024[redacted] | | 0804 | 0808 | |
| 24610435219072013599[redacted] | | 0805 | 0808 | |
| 24455015220140006478339 | | 0807 | 0808 | |
| | | 0807 | 0809 | |
| 24323015220263566010466 | | 0805 | 0809 | [redacted] |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations: ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

07/06/2006 THU 11:46 FAX 016/034

| | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|---|
| [redacted] | | | | |
| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |

# STATEMENT OF ACCOUNT

1908

Member No./Card No.

PAGE 2 [redacted]

E

| | |
|---|---|
| Statement Date | 09-12-05 |
| Credit Limit | |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY
6590 HOLLANDAIRE DR WEST
BOCA RATON FL 33433

C00072056201420523009

VISA GOLD CARD

| REFERENCE NUMBER | TRANSACTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| 24445005235219918833604 | | 0822 | 082[redacted] | |
| 2473309523620679900033[redacted] | | 0823 | 0824 | |
| 24399005235188008008227 | | 0822 | 0824 | |
| 247554252361323654294[redacted] | | 0823 | 0825 | |
| 243230152362633980102[redacted] | | 0822 | 0825 | |
| 24492795236118000163747 | | 0824 | 0825 | |
| | | | 0825 | |
| Internet Access Aug. 25, 2005 17:16 Ref: 31383. | | | | |
| 2469215523700003949051 | | 0825 | 0826 | |
| 2445501523672001152086 | | 0824 | 0826 | |
| | | | 082[redacted] | |
| Internet Access Aug. 27, 2005 20:40 Ref: | | | | |
| 24717055240582400312836 | DELTA AIR 00623718332611LOS ANGELES CA | 0827 | 0829 | 77.70 |
| 24792625240635000861798 | JETBLUE HUBBBM DARIEN CT | 0827 | 0829 | 165.40 |
| 2461043523801017985265[redacted] | | 0825 | 0829 | |
| 24008705241479990241813 | | 0827 | 0830 | |
| 24761975241070241638653 | FEDEX SHP 08/ AB# 853-2465068830TN | 0829 | 0830 | 12.68 |
| 2445501524072001060114 5[redacted] | | | | |
| 24323015241263408010339 | | | | |
| 24761975241508240010085 | | | | |
| 242263852423205021180 5[redacted] | | | | |
| 24455015241720011100435 | | | | |
| 24455015242720011025177 | | | | |
| 24445005244227801070860 | | | | |
| 2433239524390097010032[redacted] | | FL 0830 | 090[redacted] | |
| 24761975244070244317369 | FEDEX SHP 08/16/05 AB# | 0901 | 0902 | |
| 2444500524723074118201[redacted] | | 0903 | 0906 | |
| 2444500524723074118219[redacted] | | 0903 | 0906 | |
| 2416406524561591262 0X | | | | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

# STATEMENT OF ACCOUNT

1783

| Member No./Card No. | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid | Member No./Card No. |
|---|---|---|---|---|---|
| [redacted] | 0.00 | | | | |

| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |
|---|---|---|---|---|
| [redacted] | | 0.00 | 11-05-05 | 10-11-05 |

PAGE 1 [redacted]

| | |
|---|---|
| 20 Statement Date | 10-11-05 |
| Credit Limit | [redacted] |
| Unused Credit Available | |
| Credit Insurance Coverage | |

PATRICK J KELLY
[redacted]

C000720562014205500002

Win a $200 gift check in our free raffle
to celebrate International Credit Union
Day. Enter by October 20. Visit us at
www.hfcu.org for details.

