07/06/2006 THU 11:52 FAX 021/034

[redacted]

| Member No./Card No. | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|---|
| | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |

# STATEMENT OF ACCOUNT

1785

| Member No./Card No. | |
|---|---|
| [redacted] | |
| [redacted] | |
| 20 Statement Date | [redacted] |
| Credit Limit | [redacted] |
| Unused Credit Available | [redacted] |
| Credit Insurance Coverage | |

PAGE 3

E

PATRICK J KELLY
[redacted]

C0007205620142055000 2

VISA GOLD CARD LIMITED

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| 74275305266305340378011 [redacted] | | | | |
| Internet Access Sep [redacted] | | | | |
| 74610435270010179095 [redacted] | | | | |
| Internet Access Oct. 0 [redacted] | | | | |
| 24717055275582750088232 | DELTA AIR 00623142242 99ATLANTA GA | 1001 | 1004 | 246.90 |
| 24610435273004078066596 | TOWNE PLACE SUITES-MNCHSTMANCHESTER NH | 0929 | 1004 | 1177.70 |
| 24792625275635000839974 | JETBLUE B9YSAT DARIEN CT | 1001 | 1004 | 286.90 |
| 24692165273000972686814 | SHELL OIL 27540103309 MANCHESTER NH | 0929 | 1004 | 58.45 |
| 2445501527604000218788 [redacted] | | | | |
| 24226385277320602238 [redacted] | | | | |
| 2469216527700031434908 [redacted] | | | | |
| 24226385278320623257601 [redacted] | | | | |
| 2410838527820019920073 [redacted] | | | | |
| 2410838527820019920074 [redacted] | | | | |
| 2445501527904800209654 [redacted] | | | | |
| 24761975279070279368079 | FEDEX SHP 10/03/05 AB# [redacted] | 1006 | 1007 | 13.22 |
| 2475542527913279502419 [redacted] | | | | |
| 24692165279000517375042 | SHELL OIL 27540103309 MANCHESTER NH | 1005 | 1007 | 31.07 |
| 2440369528290052830004 [redacted] | | | | |
| 24164055280378000065349 | EXXONMOBIL75 04560504 TILTON NH | 1006 | 1011 | 37.45 |
| 2444500528025824461344 [redacted] | | | | |
| 2422638528132071513114 [redacted] | | | | |
| 2445501528004000223879 [redacted] | | | | |
| 2413600528098000069833 [redacted] | | | | |
| 2461043528001017965554 [redacted] | | | | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

| | 0.00 | [redacted] | [redacted] | | STATEMENT OF ACCOUNT 1764 |
|---|---|---|---|---|---|
| [redacted] | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid | Member No./Card No. |
| | [redacted] | [redacted] | 12-03-05 | 11-08-05 | [redacted] |
| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date | |

PAGE 1 [redacted]

PATRICK J KELLY
[redacted]

E

| | |
|---|---|
| 20 Statement Date | 11-08-05 |
| Credit Limit | [redacted] |
| Unused Credit Available | [redacted] |
| Credit Insurance Coverage | |

C00072056201420530004

Be one of 50,000 winners in Visa's $125 Million
Holiday Giveaway. Use your Hanscom FCU Visa to
add sparkle to your holiday season. Find out how
at any branch or visit visa.com/win for details.

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| 2440369528490052840021[redacted] | | | | |
| 24761975284070284415512 | FEDEX SHP 10/05/05 AB# [redacted]TN | 1011 | 1012 | 19.64 |
| 24692165286000070400329 | SHELL OIL 91004010912 BOCA RATON FL | 1012 | 1014 | 24.66 |
| 24138295286735628764133 | AVIS RENT-A-CAR 1 FT LAUDERDALFL | 1012 | 1014 | 146.34 |
| 24301375286106286000007 | MASSPORT AUTH LOGAN PK 2 617-5611645 MA | 1012 | 1014 | 66.00 |
| 24008705286458106200109 | AMERICAN K-9 COUNTRY AMHERST NH | 1012 | 1014 | 104.00 |
| 24610445286004082384576 | TOWN PLACE SUITE BOCA RTNBOCA RATON FL | 1012 | 1014 | 212.15 |
| 24455015286040002114[redacted] | | | | |
| [redacted] | | 101[redacted] | | |
| Internet Access Oct. [redacted] | | | | |
| 24792575286635002017354 | JETBLUE [illegible] DARIEN CT | 1014 | 1017 | 158.40 |
| 24108385287200199200[redacted] | [redacted] NH | 1013 | 1017 | [redacted] |
| 2416407528709100830281[redacted] | | | | |
| 2416407528709100830260[redacted] | | | | |
| 24717055288582880144447 | DELTA AIR 00623155053 36ATLANTA GA | 1014 | 1017 | 218.40 |
| 24158135289101912410158 | HANDLE WITH CARE PACKAGIN561-3928292 FL | 1014 | 1017 | 20.55 |
| 2440369528390052900[redacted] | | | | |
| 2413829529032708719 84[redacted] | | | | |
| 2461044352990072016654[redacted] | | | | |
| 24761975290070290355662 | FEDEX SHP 10/12/05 AB# [redacted] | | | 13.22 |
| 2461063529101012781534[redacted] | | | | |
| 2422638529132003946526[redacted] | | | | |
| 242362752932400004540107[redacted] | OH | 1018 | [redacted] | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

| [redacted] | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid | STATEMENT OF ACCOUNT | 1765 |
|---|---|---|---|---|---|---|
| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date | Member No./Card No. 720562-0 | |

PAGE 2 [redacted]

PATRICK J KELLY
[redacted]

E

| | |
|---|---|
| 20 Statement Date | 11-08-05 |
| Credit Limit | [redacted] |
| Unused Credit Available | [redacted] |
| Credit Insurance Coverage | |

C000720562014205300004

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| 24164075293430966771 [redacted] | | | | |
| 24761975293070293252764 | FEDEX SHP 10/17/05 AB# [redacted] | 1020 | 1021 | 13.22 |
| | PAYMENT-TRANSFER [redacted] | | | |
| | Internet Access Oct. 23, 2005 18:56 Ref: 77387. | | | |
| 24445005294270239260 [redacted] | | | | |
| 24275305294649352019 [redacted] | | | | |
| 24761975296070296343858 | FEDEX SHP 10/18/05 AB# [redacted] | 1023 | 1024 | 16.47 |
| 24224435296360050300 [redacted] | | | | |
| 24445005295270829767 [redacted] | | | | |
| 24445005295270829767735 [redacted] | | | | |
| 24399005296320200166 [redacted] | | | | |
| 74236275296400004570 [redacted] | | | | |
| [redacted] | | | | |
| | Internet Access Oct. 25, 2005 10:15 Ref: 78817. | | | |
| 24164075297091007228 [redacted] | | | | |
| 24399005298320316037 [redacted] | | | | |
| 24455015298040002073 [redacted] | | | | |
| 24164055298378000095742 | EXXONMOBIL44 07632870 BEDFORD NH | 1024 | 1026 | 29.64 |
| 24399005299142895967 [redacted] | | | | |
| 24108385299200199200 [redacted] | | | | |
| 24610435300072009169 [redacted] | | | | |
| 24721875301030002952 [redacted] | | | | |
| 24610435300004077058542 [redacted] | | | | |
| 24761975300070300287705 | FEDEX SHP 10/24/05 AB# [redacted] | | | 15.22 |
| 24164055301378000021974 [redacted] | | | | |
| 24445005302276810172 [redacted] | | | | |
| 24445005302276810172927 [redacted] | | | | |
| 24445005302276810175 [redacted] | | | | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

07/06/2006 THU 11:56 FAX 025/034

[redacted]

| Amount Past Due | Current Amount Due | Required Payment Due | Amount Paid |
|---|---|---|---|
| | | | |

| New Balance | Amount Over Credit Limit | Payment Due Date | Statement Date |
|---|---|---|---|
| | | | |

Member No./Card No.

# STATEMENT OF ACCOUNT

1766

Member No./Card No.

[redacted]

PAGE 3

PATRICK J KELLY

[redacted]

C00072056201420530004

E

| | |
|---|---|
| 20 Statement Date | 11-08-05 |
| Credit Limit | [redacted] |
| Unused Credit Available | [redacted] |
| Credit Insurance Coverage | |

VISA GOLD CARD INFO42

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|
| 2485501530104000228052 [redacted] | | | | | |
| 24761975303275302012046 | IRVING BLUECANOE | HOOKSETT NH | 1029 | 1031 | 19.63 |
| 24399005301320160406719 [redacted] | | | | | |
| 24692165303000517630404 | SUNOCO SVC STATION | MANCHESTER NH | 1030 | 1031 | 52.94 |
| 2461043530307202271252 [redacted] | | | | | |
| 24717055302643024323 [redacted] | | | | | |
| 24138295303327161420645 [redacted] | | | | | |
| 247554253031330386617 [redacted] | | | | | |
| 24136005303522606000 [redacted] | | | | | |
| 246104353040101733494 [redacted] | | | | | |
| 2444500530628019176 [redacted] | | | | | |
| 2440369530590053050032 [redacted] | | | | | |
| 2413829530532716118535 [redacted] | | | | | |
| 241382953063271653990 [redacted] | | | | | |
| 2400870530742799502441 [redacted] | | | | | |
| 24164055307378000051918 | EXXONMOBIL34 01187087 | BEDFORD NH | 1102 | 1104 | 53.94 |
| 2469216530800092212299 [redacted] | | | | | |
| 24055245308207416200017 | BOBS LOCK & KEY | LACONIA NH | 1104 | 1108 | 1066.50 |
| 2439900530832016039149 [redacted] | | | | | |
| 2473309531120659910158 [redacted] | | | | | |
| 24164055311137800013243 | EXXONMOBIL26 09616566 [redacted] | | | | |

PURCHASE ADVANCE BALAN[redacted]

CASH ADVANCE BALANCE 0.00

TO AVOID FINANCE CHARGES ON PURCHASES PA[redacted] BY 12-03-05.

ADDITIONAL LATE CHARGES/ANNUAL FEES MAY INCREASE THE REQUIRED AMT

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations: ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

| | | | | | STATEMENT OF ACCOUNT 1771 |
|---|---|---|---|---|---|
| [redacted] | 0.00 | [redacted] | [redacted] | | |
| | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid | |
| | [redacted] | 0.00 | 12-30-05 | 12-05-05 | Member No./Card No. |
| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date | [redacted] |

PAGE 1 [redacted]

PATRICK J KELLY
[redacted]

E

C00072056201420590008

| | |
|---|---|
| Statement Date | 12-05-05 |
| Credit Limit | [redacted] |
| Unused Credit Available | [redacted] |
| Credit Insurance Coverage | |

Be safe when you shop online. Add personal passwords to your Hanscom FCU Visa and your ATM & Check Card. Visit www.hfcu.org and click on the Verified by Visa icon to get started.

VISA GOLD CARD LN#147

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|---|
| 24403695313900531300922 [redacted] | | | | | | |
| 24692165314000437231504 | SUNOCO SVC STATION | LACONIA | NH | 1110 | 1114 | 22.25 |
| 24008205314458106200105 | AMERICAN K-9 COUNTRY | AMHERST | NH | 1109 | 1114 | 100.50 |
| 24301375314106314000009 | [redacted] | | | 1110 | 1114 | 55.00 |
| 2461043531407201556880 [redacted] | | | | | | |
| 24610435314004068404790 | TOWN PLACE SUITE-BOCA RTN | BOCA RATON | FL | 1109 | 1114 | 212.16 |
| 24138295314735628889332 | AVIS RENT-A-CAR 1 | FT. LAUDERDALE | FL | 1109 | 1114 | 211.87 |
| 2413829531432720426851 [redacted] | | | | | | |
| 24124795315224000063 [redacted] | | | | | | |
| 242753053156474300121 [redacted] | | | | | | |
| 241382953179272209752 [redacted] | | | | | | |
| 2476197531650831501008 [redacted] | | | | | | |
| 2461043631507200853565 [redacted] | | | | | | |
| 24792625315624971622454 | SOUTHWESTAIR5262791156651 | DALLAS | TX | 1110 | 1114 | 106.20 |
| 24761975317070317433186 | FEDEX SHP 11/10/05 AB# | 851-6086634890 | TN | 1113 | 1114 | 22.26 |
| 2429916531790249203004 [redacted] | | | | | | |
| 2461043531601617420479 [redacted] | | | | | | |
| 24164055316378000031265 | EXXONMOBIL34 07632870 | BEDFORD | NH | 1111 | 1114 | 46.11 |
| 2461043531800402356260 [redacted] | | | | | | |
| 2461043531800402356253 [redacted] | | | | | | |
| 24455015321040007259386 [redacted] | | | NH | 1117 | 1118 | [redacted] |
| 24792625321635001799791 | JETBLUE UBFSDV | DARIEN | CT | 1116 | 1118 | 138.40 |
| 2416407532109100777149 [redacted] | | | | | | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

07/06/2006 THU 12:00 FAX 028/034

| Member No./Card No. | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|---|
| [redacted] | | | | |
| | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |

**STATEMENT OF ACCOUNT** 1772

Member No./Card No.

[redacted]

PAGE 2

PATRICK J KELLY

[redacted]

B

| | |
|---|---|
| Statement Date | 12-05-05 |
| Credit Limit | [redacted] |
| Unused Credit Available | [redacted] |
| Credit Insurance Coverage | |

C0007205620142059 0008

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | | | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|---|---|
| 24388945324038304165437 [redacted] | | | | | | |
| 2440369532490053250004 [redacted] | | | | | | |
| 2440369532490053250005 [redacted] | | | | | | |
| 24455015322040002369341 [redacted] | | | | | | |
| 2433235953249005301004 [redacted] | | | | | | |
| 24761975322070322263605 | FEDEX SHP 11/15/05 AB# | [redacted] | | 1118 | 1121 | 22.30 |
| 24792625324624983852460 | SOUTHWESTAIR5262792492258 | DALLAS | TX | 1119 | 1121 | 193.90 |
| 24717055323583230113725 | DELTA AIR 0062315356230 | ATLANTA | GA | 1118 | 1121 | 168.40 |
| 2441800532532510022400 [redacted] | | | | | | |
| 24164055326378000055098 | EXXONMOBIL75 04771143 | BEDFORD | NH | 1121 | 1123 | 22.90 |
| 2415813553261019127521 [redacted] | | | | | | |
| | PAYMENT-TRANSFER | | | 11 [redacted] | | |
| Internet Access Nov. 25, 2005 08:45 Ref: 103326 | | | | | | |
| 24792625327624987351367 | SOUTHWESTAIR5262792813349 | DALLAS | TX | 1122 | 1125 | 131.90 |
| 24610435327004133106805 | STOP & SHOP GAS #201 | BEDFORD | NH | 1122 | 1125 | 44.51 |
| 2461043532707201821311 [redacted] | | | | | | |
| 2461043533001017379963 [redacted] | | | | | | |
| 24164055329378000040345 | EXXONMOBIL75 04771143 | BEDFORD | NH | 1124 | 1128 | 36.82 |
| 24692165332000905929736 | MIN*SKOREL | 800-759-8737 | MS | 1128 | 1129 | 58.47 |
| 2445501533204000210390 [redacted] | | | | 1128 | 1129 | [redacted] |
| 2461043533201017305183 [redacted] | | | | 1127 | 1129 | [redacted] |
| [redacted] | | | | [redacted] | | |
| Internet Access Nov. [redacted] | | | | | | |
| 24164055333378000088314 | EXXONMOBIL75 04771143 | BEDFORD | NH | 1128 | 1130 | 21.85 |
| 2469216533300195485949 [redacted] | | | | | | |
| 24453515333502413841141 | POSTAL CENTER USA-BEDFORD | BEDFORD | NH | 1128 | 1130 | 50.25 |
| 2429151533398000756371 [redacted] | | | | | | |
| 2469216533400013182611 [redacted] | | | MA | 1130 | 1201 | [redacted] |
| 2469216533400013182621 [redacted] | | | | | | |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

| [redacted] | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|---|
| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |

# STATEMENT OF ACCOUNT

1773

Member No./Card No.

[redacted]

PAGE 3

PATRICK J KELLY

[redacted]

C00072056201420590008

E

| | |
|---|---|
| Statement Date | 12-05-05 |
| Credit Limit | [redacted] |
| Unused Credit Available | [redacted] |
| Credit Insurance Coverage | |

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| 2465216533400114318262[redacted] | | | | |
| 2469216533400013182625[redacted] | | | | |
| 2469216533400013182626[redacted] | | | | |
| 24692165334000131826308[redacted] | | | | |
| 2416407533409100820828[redacted] | | | | |
| 24399005335142926985006[redacted] | | | | |
| 24158135336101512010084 | HANDLE WITH CARE PACKAGINBOCA RATON FL | 1130 | 1205 | 23.40 |
| 24399005336073000001495 | RED ROOF INNS 00001495 LINTHICUM HEIMD | 1201 | 1205 | 156.78 |
| 2445501533604800221[redacted] | | | | |
| 246104353370101792367[redacted] 2 [redacted] | | 1202 | 1205 | [redacted] |
| 2476197533750833601007[redacted] | | 1202 | 1205 | [redacted] |

PURCHASE ADVANCE BALA[redacted]

CASH ADVANCE BALANCE 0.00

TO AVOID FINANCE CHARGES ON PURCHASES P[redacted]

ADDITIONAL LATE CHARGES/ANNUAL FEES MAY INCREASE THE REQUIRED AMT

DAILY PERIODIC RATE(S) MAY VARY

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | 0.00 | [redacted] | 0.00 | 0.00 | [redacted] | [redacted] |

| Financial Charge Calculations: ANNUAL PERCENTAGE RATE | Daily Rate | Days In Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| [redacted] | see above [redacted] | [redacted] | see above [redacted] | [redacted] | [redacted] | [redacted] |

800-656-4328

[redacted]

| Member No./Card No. | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|---|
| [redacted] | 0.00 | [redacted] | [redacted] | |

| New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |
|---|---|---|---|
| [redacted] | 0.00 | 01-29-06 | 01-04-06 |

**STATEMENT OF ACCOUNT** 2320

Member No./Card No.
[redacted]

PAGE 1

PAT[redacted]

E

| | |
|---|---|
| 20 Statement Date | 01-04-06 |
| Credit Limit | [redacted] |
| Unused Credit Available | [redacted] |
| Credit Insurance Coverage | |

C000720562014205890000

Best wishes for a happy, healthy, and prosperous new year from the volunteers and staff at Hanscom Federal Credit Union.

VISA GOLD CARD IN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| 24418005339339223212 [redacted] | | | | |
| 24164055339378000086676 | EXXONMOBIL34 01187087 [redacted] | | | 24.50 |
| 24138295339327338968583 [redacted] | | | | |
| 24455015339040002267 [redacted] | | | | |
| 24692165339000559659378 [redacted] | | | | |
| 24692165340000727523436 [redacted] | | | | |
| 24610435340004001417331 [redacted] | | | | |
| 24138295340327339870989 [redacted] | | | | |
| 24138295340327339870997 [redacted] | | | | |
| 24692165340000715397327 [redacted] | | | | |
| 24610435341004162114474 [redacted] | | | | |
| 24692165341000737283341 [redacted] E | | | | |
| 24792625341624003310601 [redacted] | | | | |
| [redacted] | | | | |
| Internet Access Dec. 11, 2005 22:47 Ref: 117515. | | | | |
| 24399005342142927276266 [redacted] | | | | |
| 24761975342070342295021 | FEDEX SHP 11/22/05 AB# [redacted]TN | 1208 | 1212 | 46.80 |
| 24453515343502413921341 | POSTAL CENTER USA-BEDFORDBEDFORD NH | 1208 | 1212 | 16.05 |
| 24761975343070343261864 | FEDEX SHP 12/02/05 AB# [redacted] | | | 10.56 |
| 24692165345000189894296 [redacted] | | | | |
| 24399005342142927276282 [redacted] | | | | |
| 24761975342070342295021 | FEDEX SHP 11/22/05 AB# 651-60829860TN | 1208 | 1213 | 46.80 |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

07/06/2006 THU 12:03 FAX 031/034

| | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid | STATEMENT OF ACCOUNT | 2121 |
|---|---|---|---|---|---|---|
| [redacted] | | | | | Member No./Card No. | |
| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date | [redacted] | |

PAGE 2

PATRICK J KELLY
[redacted]

C000720562014205890000

E

| | |
|---|---|
| 20 Statement Date | 01-04-06 |
| Credit Limit | [redacted] |
| Unused Credit Available | [redacted] |
| Credit Insurance Coverage | |

VISA GOLD CARD LN#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| 24399005346142918400 | [redacted] | 1212 | 1213 | [redacted] |
| 246921653460002159559 | [redacted] | [redacted]212 | 1213 | [redacted] |
| 24492155346820263284144 | [redacted] | 1212 | 1213 | [redacted] |
| 24164055347378000057990 | EXXONMOBIL75 04771143 BEDFORD NH | 1212 | 1214 | 24.48 |
| [redacted] | | | 121[redacted] | |
| Internet Access Dec. 14, 2005 17:36 Ref: 119860. | | | | |
| 24692165348000477648096 | SHELL OIL 27529973201 NASHUA NH | 1213 | 1215 | 34.60 |
| [redacted] | | | | [redacted] |
| REVERSAL DUPLICATE POSTING | | | | |
| [redacted] | | | | [redacted] |
| REVERSAL DUPLICATE POSTING | | | | |
| 24326885349207499700054 | [redacted] | | | |
| [redacted] | | | | [redacted] |
| Internet Access Dec. [redacted] 9 | | | | |
| 2461043535201018046244 | [redacted] | 1217 | 1219 | [redacted] |
| 2445501535104000279096 | [redacted] | 1217 | 1219 | [redacted] |
| 2413829535232739800871 | [redacted] | 1217 | 1219 | [redacted] |
| 24138295351735629141976 | AVIS RENT-A-CAR 1 FT LAUDERDALFL | 1216 | 1219 | 158.00 |
| 24610435352004097206821 | TOWN PLACE SUITE-BOCA RTNBOCA RATON FL | 1216 | 1219 | 212.16 |
| 2422638535332027355 3 | [redacted] NH | 1219 | 1220 | [redacted] |
| 2413829535332740273 5 | [redacted] MA | 1218 | 1220 | [redacted] |
| 24008705353458106200131 | AMERICAN K-9 COUNTRY AMHERST NH | 1217 | 1220 | 112.00 |
| 2430137535331063530000 3 | [redacted] | 1219 | 1220 | 66.00 |
| 2426657535428600000 0 | [redacted] | 1219 | 1220 | [redacted] |
| 2445501535314000991 33 | [redacted] | 1219 | 1220 | [redacted] |
| 2469216535300099132068 | [redacted] | 1219 | 1220 | [redacted] |
| 2405524535320741600002 | [redacted] NH | 1219 | 1220 | [redacted] |
| 2469216535400010256306 7 | [redacted] | 1220 | 1221 | [redacted] |
| 246921653540001025627 9 | [redacted] | 1220 | 1221 | [redacted] |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG. | + Cash Advance FINANCE CHRG. | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

2 of 2

[redacted]

| Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid |
|---|---|---|---|
| | | | |

| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date |
|---|---|---|---|---|
| | | | | |

# STATEMENT OF ACCOUNT

Member No./Card No.

[redacted]

PAGE 3

PATRICK J KELLY

[redacted]

C00072056201420589000

E

| | |
|---|---|
| 20 Statement Date | 01-04-06 |
| Credit Limit | [redacted] |
| Unused Credit Available | [redacted] |
| Credit Insurance Coverage | |

VISA GOLD CARD LNK142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| 246921653540001025628 [redacted] | [redacted] | 1220 | 1221 | [redacted] |
| 2469216535400010256271 [redacted] | [redacted] | 1220 | 122[redacted] | [redacted] |
| 24692165354000102562 [redacted] | [redacted] | 1220 | 1221 | [redacted] |
| 243990053549172409591 [redacted] | [redacted] | 1219 | 1221 | [redacted] |
| 24399005354917240959 [redacted] | [redacted] | 1219 | 1221 | [redacted] |
| 24761975354070354144229 | FEDEX SHP 12/12/05 AB# 854-924391739TN | 1220 | 1221 | 23.74 |
| 24761975354275353030135 | IRVING BLUECANOE [redacted] | 1219 | 1221 | 44.97 |
| 2476197535427735301281 [redacted] | [redacted] | 1219 | 1221 | [redacted] |
| 242753053546493520201 [redacted] | [redacted] | 1219 | 1221 | [redacted] |
| 242753053546501220136 [redacted] | [redacted] | 1219 | 1221 | [redacted] |
| 2461043535400411377627 [redacted] | [redacted] | 1220 | 122[redacted] | [redacted] |
| | [redacted] | | 122[redacted] | [redacted] |
| Internet Access Dec 22 [redacted] | | | | |
| | [redacted] | | 12[redacted] | [redacted] |
| Internet Access Dec [redacted] | | | | |
| 24610435355004026246648 [redacted] | [redacted] | 1220 | 1222 | [redacted] |
| 2413829535532741243067 [redacted] | [redacted] | 1220 | 1222 | [redacted] |
| 2413829535532741243068 [redacted] | [redacted] | 1220 | 1222 | [redacted] |
| 2471705535764357034036 [redacted] | [redacted] | 1222 | 1223 | [redacted] |
| 247330953572062991001 [redacted] | [redacted] | 1222 | 1223 | [redacted] |
| 2422638535632041764054 [redacted] | [redacted] | 1222 | 1223 | [redacted] |
| 246921653560002430954 [redacted] | [redacted] | 1222 | 1223 | [redacted] |
| 24610435359004161149413 | SHOP & SHOP GAS #201 BEDFORD NH | 1223 | 1227 | 16.28 |
| 2461043535807202809312 [redacted] | [redacted] NH | 1223 | 1227 | [redacted] |
| 2424651535854100369402 [redacted] | [redacted] NH | 1223 | 1227 | [redacted] |
| 24399005357142040644749 [redacted] | [redacted] NH | 1223 | 1227 | [redacted] |
| 2412301535826301501006 [redacted] | [redacted] NH | 1223 | 1227 | [redacted] |
| 24761975358508357010117 [redacted] | [redacted] NH | 1223 | 1227 | [redacted] |
| 2416407535709100805133 [redacted] | [redacted] NH | 1223 | 1227 | [redacted] |

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

07/06/2006 THU 12:06 FAX 033/01

| [redacted] | Amount Past Due | Current Amount Due | REQUIRED PAYMENT DUE | Amount Paid | STATEMENT OF ACCOUNT | 232 |
|---|---|---|---|---|---|---|
| Member No./Card No. | New Balance | Amount Over Credit Limit | PAYMENT DUE DATE | Statement Date | Member No./Card No. [redacted] | |

PAGE 4

PATRICK J KELLY
[redacted]

C00072056201420589000

E

| | |
|---|---|
| 20 Statement Date | 01-04-06 |
| Credit Limit | [redacted] |
| Unused Credit Available | [redacted] |
| Credit Insurance Coverage | |

VISA GOLD CARD 1N#142

| REFERENCE NUMBER | TRANSACTION DESCRIPTION | CHRG DATE | POST DATE | AMOUNT |
|---|---|---|---|---|
| | PAYMENT-TRANSFER | | | [redacted] |
| Internet Access Dec. 29, 2005 19:31 Ref: 131551. | | | | |
| 24136005363522606000024[redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 24610435363010180763441[redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 24455015363040002183858[redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 24164055363378000073467 | EXXONMOBIL75 04215299 [redacted] | [redacted] | [redacted] | 43.17 |
| 74299165363902718477[redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 74226385363320655908089[redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 24323015365128761010053[redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 24164075364091008065503[redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 2416407536409101044439[redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 24399006001142874664886[redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 746104353640101297516[redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 7416407536409101233826[redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | [redacted] |
| Internet Access Jan[redacted] | | | | |
| 2471705600378003147826[redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 24164056003378000084062 | EXXONMOBIL34 07632870 BEDFORD NH | 0102 | 0104 | 26.80 |

PURCHASE ADVANCE BA[redacted]
CASH ADVANCE BALANCE 0.00

TO AVOID FINANCE CHARGES ON PURCHASES [redacted]
ADDITIONAL LATE CHARGES/ANNUAL FEES MAY INCREASE THE REQUIRED AMT

| Previous Balance | - Payments | - Credits | + Purchases | + Cash/Overdraft Advances | + Other | + FINANCE CHARGES | = New Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Financial Charge Calculations ANNUAL PERCENTAGE RATE | Daily Rate | Days in Billing Cycle | Average Daily Balance | Daily Balance FINANCE CHRG | + Cash Advance FINANCE CHRG | = TOTAL FINANCE CHARGE |
|---|---|---|---|---|---|---|
| | see above | | see above | | | |

# Flamingo Flooring

2550 N. Powerline Rd. Pompano Beach, FL 33069
(954) 960-0200 - FAX (954) 960-0150
Email: sales@flamingoflooring.com
Website: www.flamingoflooring.com
CC# 97-8582-TM-X . 97-8581-FLX

**INVOICE**

DATE: 5/17/05

Fx# (561) 477-8592

SOLD TO: Patrick Kelly
6590 Hollandaire Dr (West)
Boca Raton ZIP 33433

Telephone: [redacted]
Ship To: pager 1888 500-6308
Visa # [redacted]
Exp

| PURCHASE ORDER # | SHIP HOW | TERMS |
|---|---|---|
| | | |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 37.06 SF | Purchase 2 Boxes Quickstep U865 | 3.99 | 147.87 |
| 3 | T moldings | 35.00 | 105.00 |
| | Labor to install | | |
| 277.95 | SF Quickstep laminate | 2.00 | 556.00 |
| 80 LF | install customer provided 1/4 round | 1.50 LF | 120.00 |
| | Tax on material | | 8.52 |
| NOTE: * | If any additional material + or floor prep is necessary customer agrees to pay additional fees | | |
| | | TOTAL | 937.39 |
| | | 50% DEPOSIT | 500.00 |
| | | BALANCE UPON COMPLETION | 437.39 |

Dep. Paid by VISA 5-18-05

1. GUARANTEE: We hereby guarantee all material to be first grade. All workmanship is guaranteed for a period of 1 year.
2. All flooring will conform to irregularities in slab or subsirate. Unforeseen floor preparation of unforeseen labor will be determined & quoted on job site.
3. Carpet will vary from dyelot to dyelot. Marble and ceramic will vary from actual sample, Wood is a product of nature & will vary in grain, shade & mineral spots.
4. Remnants, closeouts, special orders and merchandise sold as cash and carry have no warranties from Flamingo Flooring and are not returnable.
5. All returns are subject to a 30% restocking fee, unless carpet or vinyl has been cut to order, then no returns are accepted.
6. All claims for defects in quality are waived and will not be allowed if notice is not delivered to seller within (5) days after receipt of the merchandise by buyer or prior to any installation thereof, whichever first occurs. Seller's liability in all cases, buyers sole and exclusive remedy is limited to the replacement of merchandise. Seller shall not be liable for delays caused by conditions beyond its control including but not limited to delays in production or shipping and delays caused by understood and agreed by buyer that in no event shall seller be liable for direct, resultant, incidental, consequential or any other damages in case of default by buyer. Buyer agrees to pay all costs of collection including without limitation, responsible attorney's fees, whether or not suit is brought, and all court costs from any present or future litigation arising from this contract. The terms and conditions set forth herein constitute the entire agreement which may not be modified. Buyer agrees to pay seller interest at the highest rate allowable for by law on all sums not paid when done. Flamingo Flooring reserves the right, to assign work to subcontractors.
7. Flamingo Flooring will not be held responsible when asked to move or disconnect any electronics, such as T.V.'s, stereos, computers etc.
8. Seller does not warrant material for wear, shading, fizzing, matting, crushing, staining, fading and moisture related problems. All warranties are from the manufacturer.
9. No refunds after 30 days.
10. Flamingo Flooring will not be held responsible for setting cracks that occur after tile or marble has been installed.

Accepted subject to terms & conditions set forth above.

Repair - 125.00
1 reduced 35.00
1 T. 35.00
# 1032.39

By ______________________
Signature of Purchaser

By ______________________
Seller's Representative

8. QUARTER ROUND 24.00

**BOB'S LOCK & KEY**

MEMBER ALOA — MASTER LOCKSMITH KEYS • LOCKS

CUSTOMER'S ORDER NO. | PHONE | DATE 11-4-05

NAME Patrick Kelly

ADDRESS 299 E. Broward Blvd.

Fort Lauderdale Florida 33301

SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 | Medeco Deadbolts D.C. | 205.50 | 616.50 |
| 1 | medeco card | | 5.00 |
| | keyed 6 cylinders to Sample keys | 35.00 | 210.00 |
| 6 | Keys | 11.50 | 69.00 |
| 1 | Big box supra | | 60.00 |
| 2 | Small supra boxes | 39.00 | 78.00 |
| 2 | Keys | 11.50 | 23.00 |
| 1 | Key | 5.00 | 5.00 |
| | Paid VISA | | |
| | | TAX | |
| RECEIVED BY | | TOTAL | 1066.50 |

C PRODUCT 810 All claims and returned goods must be accompanied by this bill.

26672

Thank You

TownePlace Suites Boca
5110 NW 8th Avenue
Boca Raton, FL 33487
561-994-7232

PATRICK/MR KELLY
7108 BERACASA WAY
APT 169
BOCA RATON FL 33433
PLEASURE

Room: 300 GOVB
Room Type: TOBT
No. Of Guests: 1
Rate: 96.00
Clerk: LCB

Arrive 14Dec05 Time 01:48p Depart 16Dec05 Time 07:52a Folio# ZM-52094

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 14Dec05 | J5300 | Room Charge-Pent 1 | 96.00 | |
| 14Dec05 | T2300 | State Occupancy Ta | 6.24 | |
| 14Dec05 | T4300 | County Tax | 3.84 | |
| 15Dec05 | J5300 | Room Charge-Pent 1 | 96.00 | |
| 15Dec05 | T2300 | State Occupancy Ta | 6.24 | |
| 15Dec05 | T4300 | County Tax | 3.84 | |
| 16Dec05 | VI07:52AM | Visa | | 212.16- |

```
*********************     ***************************************
* THIS CARD WAS     *     *  CARD #: VIXXXXXXXXXXXX2324          *
* ELECTRONICALLY    *     *  Amount:     212.16   Auth: 801112  *
* SWIPED ON 14Dec05 *     *        ** Signature on File  **     *
*********************     ***************************************
```

** BALANCE ** .00

Marriott Rewards Club Member: XXXXX3305. Retain this receipt for your records.

**Latest News From Marriott Rewards**

Customize Your Stay at Marriott!
Please help us serve you better by updating your profile on MarriottRewards.com. Simply sign in to access your online account information or click on "Create Account" to create an online account.

YAHOO! MAIL

Print - Close Window

**From:** "JetBlue Reservations" <jetblue.10325316.9432.36686446@reply.jetblue.com>

**To:** [redacted]

**Subject:** Your JetBlue Travel Reminder

**Date:** Tue, 13 Dec 2005 06:37:34 -0700

If you have trouble reading this email, go to www.jetblue.com/checkin

jetBlue AIRWAYS

Kiosk Check-in

Dear **MS MELISSA KELLY** ,

We look forward to welcoming you onboard JetBlue Airways tomorrow. Below are a few tips for making your time at the airport quicker and easier.

**Your Confirmation Number: UBFSDV**

number matches VISA - 138.40

ONLINE CHECK-IN

**BAGS TO CHECK** -- If you're checking bags, check in online now and print your boarding pass. Tomorrow, go to the Self Service/Bag Drop Counter at the airport to have your bags tagged and checked. Don't forget to leave your bags unlocked for TSA screening. ***New*** Customers departing JFK, see "JFK Online Bag Drop" box at right.

**CARRY-ON ONLY** -- If you plan to travel light with carry-on bags only, check in online now and print your boarding pass. Then at the airport, you can head straight to Security.

MANAGE FLIGHTS

If your travel plans have changed, don't forget to let us know. Change your flight online, and save $5.

## Your Flights

| | Name | TrueBlue # | Seat # |
|---|---|---|---|
| **Welcome Onboard:** | MELISSA KELLY | [redacted] | 04D |

from [redacted]
Wed 14 Dec 05

from
Fri 16 Dec 05

## Inflight Entertainment

**Entertainment at Your Fingertips** -- On JetBlue, you control the entertainment, whether you're flying 55 minutes or 5 hours. It's just like being at home in the air.

Every seat has:
- Up to 36 channels of DIRECTV service for free*
- A selection of FOX InFlight movies for just $5 each*




**A La Carte without the Cart.**
Pick up a fresh, tasty meal before you fly at any participating "Meals to Fly" vendor in **Terminal C** at Bostons Logan International Airport.

**TrueBlue Members**
Collect 2 TrueBlue points when you check in online youll zip through the airport and move closer to a TrueBlue Award flight.

**Know your TV**
Find out what's playing on our inflight DIRECTV. Print a program guide for your flight.

**Track your Flight**
Check the departure status of your flight (or any JetBlue flight) with our Real-Time Flight Tracker.

**Extra! Extra! Legroom!**
Those who would prefer two extra inches of legroom should pick seats between rows 11-26. Remember to pick the seat that's right for you. There's not a bad seat in the house.