## Time and Place Information

**Pick-up Location:**
Ft Lauderdale/Hollywood Airport - FLL
600 Terminal Drive, 3rd Floor,
Rental Car Center, Ft Lauderdale FL 33315 U S A
(1) 954-359-3250
Sun-Sat Open 24 hrs
**Pick-Up:** Wednesday, December 14, 2005 - 11:00 AM

AVIS Preferred Service Location

features...

Get Directions to this location

View Weather for this location

View Airport Map for this location

**Return Location:**
Ft Lauderdale/Hollywood Airport - FLL
600 Terminal Drive, 3rd Floor,
Rental Car Center, Ft Lauderdale FL 33315 U S A
(1) 954-359-3250
Sun-Sat Open 24 hrs
**Return:** Friday, December 16, 2005 - 11:00 AM

AVIS Preferred Service Location

211.87 on USA

## Rental Information

**Car Selection**
Compact – Chevrolet Cobalt or similar
Seats 4 to 5 - Holds 1 large, 1 small Suitcases



More fleet information

**Personal Information**
Name: PAT KELLY
Email:
Contact Phone Number:
Smoking Pref: Non-Smoking

**Insurance Information**
Loss Damage Waiver (LDW) - Declined
Personal Accident Insurance (PAI) - Declined
Personal Effects Protection (PEP) - Declined
Additional Liability Insurance (ALI) - Declined

**Rates And Discounts**
Rate Type: All Rates
AWD: None
Rate Code: IZ
Coupon Number:
Residence: US

Child Seats:
Infant - 0
Safety - 0
Booster - 0
Avis Assist - N/A

**Note: Coupon discounts are not included in the total. Coupon discounts are calculated at the rental counter.**

TownePlace Suites Boca
5110 NW 8th Avenue
Boca Raton, FL 33487
561-994-7232

P. KELLY

GOVERNMENT

Room: 111 GOVA
Room Type: STQT
No. Of Guests: 1
Rate: 96.00
Clerk:

Arrive 07Nov05 Time 01:13p Depart 09Nov05 Time Folio# ZM-51445

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| 07Nov05 | J1111 | Room charge-Studio | 96.00 | |
| 07Nov05 | T2111 | State Occupancy Ta | 6.24 | |
| 07Nov05 | T4111 | County Tax | 3.84 | |
| 08Nov05 | J1111 | Room charge-Studio | 96.00 | |
| 08Nov05 | T2111 | State Occupancy Ta | 6.24 | |
| 08Nov05 | T4111 | County Tax | 3.84 | |
| 09Nov05 | VI111 | VISA | | 212.16- |

```
****************************************
*  CARD #: VIXXXXXXXXXXXX2324          *
*  Amount:     212.16     Auth: 901141 *
*       ** Signature on File **        *
****************************************
```

** BALANCE ** .00

Marriott Rewards Club Member: XXXXX3305. Retain this receipt for your records.

**Latest News From Marriott Rewards**

Customize Your Stay at Marriott!
Please help us serve you better by updating your profile on MarriottRewards.com. Simply sign in to access your online account information or click on "Create Account" to create an online account.

YAHOO! MAIL

Print - Close Window

**Date:** Wed, 5 Oct 2005 04:00:54 -0400 (EDT)

**From:** "TownePlace Suites By Marriott Reservations" <reservations@towneplace.com>

**To:**

**Subject:** Reminder: Your stay at TownePlace Suites Boca Raton begins October 10




**Dear PATRICK KELLY,**
We are looking forward to your arrival at the TownePlace Suites Boca Raton. In anticipation of your visit, below is some information we hope will ensure you have everything you need for a great stay.

See you soon.

TownePlace SUITES Marriott

**TownePlace Suites Boca Raton >>**
5110 NW 8th Avenue
Boca Raton, Florida 33487
USA
Phone: 1-561-994-7232
Fax: 1-561-994-2134

**Confirmation #: 87183026**
**Check-in:** Mon, ~~Oct 10, 2005~~ [3:00pm]
~~**Check-out:** Wed, Oct 12,~~ 2005 [12:00pm]

**Modify or Cancel Online >>**
Or call 1-800-257-3000 in the US and Canada. View our worldwide reservation numbers.



**Marriott Rewards**
Not a member? Earn points for each stay. Join today >>
Join Marriott Rewards. Receive double points >>

### Before You Leave

**Local weather**
View a 10-day forecast >>

**Parking**
Complimentary on-site parking

On-site and nearby dining options >>
Your choice of restaurants is just a click away.

**Airport shuttles/transportation:**
Fort Lauderdale (FLL)
-Estimated taxi fare: 45 USD (one way)
Palm Beach (PBI)
-Estimated taxi fare: 45 USD (one way)
Boca Raton (BCT)
-Estimated taxi fare: 10 USD (one way)

**High-Speed Internet Access**

We offer high-speed Internet. Check out your connectivity options >>

### Useful Information

Maps & Transportation >>

Recreation >>
Area Information >>

**Travel Options**
Rent a car >>
Find a flight >>
Book a hotel >>

### About Your Hotel

The TownePlace Suites Boca Raton website >>

Services & Features >>
View All Photos >>

About This Hotel >>
Guest Rooms in Detail >>
Printable Hotel Fact Sheet >>

**Offers**
Special deals on auto rentals from Hertz >>
Free BlackBerry 7290 (after rebate) >>

**Change or Cancel Your Reservation**

**Number of rooms:** 1
**Guests in room:** 1
**Room type:** STUDIO(1-QUEEN 1-SOFABED

Questions about this reservation? Contact us >>

**Marriott Rewards number:** None

Not a member? Earn points for each stay. Join today >>

You can modify or cancel this reservation online or call us at 1-800-257-3000 in the US and Canada. Elsewhere, call our worldwide reservation telephone numbers.

**Cancellation policy:**
CANCELLATION PERMITTED
- BEFORE 1800 DAY OF ARRIVAL
CANCELLATION FEE
1 NIGHTS RM & TAX CXL FEE -
TOTAL 106.08 USD
- AS FIRST NIGHT PAYMENT

**Rate Information**

**October 10, 2005**
GOVT/MILITARY: **96.00 per night.**

**Applies to rate(s) above:**
Additional fees may apply.
Rate(s) Quoted in: US Dollars
Plus tax when applicable.
Rate Based on Length of Stay

**Questions?** This pre-arrival confirmation is an auto-generated message. Replies to automated messages are not monitored. Our Internet Customer Care team is available to assist you 24 hours per day, 7 days per week. Contact Internet Customer Care >>

**Confirmation authenticity**

Terms of Use::Internet Privacy Statement(c)1996-2005 Marriott International, Inc. All rights reserved. Marriott proprietary information.

**American K9 Country**
336 Route 101
Amherst, NH 03031
Phone: 603-672-8448
Fax: 603-672-8470

info@americank9country

# INVOICE

Invoice Number **7625**
Sunday, September 24, 2006

**Bill to:** Patrick Kelly
7108 Borncasa way
Boca Raton, FL 33433

| Qty | Acct. Code | Description | Each | Amount | Tax |
|---|---|---|---|---|---|
| 1.00 | BOARD | 1 day: 9/24/2006: Day care for Kaya | $24.00 | $24.00 | |
| | | | | **$0.00** | |

| | |
|---|---|
| **Invoice Total** | **$24.00** |
| **Discount Amount** | **$0.00** |
| **Adjusted Total** | **$24.00** |
| **State sales tax** | **$0.00** |
| **Total due** | **$24.00** |
| **Amount paid** | **$24.00** |
| **Balance Due** | **$0.00** |

| Date | Payment type | Amount |
|---|---|---|
| 4/3/07 | Cash | $24.00 |

*Thank You!*

American K9 Country
336 Route 101
Amherst, NH 03031
Phone: 603-672-8448
Fax: 603-672-8470

info@americank9country

# INVOICE

Invoice Number **7360**
Wednesday, August 23, 2006

**Bill to:** Patrick Kelly
7108 Borncasa way
Boca Raton, FL 33433

| Qty | Acct. Code | Description | Each | Amount | Tax |
|---|---|---|---|---|---|
| 5.00 | BOARD | 5 days: 8/19/2006 to 8/23/2006: Boarding for Kaya | $24.00 | $120.00 | |
| 2.00 | DC W/BD | Daycare with Boarding | $8.00 | $16.00 | |
| | | | | **$0.00** | |

| | |
|---|---|
| **Invoice Total** | **$136.00** |
| **Discount Amount** | **$0.00** |
| **Adjusted Total** | **$136.00** |
| **State sales tax** | **$0.00** |
| **Total due** | **$136.00** |
| **Amount paid** | **$136.00** |
| **Balance Due** | **$0.00** |

| Date | Payment type | Amount |
|---|---|---|
| 8/23/06 | Visa | $136.00 |

Thank You!

American K9 Country
336 Route 101
Amherst, NH 03031
Phone: 603-672-8448
Fax: 603-672-8470

info@americank9country

# INVOICE

Invoice Number **6855**
Sunday, June 25, 2006

**Bill to:** Patrick Kelly
7108 Borncasa way
Boca Raton, FL 33433

| Qty | Acct. Code | Description | Each | Amount | Tax |
|---|---|---|---|---|---|
| 3.00 | BOARD | 3 days: 6/23/2006 to 6/25/2006: Boarding for Kaya | $24.00 | $72.00 | |
| 1.00 | DC W/BD | Daycare with Boarding | $8.00 | $8.00 | |
| | | | | **$0.00** | |

| | |
|---|---|
| **Invoice Total** | **$80.00** |
| **Discount Amount** | **$0.00** |
| **Adjusted Total** | **$80.00** |
| **State sales tax** | **$0.00** |
| **Total due** | **$80.00** |
| **Amount paid** | **$80.00** |
| **Balance Due** | **$0.00** |

| Date | Payment type | Amount |
|---|---|---|
| 6/25/06 | Visa | $80.00 |

American K9 Country
336 Route 101
Amherst, NH 03031
Phone: 603-672-8448
Fax: 603-672-8470

info@americank9country

# INVOICE

Invoice Number **5721**
Saturday, December 17, 2005

**Bill to:** Patrick Kelly
7108 Borncasa way
Boca Raton, FL 33433

| Qty | Acct. Code | Description | Each | Amount | Tax |
|---|---|---|---|---|---|
| 4.00 | BOARD | 4 days: 12/13/2005 to 12/17/2005: Boarding for Kaya | $22.00 | $88.00 | |
| 3.00 | DC W/BD | Daycare with Boarding | $8.00 | $24.00 | |
| | | | | **$0.00** | |

| | |
|---|---|
| **Invoice Total** | **$112.00** |
| **Discount Amount** | **$0.00** |
| **Adjusted Total** | **$112.00** |
| **State sales tax** | **$0.00** |
| **Total due** | **$112.00** |
| **Amount paid** | **$112.00** |
| **Balance Due** | **$0.00** |

| Date | Payment type | Amount |
|---|---|---|
| 12/17/05 | Visa | $112.00 |

*Thank You!*

American K9 Country
336 Route 101
Amherst, NH 03031
Phone: 603-672-8448
Fax: 603-672-8470

info@americank9country

# INVOICE

Invoice Number **5464**
Wednesday, November 9, 2005

**Bill to:** Patrick Kelly
7108 Borncasa way
Boca Raton, FL 33433

| Qty | Acct. Code | Description | Each | Amount | Tax |
|---|---|---|---|---|---|
| 3.00 | BOARD | 4 days: 11/6/2005 to 11/9/2005: Boarding for Kaya | $22.00 | $66.00 | |
| 2.00 | DC W/BD | Daycare with Boarding | $8.00 | $16.00 | |
| 1.00 | DAYCARE | Daycare | $18.50 | $18.50 | |
| | | | | **$0.00** | |

| | |
|---|---|
| **Invoice Total** | **$100.50** |
| **Discount Amount** | **$0.00** |
| **Adjusted Total** | **$100.50** |
| **State sales tax** | **$0.00** |
| **Total due** | **$100.50** |
| **Amount paid** | **$100.50** |
| **Balance Due** | **$0.00** |

| Date | Payment type | Amount |
|---|---|---|
| 11/9/05 | Visa | $100.50 |

Thank You!

**American K9 Country**
336 Route 101
Amherst, NH 03031
Phone: 603-672-8448
Fax: 603-672-8470

info@americank9country

# INVOICE

Invoice Number **7017**
Friday, July 14, 2006

**Bill to:** Patrick Kelly
7108 Borncasa way
Boca Raton, FL 33433

| Qty | Acct. Code | Description | Each | Amount | Tax |
|---|---|---|---|---|---|
| 5.00 | BOARD | 5 days: 7/9/2006 to 7/14/2006: Boarding for Kaya | $24.00 | $120.00 | |
| 2.00 | DC W/BD | Daycare with Boarding | $8.00 | $16.00 | |
| 1.00 | DAYCARE | Daycare | $19.50 | $19.50 | |
| | | | | **$0.00** | |

| | |
|---|---|
| **Invoice Total** | **$155.50** |
| **Discount Amount** | **$0.00** |
| **Adjusted Total** | **$155.50** |
| **State sales tax** | **$0.00** |
| **Total due** | **$155.50** |
| **Amount paid** | **$155.50** |
| **Balance Due** | **$0.00** |

| Date | Payment type | Amount |
|---|---|---|
| 7/14/06 | Visa | $155.50 |

*Thank You!*

American K9 Country
336 Route 101
Amherst, NH 03031
Phone: 603-672-8448
Fax: 603-672-8470

info@americank9country

# INVOICE

Invoice Number **5295**
Wednesday, October 12, 2005

**Bill to:** Patrick Kelly
7108 Borncasa way
Boca Raton, FL 33433

| Qty | Acct. Code | Description | Each | Amount | Tax |
|---|---|---|---|---|---|
| 4.00 | BOARD | 4 days: 10/9/2005 to 10/12/2005: Boarding for Kaya | $22.00 | $88.00 | |
| 2.00 | DC W/BD | Daycare with Boarding | $8.00 | $16.00 | |
| | | | | **$0.00** | |

| | |
|---|---|
| **Invoice Total** | **$104.00** |
| **Discount Amount** | **$0.00** |
| **Adjusted Total** | **$104.00** |
| **State sales tax** | **$0.00** |
| **Total due** | **$104.00** |
| **Amount paid** | **$104.00** |
| **Balance Due** | **$0.00** |

| Date | Payment type | Amount |
|---|---|---|
| 10/12/05 | Visa | $104.00 |

Thank You!

YAHOO! MAIL

Print - Close Window

**From:** "JetBlue Reservations" <jetblue.10325316.7982.26112990@reply.jetblue.com>

**To:**

**Subject:** Your JetBlue Travel Reminder

**Date:** Mon, 20 Jun 2005 09:20:46 -0600

If you have trouble reading this email, go to www.jetblue.com/checkin

jetBlue AIRWAYS

Kiosk Check-in

Dear **MS MELISSA KELLY** ,

We're looking forward to welcoming you onboard JetBlue tomorrow. Here are a few quick tips to make your time at the airport even faster and easier. Thanks for flying JetBlue.

**JetBlue Confirmation Number: JK8YCW**

CHECK IN NOW **ONLINE CHECK-IN** -- If you're traveling with carry-on bags only, check in online now and print your boarding pass. Tomorrow, take your boarding pass and head straight to the security line.

CHANGE FLIGHT **CHANGE FLIGHT** -- If your travel plans have changed, don't forget to let us know. You can change your flight online and save $5.

**BAGS TO CHECK** -- If you have bags to check, you can speed your way at the airport by using a JetBlue Check-in Kiosk. Here's how:

1. Take a printout of this email to the airport.
2. Scan the barcode (on top right of this email) at any Check-in Kiosk.*
3. Follow onscreen instructions and enter the number of bags to be checked.
4. Take your boarding pass and bags to a Self Service/Bag Drop counter to be tagged and checked. (Ensure all bags are unlocked for TSA screening.)
5. Head to the security line with your boarding pass.

*You can also use your booking confirmation number (in the box above) or your credit card to activate a JetBlue Check-in Kiosk.

## Flight Summary

| | Name | TrueBlue # | Seat # |
|---|---|---|---|
| **Welcome Aboard:** | MELISSA KELLY | [redacted] | 23C |

**C You in Boston!**
JetBlue now operates out of **Terminal C** at Boston's Logan International Airport and adding more flights, expanded concessions and great new facilities.




**A La Carte without the Cart.**
Pick up a fresh, tasty meal before you fly at any participating "Meals to Fly" vendor in **Terminal C** at Bostons Logan International Airport.

**Now Playing...**
Find out what's showing on our DIRECTV service. Print a program guide for your flight.

**Flight Tracker**
You can also access our Real-Time Flight Tracker to check the arrival or departure status of your trip.

**Extra! Extra! Legroom!**
[redacted] Those who would prefer two extra inches of legroom should pick seats between rows 11-26. Remember to pick the seat that's right for you. There's not a bad seat in the house.

| | | | |
|---|---|---|---|
| 26 Jun 05 | [redacted] | [redacted] | 0 |

| | | |
|---|---|---|
| Total for 1 customer | Fare: | 221.39 |
| | Tax: | 23.01 |
| | Security Fee: | 5.00 |
| | Passenger Facility Charge: | 6.00 |
| | Total: | $255.40 |
| | Visa: | $255.40 |
| | Balance Due: | $0.00 |

**Great Hotel Deals***

**Hotel offers in Fort Lauderdale**



Sheraton Yankee Clipper Beach Resort
☆☆☆☆ rooms **$119** per night Bonaventure Resort and Spa
☆☆☆☆ rooms **$85** per night Sea Club Resort
☆☆☆ rooms **$56** per night

*Hotel availability is limited and may not be available at the rates quoted above.

DOMESTIC TRAVEL:
All JetBlue travel is via electronic ticketing, and fares must be purchased at time of reservation. All fares are one-way, nonrefundable and nontransferable. Changes can be made online at jetblue.com for a fee of $20 per person or by calling 1-800-JETBLUE (538-2583) for a fee of $25 per person. Any applicable difference in airfare will apply. Cancellations may be made prior to scheduled departure for a fee of $25 per person. If a change or cancellation results in overpayment, any remaining balance will become a credit with JetBlue and may be applied toward future travel for one year. If a reservation is not changed or canceled prior to scheduled departure, all money associated with the reservation is forfeited. DIRECTV® service is not available on flights between New York City and Puerto Rico. JetBlue provides beverage and snack service only. Other restrictions apply.

DOMESTIC TRAVEL NOTE:
* Government-issued photo ID is required of all customers 18 years of age or older.
* Reservations are subject to cancellation if the customer is not present at the departure gate at least 10 minutes prior to scheduled departure.
* Each customer is allowed three checked bags up to 70 pounds each free of charge. Customers traveling to/from Puerto Rico are allowed two checked bags. Carry-on baggage is limited to one bag plus one personal item (e.g., purse, briefcase, laptop, etc.).

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY:
Where a passenger's journey involves an ultimate destination or a stop in a country other than the country of departure, either the Warsaw Convention and the Hague Protocol, their amendments, and any special contracts of carriage embodied in applicable tariffs that waive Warsaw/Hague limits, or the Montreal Convention may apply to the entire journey including the portion within the countries of departure or destination and, in some cases, may limit the liability of the carrier for death or personal injury, delay, and for loss of or damage to baggage. The Montreal Convention, where applicable, does not impose, and special contracts voluntarily entered into by many carriers, including JetBlue, waive, the Warsaw/Hague limitations for compensatory damages arising out of personal injury or wrongful death caused by an accident, as defined by the applicable treaty. The names of carriers party to the special contracts are available at all ticket offices of such carriers and may be examined upon request.

NOTICE OF BAGGAGE LIABILITY LIMITS
For international transportation (including domestic portions) governed by the Montreal Convention, JetBlue's liability for baggage is limited to 1,000 SDRs (see, www.imf.org for current value) per passenger unless a higher

YAHOO! MAIL

Print - Close Window

**From:** "JetBlue Reservations" <jetblue.10325316.9222.34273194@reply.jetblue.com>

**To:**

**Subject:** Your JetBlue Travel Reminder

**Date:** Sun, 6 Nov 2005 06:20:32 -0700

If you have trouble reading this email, go to www.jetblue.com/checkin

jetBlue AIRWAYS

Kiosk Check-in

Dear **MS MELISSA KELLY** ,

We look forward to welcoming you onboard JetBlue Airways tomorrow. Below are a few tips for making your time at the airport quicker and easier.

**Your Confirmation Number: M4ISLQ**

ONLINE CHECK-IN

**BAGS TO CHECK** -- If you're checking bags, check in online now and print your boarding pass. Tomorrow, go to the Self Service/Bag Drop Counter at the airport to have your bags tagged and checked. Don't forget to leave your bags unlocked for TSA screening. ***New*** Customers departing JFK, see "JFK Online Bag Drop" box at right.

**CARRY-ON ONLY** -- If you plan to travel light with carry-on bags only, check in online now and print your boarding pass. Then at the airport, you can head straight to Security.

MANAGE FLIGHTS

If your travel plans have changed, don't forget to let us know. Change your flight online, and save $5.

## Your Flights

| | Name | TrueBlue # | Seat # |
|---|---|---|---|
| **Welcome Onboard:** | MELISSA KELLY | | 17C |

Wed 9 Nov 05

## Inflight Entertainment

**Entertainment at Your Fingertips** -- On JetBlue, you control the entertainment, whether you're flying 55 minutes or 5 hours. It's just like being at home in the air.

Every seat has:
- Up to 36 channels of DIRECTV service for free*
- A selection of FOX InFlight movies for just $5 each*

LOGAN INTERNATIONAL AIRPORT

Meals To Fly

Fly smart. Fly everywhere. Fly Logan.

**A La Carte without the Cart.**
Pick up a fresh, tasty meal before you fly at any participating "Meals to Fly" vendor in **Terminal C** at Bostons Logan International Airport.

**Know your TV**
Find out what's playing on our inflight DIRECTV. Print a program guide for your flight.

**Track your Flight**
Check the departure status of your flight (or any JetBlue flight) with our Real-Time Flight Tracker.

**Extra! Extra! Legroom!**
Those who would prefer two extra inches of legroom should pick seats between rows 11-26. Remember to pick the seat that's right for you. There's not a bad seat in the house.

## MDK

**From:** JetBlue Reservations [jetblue.10325316.7903.25494768@reply.jetblue.com]
**Sent:** Monday, June 06, 2005 6:48 PM
**To:**
**Subject:** Your JetBlue E-tinerary

jetBlue AIRWAYS

Kiosk Check-in

**You're all set!**

Thanks for choosing JetBlue. Attached is the booking confirmation for your trip. Please review the confirmation carefully as it includes some important information about flying with us. Although you do not need this document to check in, we recommend that you print it out for your own reference.

Starting May 1, JetBlue is moving to **Terminal C** at Boston's Logan International Airport and adding more flights, expanded concessions and great new facilities.

Change your flights online and save $5. It's fast and easy.

Find out what's showing on our DIRECTV® service. Print a program guide for your flight.

You can also access our Real-Time Flight Tracker to check the arrival or departure status of your trip.

Do-it-yourself check in. Now customers traveling without checked baggage have two new ways to check in for their flights. At the airport, take advantage of our easy-to-use self-service kiosks to check in, select or change seat assignments and print boarding passes. Or, from your home or office, check in using our new Online Flight Check-in tool, which is available up to 24 hours, but no less than 90 minutes, prior to your scheduled departure time.

Extra! Extra! Legroom! Those who would prefer two extra inches of legroom should pick seats between rows 11-26. Remember to pick the seat that's right for you. There's not a bad seat in the house.

We look forward to welcoming you aboard.

**Flight Summary**

**MELISSA KELLY**
6590 Hollandaire Drive West
Boca Raton, FL 33433

| | |
|---|---|
| Confirmation Number: | **JK8YCW** (change flights) |
| Date Booked: | **06 Jun 05** |
| Modified: | **06 Jun 05** |
| Booked By: | **INET** |

| | Name | TrueBlue Number |
|---|---|---|
| **Welcome Aboard:** | MELISSA KELLY | |

| Date | Flt | Depart | Arrive | Stops |
|---|---|---|---|---|
| 21 Jun 05 | | | | 0 |
| 26 Jun 05 | | | [redacted] | 0 |

Total for 1 customer

| | |
|---|---|
| Fare: | 221.39 |
| Tax: | 23.01 |
| Security Fee: | 5.00 |
| Passenger Facility Charge: | 6.00 |

| | |
|---|---|
| **Total:** | **$255.40** |
| Visa: | $255.40 |
| **Balance Due:** | **$0.00** |

## *Great Hotel Deals**

### Hotel offers in Fort Lauderdale



- Sheraton Yankee Clipper Beach Resort
  ☆☆☆☆ rooms **$119** per night
- Bonaventure Resort and Spa
  ☆☆☆☆ rooms **$85** per night
- Sea Club Resort
  ☆☆☆ rooms **$56** per night

*Hotel availability is limited and may not be available at the rates quoted above.

DOMESTIC TRAVEL:
All JetBlue travel is via electronic ticketing, and fares must be purchased at time of reservation. All fares are one-way, nonrefundable and nontransferable. Changes can be made online at jetblue.com for a fee of $20 per person or by calling 1-800-JETBLUE (538-2583) for a fee of $25 per person. Any applicable difference in airfare will apply. Cancellations may be made prior to scheduled departure for a fee of $25 per person. If a change or cancellation results in overpayment, any remaining balance will become a credit with JetBlue and may be applied toward future travel for one year. If a reservation is not changed or canceled prior to scheduled departure, all money associated with the reservation is forfeited. DIRECTV® service is not available on flights between New York City and Puerto Rico. JetBlue provides beverage and snack service only. Other restrictions apply.

DOMESTIC TRAVEL NOTE:
* Government-issued photo ID is required of all customers 18 years of age or older.
* Reservations are subject to cancellation if the customer is not present at the departure gate at least 10 minutes prior to scheduled departure.
* Each customer is allowed three checked bags up to 70 pounds each free of charge. Customers traveling to/from Puerto Rico are allowed two checked bags. Carry-on baggage is limited to one bag plus one personal item (e.g., purse, briefcase, laptop, etc.).

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY:
Where a passenger's journey involves an ultimate destination or a stop in a country other than the country of departure, either the Warsaw Convention and the Hague Protocol, their amendments, and any special contracts of carriage embodied in applicable tariffs that waive Warsaw/Hague limits, or the Montreal Convention may apply to the entire journey including the portion within the countries of departure or destination and, in some cases, may limit the liability of the carrier for death or personal injury, delay, and for loss of or damage to baggage. The Montreal Convention, where applicable, does not impose, and special contracts voluntarily entered into by many carriers, including JetBlue, waive, the Warsaw/Hague limitations for compensatory damages arising out of personal injury or wrongful death caused by an accident, as defined by the applicable treaty. The names of carriers party to the special contracts are available at all ticket offices of such carriers and may be examined upon request.

NOTICE OF BAGGAGE LIABILITY LIMITS
For international transportation (including domestic portions) governed by the Montreal Convention, JetBlue's liability for baggage is limited to 1,000 SDRs (see, www.imf.org for current value) per passenger unless a higher value is declared and an extra charge is paid. For international transportation governed by the Warsaw Convention and the Hague Protocol and their amendments, JetBlue's liability for baggage is limited to $9.07 per pound for checked baggage and $400 per passenger for unchecked baggage unless a higher value is declared and an extra charge is paid. Special rules may apply to valuable articles. For domestic transportation, JetBlue's liability for baggage is limited to $2,800 per passenger. General baggage rules: As set forth more fully in its Contract ofCarriage and international passenger rules tariffs, JetBlue will not be responsible for fragile or perishable goods. JetBlue assumes no liability for oversized, overweight or overpacked baggage, or for loss of or damage to baggage parts such as wheels, straps, pockets, pull handles, zippers, hanger hooks or other items attached to baggage. JetBlue will not be responsible for the following items in checked or unchecked baggage: money, jewelry including watches, cameras, camcorders, any type of electronic equipment, including computers, valuable papers or documents and other similar items as described in more detail in the Contract of Carriage.

NOTICE OF OVERBOOKING OF FLIGHTS
While JetBlue Airways does not intentionally overbook its flights, there is still a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers JetBlue will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions persons denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and JetBlue's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

**MDK**

---

**From:** JetBlue Reservations [jetblue.10325316.8104.27017100@reply.jetblue.com]
**Sent:** Saturday, July 09, 2005 1:53 PM
**To:**
**Subject:** Your JetBlue E-tinerary

jetBlue AIRWAYS

Kiosk Check-in

## You're all set!

Thanks for choosing JetBlue. Attached is the booking confirmation for your trip. Please review the confirmation carefully as it includes some important information about flying with us. Although you do not need this document to check in, we recommend that you print it out for your own reference.

JetBlue now operates out of **Terminal C** at Boston's Logan International Airport and adding more flights, expanded concessions and great new facilities.

Change your flights online and save $5. It's fast and easy.

Find out what's showing on our DIRECTV® service. Print a program guide for your flight.

You can also access our Real-Time Flight Tracker to check the arrival or departure status of your trip.

Do-it-yourself check in. Now customers traveling without checked baggage have two new ways to check in for their flights. At the airport, take advantage of our easy-to-use self-service kiosks to check in, select or assignments and print boarding passes. Or, from your home or office, check in using our new Online Flight Check-in tool, which is available up to 24 hours, but no less than 90 minutes, prior to your scheduled departure time.

Extra! Extra! Legroom! Those who would prefer two extra inches of legroom should pick between rows 11-26. Remember to pick the seat that's right for you. There's not a bad seat in the house.

We look forward to welcoming you aboard.

## Flight Summary

**MELISSA KELLY**
6590 Hollandaire Drive West
Boca Raton, FL 33433

| | |
|---|---|
| Confirmation Number: | **HNWDCM** **(change flights)** |
| Date Booked: | **09 Jul 05** |
| Modified: | **09 Jul 05** |
| Booked By: | **INET** |

| | Name | TrueBlue Number | Seats |
|---|---|---|---|
| **Welcome Aboard:** | MELISSA KELLY | | View |

| Date | Flt | Depart | Arrive | Stops |
|---|---|---|---|---|
| 22 Jul 05 | | | | 0 |
| 24 Jul 05 | | | | 0 |

Total for 1 customer

| | |
|---|---|
| Fare: | 193.49 |
| Tax: | 20.91 |
| Security Fee: | 5.00 |
| Passenger Facility Charge: | 6.00 |

| | |
|---|---|
| **Total:** | **$225.40** |
| Visa: | $225.40 |
| **Balance Due:** | **$0.00** |

**Great Hotel Deals***

**Hotel offers in Fort Lauderdale**



- Sheraton Yankee Clipper Beach Resort
  ☆☆☆☆ rooms **$139** per night
- Sea Club Resort
  ☆☆ rooms **$75** per night
- Pelican Beach Resort
  ☆☆☆☆ rooms **$228** per night

*Hotel availability is limited and may not be available at the rates quoted above.

DOMESTIC TRAVEL:
All JetBlue travel is via electronic ticketing, and fares must be purchased at time of reservation. All fares are one-way, nonrefundable and nontransferable. Changes can be made online at jetblue.com for a fee of $20 per person or by calling 1-800-JETBLUE (538-2583) for a fee of $25 per person. Any applicable difference in airfare will apply. Cancellations may be made prior to scheduled departure for a fee of $25 per person. If a change or cancellation results in overpayment, any remaining balance will become a credit with JetBlue and may be applied toward future travel for one year. If a reservation is not changed or canceled prior to scheduled departure, all money associated with the reservation is forfeited. DIRECTV® service is not available on flights between New York City and Puerto Rico. JetBlue provides beverage and snack service only. Other restrictions apply.

DOMESTIC TRAVEL NOTE:
* Government-issued photo ID is required of all customers 18 years of age or older.
* Reservations are subject to cancellation if the customer is not present at the departure gate at least 10 minutes prior to scheduled departure.
* Each customer is allowed three checked bags up to 70 pounds each free of charge. Customers traveling to/from Puerto Rico are allowed two checked bags. Carry-on baggage is limited to one bag plus one personal item (e.g., purse, briefcase, laptop, etc.).

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY:
Where a passenger's journey involves an ultimate destination or a stop in a country other than the country of departure, either the Warsaw Convention and the Hague Protocol, their amendments, and any special contracts of carriage embodied in applicable tariffs that waive Warsaw/Hague limits, or the Montreal Convention may apply to the entire journey including the portion within the countries of departure or destination and, in some cases, may limit the liability of the carrier for death or personal injury, delay, and for loss of or damage to baggage. The Montreal Convention, where applicable, does not impose, and special contracts voluntarily entered into by many carriers, including JetBlue, waive, the Warsaw/Hague limitations for compensatory damages arising out of personal injury or wrongful death caused by an accident, as defined by the applicable treaty. The names of carriers party to the special contracts are available at all ticket offices of such carriers and may be examined upon request.

NOTICE OF BAGGAGE LIABILITY LIMITS
For international transportation (including domestic portions) governed by the Montreal Convention, JetBlue's liability for baggage is limited to 1,000 SDRs (see, www.imf.org for current value) per passenger unless a higher value is declared and an extra charge is paid. For international transportation governed by the Warsaw Convention and the Hague Protocol and their amendments, JetBlue's liability for baggage is limited to $9.07 per pound for checked baggage and $400 per passenger for unchecked baggage unless a higher value is declared and an extra charge is paid. Special rules may apply to valuable articles. For domestic transportation, JetBlue's liability for baggage is limited to $2,800 per passenger. General baggage rules: As set forth more fully in its Contract ofCarriage and international passenger rules tariffs, JetBlue will not be responsible for fragile or perishable goods. JetBlue assumes no liability for oversized, overweight or overpacked baggage, or for loss of or damage to baggage parts such as wheels, straps, pockets, pull handles, zippers, hanger hooks or other items attached to baggage. JetBlue will not be responsible for the following items in checked or unchecked baggage: money, jewelry including watches, cameras, camcorders, any type of electronic equipment, including computers, valuable papers or documents and other similar items as described in more detail in the Contract of Carriage.

NOTICE OF OVERBOOKING OF FLIGHTS
While JetBlue Airways does not intentionally overbook its flights, there is still a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers JetBlue will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions persons denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and JetBlue's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

**AVIS** We try harder®

TRANSACTION RECORD

RENTAL NUMBER 629141973
CAR NUMBER 2385062
CAR GROUP B

KELLY, PATRICK
AWD = D163006
CV - CXXXXXXXXXXXXX2324

| | | | |
|---|---|---|---|
| *OUT FLL 14DEC05/1159 MI | = | 13642 | |
| IN FLL 16DEC05/0924 MI | = | 13790 | |
| 148 MI@ .00 | = | | |
| HR@ 21.00 | = | | |
| 2 DY@ 62.99 | = | 125.98 | |
| *$5.24/DY SURCHG | = | 10.30 | |
| ONE WAY FEE/MISC | = | | |
| **10.00% FEE | = | 12.60 | |
| TAXABLE SUBTOT | = | 149.06 | |
| TAX 6.000% | = | 8.94 | |
| TOTAL CHARGES | = | 158.00 | |

**CONCESSION RECOVERY FEE
*$2.05 FLA SUR -BAT/TIRES
44 VLF+$2.75 CFC 7DY MAX

* Please check your car for personal effects. *

12/14/05
158.00

Thank you for renting from Avis.
We value your business. Have a safe trip.

Receipt 1757/0652/652 07/24/05 15:07:12
Location of your car: Level: 3 Row:3GG

!!!!! ORIGINAL !!!!!

010100 Pay Parking Ticket $ 66.00
Entered: 07/22/05 [illegible].45
Paid: 07/24/05 15:[illegible]
Facility: Central Parking
Epan: 7915011765203207440

Total Amount $ 66.00

Credit Visa $ 66.00

..........................................

Visa

KELLY/ PATRICK J
Card No. xxxx xxxx xxxx 2324
Amount = $ 66.00

PKS

** Thank you **
** Open 24 hours **

7/22/05
Parking
$66.00

Receipt: 1051/0653/653 10/12/05 Pg.1/1

Pay Parking Ticket $ [illegible]
Entered: 10/05 06:07
Paid: 10/12/05 14:20
Facility: Central Parking
Epan: 7915011765283220250
Total Amount $ 66.00
Credit Visa $ 66.00
XXXX XXXX XXXX 2324

PKG

10/10/05
Park
$66.00

**AVIS**® We try harder®

## TRANSACTION RECORD

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 451027290 | 6630724 | F |

KELLY,PATRICK
AWD = D163006
CV CXXXXXXXXXXXXX2324

* Please check your car for personal effects. *

```
OUT FLL 22JUL05/1144 MI        10547
IN  FLL 24JUL05/0851 MI        10686
     139 MI@     .00 =
         HR@   15.99 =
      2 DY@    47.99 =         95.98
DISCOUNT  10 0       =          9 60
*$5.24/DY SURCHG               10 48
ONE WAY FEE/MISC     =
**10.00% FEE                    8.64
TAXABLE SUBTOT       =        105 50
TAX  6.000%          =          6.33

TOTAL CHARGES        =        111 83
**CONCESSION RECOVERY FEE
*$2 05 FLA SUR          TIRES
 44 VLF+$2 75 CFC /DY MAX
```

* Please check your car for personal effects. *

7/22/05
$ 111.83

Thank you for renting from Avis.
[redacted] We value your business. Have a safe trip.

**AVIS.** We try harder®

**TRANSACTION RECORD**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 628764135 | 3506860 | W |

KELLY,PATRICK
AWD = D163006
CV - CXXXXXXXXXXXXXX2324

OUT FLL 10OCT05/1223 MI = 13805
IN FLL 12OCT05/0815 MI = 13942
137 MI@ .00 =
HR@ 19.34 =
2 DY@ 57.99 = 115.98
*$5.24/DY SURCHG = 10.48
ONE WAY FEE/MISC =
**10.00% FEE = 11.60
TAXABLE SUBTOT = 138.06
TAX 6.000% = 8.28

TOTAL CHARGES = 146.34
**CONCESSION RECOVERY FEE
*$2.05 FLA SUR -BAT/TIRES
.44 VLF+$2.75 CFC 7DY MAX

* Please check your car for personal effects. *

* Please check your car for personal effects. *

Thank you for renting from Avis.
We value your business. Have a safe trip.

10/10/05
$146.34

Professional Learning Center
22354 S.W. 57th Avenue
Boca Raton, FL 33433
561-487-1230

1/30/07
~~JANUARY 17, 2006~~
65-0386987

To the parents of
Nolan Kelly
6590 Hollandaire Dr. W.
Boca Raton FL 33433

| | | | CHARGE | CREDIT |
|---|---|---|---|---|
| 3/ 3/05 | Registration | Nolan | 100.00 | |
| 3/ 3/05 | Registration Payment | | | 100.00 |
| | | | =========== | =========== |
| | | | 100.00 | 100.00 |

BALANCE DUE: $0.00

PRE PAID

WE REQUIRE OUR FEES TO BE PAID IN ADVANCE, THEREFORE TUITION IS DUE ON FRIDAY FOR THE FOLLOWING WEEK. A $25.00 LATE FEE IS AUTOMATICALLY ASSESSED IF PAYMENT IS NOT RECEIVED BY MONDAY OF THE CURRENT WEEK. VISA/MASTERCARD AND DISCOVER ARE ACCEPTED AS PAYMENT FOR TUITION. IF YOU WOULD LIKE TO PARTICIPATE IN AN AUTOMATIC DEBIT, PLEASE STOP IN THE OFFICE FOR FURTHER INFORMATION. THANK YOU IN ADVANCE FOR KEEPING YOUR CHILD'S ACCOUNT CURRENT.

Professional Learning Center
22354 S.W. 57th Avenue
Boca Raton, FL 33433
561-487-1230

To the parents of
Nolan Kelly
6590 Hollandaire Dr. W.
Boca Raton FL 33433

JUNE 1, 2005
65-0386987

| | | | CHARGE | CREDIT |
|---|---|---|---|---|
| 2/23/04 | Registration | Nolan | 100.00 | |
| 2/23/04 | Registration Payment | | | 100.00 |
| 8/ 5/04 | Button Bear W/B | Nolan | 35.00 | |
| 8/ 6/04 | Tuition | Nolan | 160.00 | |
| 8/10/04 | Balance/Credit Forward | | | 166.00 |
| 8/12/04 | Button Bear W/B Payment | | | 29.00 |
| 8/12/04 | Tuition Payment | | | 320.00 |
| 8/13/04 | Tuition | Nolan | 160.00 | |
| 8/20/04 | Tuition | Nolan | 160.00 | |
| 8/26/04 | Tuition Payment | | | 320.00 |
| 8/27/04 | Tuition | Nolan | 160.00 | |
| 9/ 2/04 | Tuition | Nolan | 160.00 | |
| 9/10/04 | Tuition | Nolan | 160.00 | |
| 9/10/04 | Tuition Payment | | | 340.00 |
| 9/17/04 | Tuition | Nolan | 160.00 | |
| 9/17/04 | Tuition Payment | | | 340.00 |
| 9/24/04 | Tuition | Nolan | 160.00 | |
| 10/ 1/04 | Tuition | Nolan | 160.00 | |
| 10/ 8/04 | Tuition | Nolan | 160.00 | |
| 10/ 8/04 | Tuition Payment | | | 340.00 |
| 10/15/04 | Tuition | Nolan | 160.00 | |
| 10/22/04 | Tuition | Nolan | 160.00 | |
| 10/27/04 | Tuition Payment | | | 320.00 |
| 10/29/04 | Tuition | Nolan | 160.00 | |
| 11/ 3/04 | Tuition Payment | | | 260.00 |
| 11/ 5/04 | Tuition | Nolan | 160.00 | |
| 11/12/04 | Tuition | Nolan | 160.00 | |
| 11/17/04 | Tuition Payment | | | 320.00 |
| 11/19/04 | Tuition | Nolan | 160.00 | |
| 11/24/04 | Tuition | Nolan | 160.00 | |
| 12/ 3/04 | Tuition | Nolan | 160.00 | |
| 12/13/04 | Tuition | Nolan | 160.00 | |

CONTINUATION OF PREVIOUS PAGE

| | | | CHARGE | CREDIT |
|---|---|---|---|---|
| 12/13/04 | Visa/Mc/Disc/Amex Tuit.Pmt | | | 320.00 |
| 12/17/04 | Tuition | Nolan | 160.00 | |
| 12/20/04 | Tuition Payment | | | 320.00 |
| 12/23/04 | Tuition | Nolan | 160.00 | |
| 1/ 3/05 | Tuition | Nolan | 160.00 | |
| 1/ 4/05 | Tuition Payment | | | 320.00 |
| 1/ 7/05 | Tuition | Nolan | 160.00 | |
| 1/14/05 | Tuition | Nolan | 160.00 | |
| 1/14/05 | Tuition Payment | | | 320.00 |
| 1/21/05 | Tuition | Nolan | 160.00 | |
| 1/26/05 | Tuition Payment | | | 320.00 |
| 1/28/05 | Tuition | Nolan | 160.00 | |
| 2/ 4/05 | Tuition | Nolan | 160.00 | |
| 2/10/05 | Tuition Payment | | | 320.00 |
| 2/11/05 | Tuition | Nolan | 160.00 | |
| 2/18/05 | Tuition | Nolan | 160.00 | |
| 2/23/05 | Tuition Payment | | | 320.00 |
| 2/25/05 | Tuition | Nolan | 160.00 | |
| 3/ 3/05 | Tuition Payment | | | 50.00 |
| 3/ 4/05 | Tuition | Nolan | 160.00 | |
| 3/11/05 | Tuition | Nolan | 160.00 | |
| 3/14/05 | Tuition Payment | | | 270.00 |
| 3/18/05 | Tuition | Nolan | 160.00 | |
| 3/23/05 | Tuition Payment | | | 320.00 |
| 3/24/05 | Tuition | Nolan | 160.00 | |
| 4/ 1/05 | Tuition | Nolan | 160.00 | |
| 4/ 6/05 | Tuition Payment | | | 320.00 |
| 4/ 8/05 | Tuition | Nolan | 160.00 | |
| 4/15/05 | Tuition | Nolan | 160.00 | |
| | | | ========== | ========== |
| | | | 6055.00 | 6055.00 |

PAID IN ADVANCE

BALANCE DUE: $0.00

WE REQUIRE OUR FEES TO BE PAID IN ADVANCE, THEREFORE TUITION IS DUE ON FRIDAY FOR THE FOLLOWING WEEK. A $25.00 LATE FEE IS AUTOMATICALLY ASSESSED IF PAYMENT IS NOT RECEIVED BY MONDAY OF THE CURRENT WEEK. VISA/MASTERCARD AND DISCOVER ARE ACCEPTED AS PAYMENT FOR TUITION. IF YOU WOULD LIKE TO PARTICIPATE IN AN AUTOMATIC DEBIT, PLEASE STOP IN THE OFFICE FOR FURTHER INFORMATION. THANK YOU IN ADVANCE FOR KEEPING YOUR CHILD'S ACCOUNT CURRENT.

YAHOO! MAIL Print - Close Window

**Date:** Fri, 18 Nov 2005 10:08:59 -0500 (EST)
**From:** YourTicketReceipt@flysong.com
**To:** [redacted]
**Subject:** PATRICK K[redacted]

(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

## Your Receipt and Itinerary

PATRICK KELLY
APT169
7108 BERA CASA WAY
BOCA RATON FL 33433

Hi PATRICK,

Thanks for choosing Song. Check out the info below before your trip. If you need to contact us or check your flight info, go to flysong.com or call 800-FLY-SONG.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries

Skip the lines and head straight to the gate. Use flysong.com's Online Check-in from 24 hours for up to 30 minutes before departures within the US.

## Flight Info

CONFIRMATION #: CWJ1MQ
TICKET #: 00623153562301

| Day | Date | Flight | Status | Bkng Class | City | Time | Meals/ Other | Seat/ Cabin |
|---|---|---|---|---|---|---|---|---|
| Wed | 14DEC | [redacted] | OK | T [redacted] | [redacted] | | | 11D COACH |
| | | *Operated by DELTA AIR LINES | | | | | | |
| Fri | 16DEC | | OK | U | | | | 13D COACH |
| | | *Operated by DELTA AIR LINES | | | | | | |

Check your flight information online at flysong.com or call 800-FLY-SONG.

Baggage check-in requirements vary by airport. please review Song's Check-In Requirements for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

Key to Terms
# – Arrival date different than departure date
** – Check in required
*S$ - Multiple seats
AR - Arrives
F – Food available for purchase
LV - Departs
M – Movie
R – Refreshments – Complimentary

## Passenger Info

PATRICK KELLY
Skymiles Number: *******203

## Billing Info

## Receipt Information

```
Fare Details:

Fare:         137.67 USD          Form of Payment  VI************2324
Tax:           30.73 XT
Tax:
Tax:
Total:        168.40 USD

NON-REF/$CHANGE FEE
```

Note: If ticket purchase was by credit card and within 5 days of travel, you must present this card at time of travel. When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any segment without notice to Delta will result in cancellation of your remaining reservation.

---

## Ticketing Info

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.

```
TICKET #:  00623153562301
Issue Date:  11/18/05  Expiration: 11/18/06
Place of Ticket Issue:  WWWRES
Issuing Agent Id:  DL/WW
Ticket Issue date:  18NOV05
Not Transferable
```

---

**Entertainment**

Free live TV, movies & music on-demand, interactive games & more in every seat.

**Hungry?**

Healthy, unique and delicious, our new menu has something for everyone.

**Keep me posted**

Sign up for exclusive e-mail offers and news from flysong.com.

---

## Conditions of Carriage

Air transportation on Song® is subject to Delta's conditions of carriage. They include terms governing, for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.
- Claim restrictions, including time periods within which you must file a claim or bring an action against us
- Our right to change terms of the contract
- Check-in requirements and other rules establishing when we may refuse carriage

YAHOO! MAIL

Print - Close Window

**Date:** Fri, 14 Oct 2005 23:39:58 -0400 (EDT)

**From:** YourTicketReceipt@flysong.com

**To:**

**Subject:** PATRICK K

## Your Receipt and Itinerary

(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

PATRICK KELLY
6590 HOLLANDAIRE DRIVE WEST
BOCA RATON FL 33433

Hi PATRICK,

Thanks for choosing Song. Check out the info below before your trip. If you need to contact us or check your flight info, go to flysong.com or call 800-FLY-SONG.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries

Skip the lines and head straight to the gate. Use flysong.com's Online Check-in from 24 hours for up to 30 minutes before departures within the US.

## Flight Info

CONFIRMATION #: 488NQJ
TICKET #: 00623155053360

| Day | Date | Flight | Status | Bkng Class | City | Time | Meals/ Other | Seat/ Cabin |
|---|---|---|---|---|---|---|---|---|
| Mon | 07NOV | | | | | | | |
| | | *Operated by DELTA AIR LINES | | | | | | |
| Wed | 09NOV | | | | | | | 18C COACH |
| | | *Operated by DELTA AIR LINES | | | | | | |

Check your flight information online at flysong.com or call 800-FLY-SONG.

Song recommends the following minimum check-in times:
For U.S. Domestic flights - 30 minutes
For International flights - 120 minutes

Note: Checked baggage must be presented at least 30 minutes before departure for flights within the US or the bag may be refused. For exceptions, please review our Check-In Requirements.

Flights within the US close 15 minutes before departure.
International flights close 45 minutes before departure.

Key to Terms
# – Arrival date different than departure date
** - Check in required
*S$ - Multiple seats
AR - Arrives
F - Food available for purchase
LV - Departs
M - Movie
R - Refreshments - Complimentary

## Passenger Info

PATRICK KELLY
Skymiles Number: *******203

## Billing Info

### Receipt Information

Fare Details:

| | | | |
|---|---|---|---|
| Fare: | 184.19 USD | Form of Payment | VI************2324 |
| Tax: | 34.21 XT | | |
| Tax: | | | |
| Tax: | | | |
| Total: | 218.40 USD | | |

NON-REF/$CHANGE FEE

Note: If ticket purchase was by credit card and within 5 days of travel, you must present this card at time of travel. When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any segment without notice to Delta will result in cancellation of your remaining reservation.

## Ticketing Info

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.

TICKET #: 00623155053360
Issue Date: 10/14/05 Expiration: 10/14/06
Place of Ticket Issue: WWWRES
Issuing Agent Id: DL/WW
Ticket Issue date: 14OCT05
Not Transferable

**Entertainment**

Free live TV, movies & music on-demand, interactive games & more in every seat.

**Hungry?**

Healthy, unique and delicious, our new menu has something for everyone.

**Keep me posted**

Sign up for exclusive e-mail offers and news from flysong.com.

## Conditions of Carriage

Air transportation on Song® is subject to Delta's conditions of carriage. They include terms governing, for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.
- Claim restrictions, including time periods within which you must file a claim or bring an action against us
- Our right to change terms of the contract
- Check-in requirements and other rules establishing when we may refuse carriage
- Our rights and limits of our liability for delay or failure to perform service, including schedule changes, substitution

(Scan this barcode at a Delta Self-Service Kiosk to acc
reservation.)

## Your Receipt and Itinerary

Hi PATRICK,

Thanks for choosing Song. Check out the info below before your trip. If you need to contact us or check your flight to flysong.com or call 800-FLY-SONG.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.c
Take control and make changes to your itineraries at delta.com/itineraries

Skip the lines and head straight to the gate. Use flysong.com's Online Check-in from 24 hours for up to 30 minutes
departures within the US.

---

## Flight Info

CONFIRMATION #: 4UR6VQ
TICKET #: 00623709008602

| Day | Date | Flight | Status | Bkng | City | Time | Info | Seat/ Cabin |
|---|---|---|---|---|---|---|---|---|
| Fri | 22JUL | [redacted] | OK | U | [redacted] | [redacted] | | 27D COACH |
| | | *Operated by DELTA AIR LINES | | | | | | |
| Sun | 24JUL | [redacted] | OK | Q | [redacted] | [redacted] | | 28E COACH |
| | | *Operated by DELTA AIR LINES | | | | | | |

Check your flight information online at flysong.com or call 800-FLY-SONG.

Song recommends the following minimum check-in times:
For U.S. Domestic flights - 30 minutes
For International flights - 120 minutes

Note: Checked baggage must be presented at least 30 minutes before departure for flights within the US or the bag may be refused. For exceptions, please review our Check-In Requirements.

Flights within the US close 15 minutes before departure.
International flights close 45 minutes before departure.

Key to Terms
\# - Arrival date different thar date
** - Check in required
*S$ - Multiple seats
AR - Arrives
F - Food available for purcha
LV - Departs
M - Movie
R - Refreshments - Complim

---

## Passenger Info

PATRICK KELLY
Skymiles Number: *******203

## Billing Info

## Receipt Information

Fare Details:

| | | | |
|---|---|---|---|
| Fare: | 221.39 USD | Form of Payment | VI************2324 |
| Tax: | 34.01 XT | | |
| Tax: | | | |
| Tax: | | | |
| Total: | 255.40 USD | | |

NON REF/CHANGE FEE/PENALTY

Note: If ticket purchase was by credit card and within 5 days of travel, you must present this card at time of travel. using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or cred apply and are displayed in the sections below.

This ticket is non-refundable. Any change to your itinerary may require payment of a change fee and increased far to appear for any segment without notice to Delta will result in cancellation of your remaining reservation.

## Ticketing Info

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.

TICKET #: 00623709008602
Issue Date: 07/09/05 Expiration: 07/09/06
Place of Ticket Issue: XXXRES
Issuing Agent Id: DL/WW
Ticket Issue date: 09JUL05
Not Transferable

**Entertainment**

Free live TV, movies & music on-demand, interactive games & more in every seat.

**Hungry?**

Healthy, unique and delicious, our new menu has something for everyone.

**Keep me posted**

Sign up for exclusive e-mail offers and news from flysong.com.

## Conditions of Carriage

Air transportation on Song® is subject to Delta's conditions of carriage. They include terms governing, for example

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.
- Claim restrictions, including time periods within which you must file a claim or bring an action against us
- Our right to change terms of the contract

YAHOO! MAIL

Print - Close Window

**Date:** Sat, 1 Oct 2005 16:07:54 -0400 (EDT)

**From:** YourTicketReceipt@flysong.com

**To:**

**Subject:** PATRICK K

## Your Receipt and Itinerary

(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

PATRICK KELLY
6590 HOLLANDAIRE DRIVE WEST
BOCA RATON FL 33433

Hi PATRICK,

Thanks for choosing Song. Check out the info below before your trip. If you need to contact us or check your flight info, go to flysong.com or call 800-FLY-SONG.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries

Skip the lines and head straight to the gate. Use flysong.com's Online Check-in from 24 hours for up to 30 minutes before departures within the US.

## Flight Info

CONFIRMATION #: PRT73W
TICKET #: 00623142242995

| Day | Date | Flight | Status | Bkng Class | City | Time | Meals/ Other | Seat/ Cabin |
|---|---|---|---|---|---|---|---|---|
| Mon | 10OCT | [redacted] | OK | K | [redacted] | | | 25D COACH |
| | | *Operated by DELTA AIR LINES | | | | | | |
| Wed | 12OCT | | OK | T | [redacted] | | | 29D COACH |
| | | *Operated by DELTA AIR LINES | | | | | | |

Check your flight information online at flysong.com or call 800-FLY-SONG.

Song recommends the following minimum check-in times:
For U.S. Domestic flights - 30 minutes
For International flights - 120 minutes

Note: Checked baggage must be presented at least 30 minutes before departure for flights within the US or the bag may be refused. For exceptions, please review our Check-In Requirements.

Flights within the US close 15 minutes before departure.
International flights close 45 minutes before departure.

Key to Terms
# – Arrival date different than departure date
** - Check in required
*S$ - Multiple seats
AR - Arrives
F – Food available for purchase
LV - Departs
M - Movie
R - Refreshments - Complimentary

## Passenger Info

PATRICK KELLY
Skymiles Number: *******203

## Billing Info

## Receipt Information

Fare Details:

| | | | |
|---|---|---|---|
| Fare: | 212.09 USD | Form of Payment | VI************2324 |
| Tax: | 34.81 XT | | |
| Tax: | | | |
| Tax: | | | |
| Total: | 246.90 USD | | |

NON-REF/$CHANGE FEE

Note: If ticket purchase was by credit card and within 5 days of travel, you must present this card at time of travel. When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any segment without notice to Delta will result in cancellation of your remaining reservation.

## Ticketing Info

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.

TICKET #: 00623142242995
Issue Date: 10/01/05 Expiration: 10/01/06
Place of Ticket Issue: WWWRES
Issuing Agent Id: DL/WW
Ticket Issue date: 01OCT05
Not Transferable

**Entertainment**

Free live TV, movies & music on-demand, interactive games & more in every seat.

**Hungry?**

Healthy, unique and delicious, our new menu has something for everyone.

**Keep me posted**

Sign up for exclusive e-mail offers and news from flysong.com.

## Conditions of Carriage

Air transportation on Song® is subject to Delta's conditions of carriage. They include terms governing, for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.
- Claim restrictions, including time periods within which you must file a claim or bring an action against us
- Our right to change terms of the contract
- Check-in requirements and other rules establishing when we may refuse carriage
- Our rights and limits of our liability for delay or failure to perform service, including schedule changes, substitution

# INVOICE

INVOICE #69
DATE: APRIL 12, 2005

TO:

Mr. and Mrs. Patrick Kelly
6590 Hollandaire Dr. W
Boca Raton, FL 33433
561 289 9693

FOR:

RENTAL PROPERTY

| DESCRIPTION | AMOUNT |
|---|---|
| April 15 thru May 15 2005 Rental use of Property located at: | $3500.00 |
| Paid/cash Joseph P. Kelly | $3500.00 |
| TOTAL DUE | $00 |

Pd

Please remit with payment within 10 days.
If you have any questions concerning this invoice, contact Joseph Kelly 617 364 3990

**Thank you for your business!**

# INVOICE

INVOICE #71
DATE: MAY 14, 2005

TO:

Mr. and Mrs. Patrick Kelly
6590 Hollandaire Dr. W
Boca Raton, FL 33433
561 289 9693

FOR:

RENTAL PROPERTY

| DESCRIPTION | AMOUNT |
|---|---|
| May 15 thru June, 15 2005 Rental use of Property located at | $3500.00 |
| Paid-Cash May 14, 2005 Joseph P. Kelly | $3500.00 |
| TOTAL DUE | $00 |

Please remit with payment within 10 days.
If you have any questions concerning this invoice, contact Joseph Kelly 617 364 3990

**Thank you for your business!**

04/06/2007
13:22:29

# Bill Summary Report

**BAN ID :** **BAN Name :** **PATRICK KELLY**

| Date | Beginning Balance | RC Charges | Airtime and LD | OC Charges | Additional Sprint Charges | Taxes | Payments | Adjs | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/18/2007 | 252.18 | 148.37 | | | 4.95 | | 300.00 | | 105.50 |
| 02/18/2007 | 174.49 | 172.42 | | | 5.27 | | 100.00 | | 252.18 |
| 01/18/2007 | -52.38 | 221.03 | | | 5.84 | | | | 174.49 |
| 12/18/2006 | -39.40 | 89.37 | | | 2.65 | | 105.00 | | -52.38 |
| 11/18/2006 | -31.42 | 89.37 | | | 2.65 | | 100.00 | | -39.40 |
| 10/18/2006 | -23.44 | 89.37 | | | 2.65 | | 100.00 | | -31.42 |
| 09/18/2006 | -15.63 | 89.37 | | | 2.82 | | 100.00 | | -23.44 |
| 08/18/2006 | 65.86 | 89.37 | | | 2.82 | | 173.68 | | -16.63 |
| 07/18/2006 | 73.67 | 89.37 | | | 2.82 | | 100.00 | | 65.86 |
| 06/18/2006 | -18.58 | 89.37 | | | 2.86 | | | | 73.67 |
| 05/18/2006 | -2.48 | 79.78 | 1.40 | | 2.74 | | 100.00 | | -18.58 |
| 04/18/2006 | 107.78 | 37.04 | | | 2.10 | | 150.00 | | -2.48 |
| 03/18/2006 | 248.98 | 109.90 | 1.40 | | 3.82 | | 200.00 | -56.32 | 107.78 |
| 02/18/2006 | 199.63 | 192.04 | | | 7.31 | | 150.00 | | 248.98 |
| 01/18/2006 | 200.98 | 191.34 | | | 7.31 | | 200.00 | | 199.63 |
| 12/18/2005 | -17.85 | 213.17 | | 248.15 | 7.61 | | 250.00 | | 200.98 |
| 11/18/2005 | 332.77 | 140.95 | 4.20 | | 8.67 | | 500.00 | -2.54 | -17.95 |
| 10/18/2005 | 682.67 | 143.49 | | | 6.61 | | 500.00 | | 332.77 |
| 09/18/2005 | 540.29 | 146.45 | 137.40 | | 8.53 | | 150.00 | | 682.67 |
| 08/18/2005 | 537.18 | 146.60 | 1.40 | | 6.60 | | 150.00 | -1.50 | 540.29 |
| 07/18/2005 | 222.75 | 140.95 | | 415.35 | 6.64 | 1.50 | 250.00 | | 537.18 |
| 06/18/2005 | 272.65 | 141.99 | | | 6.61 | 1.50 | 200.00 | | 222.75 |
| 05/18/2005 | 116.57 | 187.42 | | 159.99 | 7.17 | 1.50 | 200.00 | | 272.65 |
| 04/19/2005 | 147.70 | 110.96 | | | 4.61 | 1.00 | 147.70 | | 116.57 |
| 03/19/2005 | 121.10 | 100.27 | | 23.99 | 4.44 | 1.00 | 100.00 | | 147.70 |
| 02/19/2005 | 140.50 | 103.26 | | | 4.44 | 1.00 | 125.00 | | 121.10 |
| 01/19/2005 | 159.80 | 110.96 | | | | 6.44 | 125.00 | | 140.50 |
| 12/19/2004 | 132.49 | 130.96 | 1.40 | | | 5.41 | 95.96 | | 159.80 |
| 11/18/2004 | 60.64 | 178.94 | 1.40 | | | 5.91 | 100.00 | | 132.49 |
| 10/19/2004 | 26.52 | 82.98 | 1.40 | | | 2.83 | 38.69 | | 60.64 |
| 09/19/2004 | 38.69 | 82.98 | 1.40 | | | 2.85 | 85.00 | | 26.52 |
| 08/19/2004 | -34.14 | 82.98 | 1.40 | | | 2.85 | | | 38.69 |
| 07/19/2004 | 104.94 | 82.49 | | | | 2.83 | 210.00 | | -34.14 |
| 06/19/2004 | 109.05 | 82.49 | | | | 2.80 | 75.00 | | 104.94 |
| 05/21/2004 | 40.66 | 79.99 | | | | 2.80 | | | 109.05 |
| 04/19/2004 | 47.27 | 79.99 | | | | 2.80 | 75.00 | | 40.66 |
| | | 4348.38 | 152.80 | 947.48 | 128.54 | 44.02 | 5256.03 | -60.36 | 4980.75 |

82.49 2 units. service

x22