# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **PATRICK KELLY,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 07-369C** |
| | * **Filed: November 29, 2007** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on November 26, 2007, with the parties appearing by telephone. The parties are to be commended for their cooperative efforts in attempting to resolve the claims in this case. As discussed at the conference, on or before **Friday, November 30, 2007**, the parties shall exchange documents on plaintiff's claims. On or before **Friday, December 7, 2007**, the parties shall consult and attempt to resolve remaining issues in the case. On or before **Wednesday, December 12, 2007**, the parties shall file a joint status report on their progress in resolving the case. The court will schedule a status conference, as necessary, after receipt of the parties' joint status report.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**