# OnIn the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**PATRICK KELLY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-369C**
**Filed: December 11, 2007**

## O R D E R

The court is in receipt of the parties' December 11, 2007 joint status report in which they request to file an updated joint status report on January 14, 2008 in order to continue settlement negotiations. The parties are to be commended for their settlement efforts to date and the court **GRANTS** their request. On or before **Monday, January 14, 2008**, the parties shall file an updated joint status report detailing the status of their settlement discussions.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**