# OnIn the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**PATRICK KELLY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-369C**
**Filed: January 15, 2008**

**O R D E R**

The court is in receipt of the parties' January 11, 2008 joint status report in which they indicate that the parties have reached a tentative settlement in the above-captioned case. The parties are to be commended for their settlement efforts to date. So the court may remain informed about the parties' efforts to finalize their agreement, the court **ORDERS** the parties to submit joint status reports bi-weekly beginning **Tuesday, January 29, 2008**.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**