IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PATRICK KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-369C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's January 15, 2008 Order, the parties hereby submit this joint status report summarizing the current status of settlement negotiations.

The parties have reached a tentative settlement of this matter. The tentative agreement provides that a stipulation of dismissal shall be filed within seven business days after certain payments are made and after Mr. Kelly is transferred to ATF's Manchester, NH office. Under the tentative agreement, however, that transfer is not scheduled to take effect until March 2, 2008. Accordingly, the parties expect to file the stipulation of dismissal at that time (assuming that the settlement agreement has been executed by all parties and the foregoing payments have been made).

Mr. Kelly has approved and executed the tentative agreement. At this time the tentative agreement has been submitted to the authorized representative of the Attorney General for approval.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

Attorneys for Defendant

/s Nicholas Woodfield
R. Scott Oswald, Esq.
Nicholas Woodfield, Esq.
The Employment Law Group, P.C.
888 17th Street, NW
Suite 900
Washington, DC 20006
Telephone: (202) 261-2812
Facsimile: (202) 261-2835
nwoodfield@employmentlawgroup.net

Attorneys for Plaintiff

January 29, 2008

CERTIFICATE OF FILING

I hereby certify that on this 29th day of January, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim