# OnIn the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * | * | |
| | * | |
| **PATRICK KELLY,** | * | |
| **Plaintiff,** | * | |
| | * | **No. 07-369C** |
| **v.** | * | **Filed: January 29, 2008** |
| | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

The court is in receipt of the parties' January 29, 2008 joint status report in which they indicate that the parties have reached a tentative settlement agreement in the case that is scheduled to be completed March 2, 2008. The parties are to be commended for their settlement efforts to date. In order to keep the court informed, the parties are **ORDERED** to file an updated joint status report on or before **Wednesday, March 5, 2008**.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**