IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PATRICK KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-369C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's January 29, 2008 Order, the parties hereby submit this joint status report summarizing the current status of settlement negotiations.

The parties have reached a settlement of this matter wherein beginning Pay Period 5 on March 2, 2008, Mr. Kelly is reassigned to ATF's Manchester, New Hampshire office. Defendant has also agreed to make certain payments to Mr. Kelly, and ATF has agreed to make certain payments to his attorneys.

On February 26, 2008, Mr. Kelly's supervisor orally notified him that Mr. Kelly is reassigned to ATF's Manchester, New Hampshire office effective March 2, 2008. In addition, payment requests to Mr. Kelly and his attorneys are being processed, but payment has not yet been made.

The parties expect to file the stipulation of dismissal once Mr. Kelly and his attorneys have received the payments set forth in the settlement agreement.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

Attorneys for Defendant

/s Nicholas Woodfield
R. Scott Oswald, Esq.
Nicholas Woodfield, Esq.
The Employment Law Group, P.C.
888 17th Street, NW
Suite 900
Washington, DC 20006
Telephone: (202) 261-2812
Facsimile: (202) 261-2835
nwoodfield@employmentlawgroup.net

Attorneys for Plaintiff

March 3, 2008

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of March, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim