# In the United States Court of Federal Claims

**No. 07-369 C**

**PATRICK KELLY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' March 27, 2008 Joint Stipulation of Dismissal and the court's Order, filed March 27, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice, with each party to bear its own costs, expenses and attorney's fees.

John S. Buckley
Acting Clerk of Court

**March 31, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.