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|---|
| Internet Access Sep. 12, 2005 22:57 Ref: 45813. | | | | | | |
| 24445005255237316279258 | U-HAUL STG TILTON | TILTON | NH | 0910 | 0913 | 25.75 |
| 24761975255070255640333 | FEDEX SHP 09/07/05 AB# | | | | | 12.94 |
| 24761975255070255640341 | FEDEX SHP 09/08/05 AB# | | | | | 12.09 |
| 24164075255494520850 | | | | | | |
| 24164075255494520850058 | | | | | | |
| 24164055255378000083137 | EXXONMOBIL75 04560504 | TILTON | NH | 0911 | 0913 | 51.58 |
| 2441800525625600982250 | | | | | | |
| 24455015256710009690127 | THE SELF STORAGE DEPOT | COCONUT CREEK | FL | 0912 | 0914 | 154.53 |
| 246104352570043310457 | | | | | | |
| 24138295257327928065018 | LOWE'S #1069 | BOCA RATON | FL | 0913 | 0915 | 96.24 |
| | PAYMENT-TRANSFER | | | | 0916 | |
| 244450052592403264734 | | | | | | |
| 246104352580720240823 | | | | | | |
| 24164075258153000085647 | AIRPORT PARKIN75800102 | FT LAUDERDALE | FL | 0914 | 0916 | 5.00 |
| 244927952581180001199 | | | | | | |
| 24761975258070258353311 | FEDEX SHP 09/08/05 AB# | | | 0915 | 0916 | 12.94 |
| 24138295258327932166 | | | | 0914 | 0916 | |
| 24246515258305343892017 | BUDGET RENT-A-CAR RYDER | BOCA RATON | FL | 0914 | 0916 | 2335.61 |
| 24029465258501747135620 | UNCLE BOB'S-189 | BOCA RATON | FL | 0914 | 0916 | 91.80 |
| 24455015258710010028695 | THE SELF STORAGE DEPOT | COCONUT CREEK | FL | 0914 | 0916 | 23.21 |
| 241382952583279321669 | | | | | | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

| Member No./Card No. | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|---|
| [redacted] | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |

## STATEMENT OF ACCOUNT

1784

Member No./Card No.

[redacted]

PAGE 2

E

| | |
|---|---|
| 20 Statement Date | 10-11-05 |
| Credit Limit | |
| Unused Credit Available | |
| Credit Insurance Coverage | |

[redacted] PATRICK J KELLY

[redacted]

C00072056201420550002

VISA GOLD CARD DN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|---|
| 24692165261000996547772 | SHELL OIL 53929400207 | FLORENCE | SC | 0917 | 0919 | 24.51 |
| 24692165261000996547780 | SHELL OIL 57524092102 | SANTEE | SC | 0917 | 0919 | 33.30 |
| 24692165261000011910286 | SUNOCO SVC STATION | E BRUNSWICK | NJ | 0917 | 0919 | 87.75 |
| 24445005261242331557555 | [redacted] | [redacted] | [redacted] | 0917 | 0919 | 74.53 |
| 24164075261132602495862 | BP OIL 48127641 | JACKSONVILLE | FL | 0916 | 0919 | 63.43 |
| 24164055261378000032128 | EXXONMOBIL26 09714536 | NEWTOWN | CT | 0917 | 0919 | 47.73 |
| 24418005260260121884066 | | | | 0916 | 0919 | |
| 24138295260735628607100 | AVIS RENT-A-CAR 1 | FT LAUDERDALE | FL | 0916 | 0919 | 323.02 |
| 24692165260000932951519 | SHELL OIL 91004018912 | BOCA RATON | FL | 0916 | 0919 | 35.57 |
| 24455015262140006264? | | | | 0919 | 0920 | |
| 24246515262339246277285 | HOLIDAY INN | SANTEE | SC | 0918 | 0920 | 101.01 |
| 2461043526301017902973 [redacted] | | | | 0919 | 0921 | |
| 24610435263010179029724 | | | | 0919 | 0921 | |
| 2461043526301017902968 [redacted] | | | | 0919 | 0921 | [redacted] |
| 24721875264026303146566 | | | | 0919 | 0921 | [redacted] |
| 24455015262720019477028 | SHAW'S MARKET 370 | | | 0919 | 0921 | |
| 24164055263378000091692 | EXXONMOBIL75 04560504 [redacted] | | | 0919 | 0921 | 51.76 |
| 2461043526300408273522 | | | | 0919 | 0921 | 824.08 |
| 24721875264026303146574 | | | | 0919 | 0921 | |
| 2445501526404000216684 [redacted] | | | | 0921 | 0922 | |
| 2445501526404000216688 [redacted] | | | | 0921 | 0922 | |
| 24761975265070265344809 | FEDEX SHP 09706705 AB# [redacted] | | | 0922 | 0925 | 15.26 |
| 24455015266710007054 0 | | | | 0922 | 0927 | |
| 24164055267378000061899 | EXXONMOBIL34 05428487 | | | 0923 | 0927 | 56.00 |
| 24610435267010179911471 | | | | 0923 | 0927 | |
| 2416405526637800003095 [redacted] | | | | 0922 | 0927 | |
| 2461043526601017978814 [redacted] | | | | 0922 | 0927 | |
| 24610435266010179783442 | | | | 0922 | 0927 | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Financial Charge Calculations

| ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |